Damian P. Richard, Esq. (SBN 47837)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel: 619/758-1891
Fax: 619/296-2013
drichard@sessions.legal
*Attorney for Transworld Systems, Inc.*

Matthew Cheung, Esq. (SBN 43067)
PATENAUDE & FELIX, APC
19401 40th Ave W, Ste. 280
Lynnwood, WA 98036
Tel: (425) 361-1662
Fax: 858/836-0318
mattc@pandf.us
*In his individual capacity and for Patenaude & Felix, APC*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTHER HOFFMAN; SARAH DOUGLASS; ANTHONY KIM; and IL KIM and DARIA KIM, husband and wife and the marital community comprised thereof, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSWORLD SYSTEMS INCORPORATED; PATENAUDE AND FELIX, APC; MATTHEW CHEUNG and the marital community comprised of MATTHEW CHEUNG and JANE DOE CHEUNG; and DOES ONE THROUGH TEN,<br><br>Defendants. | Case No.:<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)<br>[FEDERAL QUESTION] |

Notice of Removal

1

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendants Transworld Systems Inc. ("TSI"), Patenaude & Felix, APC ("P&F"), and Matthew Cheung (collectively "Defendants") hereby jointly remove to this Court the state court action described below.

1. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, *et. seq*.

2. This action was filed in King County Superior Court and is entitled, *Esther Hoffman, et al. v. Transworld Systems Inc., et al.* Case No. 18-2-15483-9 SEA (the "State Court Action"). A copy of the First Amended Complaint ("FAC"), together with the FAC's Summons, is attached hereto as Exhibit A.

2. Defendant TSI first received notice of the State Court Action on July 27, 2018, when TSI's agent for service of process was served with a copy of the FAC, together with the Summons. Thus, pursuant to 28 U.S.C. § 1446(b), Defendants have timely filed this Notice of Removal.

4. A copy of this Notice of Removal is being served upon Plaintiffs and will be filed in the State Court Action.

5. The State Court Action is located within the Western District of Washington. Therefore, venue for purposes of removal is proper because the United States District Court for the Western District of Washington embraces the place in which the removed action was pending 28 U.S.C. § 1441(a).

6. Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1441 and 1446.

///
///
///

Dated:  8/2/2018                SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
                                */s/Damian P. Richard*
                                Damian P. Richard
                                Attorney for Defendant
                                Transworld Systems Inc.


Dated:  8/2/2018                PATENAUDE & FELIX, APC
                                */s/Matthew Cheung*
                                Matthew Cheung
                                Attorney for Defendants
                                Matthew Cheung and
                                Patenaude & Felix, APC