Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN; and SARAH DOUGLASS, on behalf of themselves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSWORLD SYSTEMS INCORPORATION; PATENAUDE AND FELIX, A.P.A.; MATTHEW CHEUNG, and the marital community comprised of MATTHEW CHEUNG and JANE DOE CHEUNG; and DOES ONE THROUGH TEN,<br><br>Defendants. | No. 2:18 cv 1132-JCC<br><br>NOTICE OF UNAVAILABILITY |

TO:     CLERK OF THE COURT

AND TO:     ALL PARTIES AND THEIR COUNSEL

PLEASE TAKE NOTICE that the undersigned attorney will be unavailable from August 12, 2018 through August 18, 2018, inclusive, and requests that no motions, discovery requests, or other documents be served on the undersigned, which would require counsel to engage in any work during the above unavailable time period, or where a response would be due during this unavailable period or immediately thereafter.

NOTICE OF UNAVAILABILITY - 1
2:18 cv 1132-JCC
6374900.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

The undersigned further requests the Clerk of the Court transmit this information whenever any motion or other matter is set within the time period stated above to inform the Court hearing the matter of the filing of this notice.

DATED this 10th day of August, 2018.

                LEE SMART, P.S., INC.

                By: /s Marc Rosenberg
                    Marc Rosenberg, WSBA No. 31034
                    Of Attorneys for Defendants
                    Patenaude and Felix, A.P.A., and
                    Matthew Cheung

                1800 One Convention Place
                701 Pike St.
                Seattle, WA 98101-3929
                (206) 624-7990
                mr@leesmart.com

NOTICE OF UNAVAILABILITY - 2
2:18 cv 1132-JCC
6374900.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Mr. Sam Leonard        sam@seattledebtdefense.com

Ms. Christina L. Henry    chenry@hdm-legal.com

Mr. Guy W. Beckett      gbeckett@beckettlaw.com

Ms. Amanda Martin      amanda@nwclc.org

Mr. Damian P. Richard   drichard@sessions-law.biz

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Dated this 10th day of August, 2018 at Seattle, Washington.

LEE SMART, P.S., INC.

By: /s Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorneys for Defendant
Patenaude and Felix, A.P.A., and
Matthew Cheung

1800 One Convention Place
701 Pike St.
Seattle, WA 98101-3929
(206) 624-7990
mr@leesmart.com

NOTICE OF UNAVAILABILITY - 3
2:18 cv 1132-JCC
6374900.doc