1

2

3

4                                                                          Hon. John C. Coughenour

5

6

7                         UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON AT SEATTLE
8

9   ESTHER HOFFMAN; and SARAH
    DOUGLASS, on behalf of themselves and on
    behalf of others similarly situated,              CASE NO. C18-1132-JCC
10

11           Plaintiffs,                              ORDER EXTENDING DEADLINE FOR
                                                      DEFENDANTS TO RESPOND TO
         v.                                           FIRST AMENDED COMPLAINT
12

13  TRANSWORLD SYSTEMS
    INCORPORATION; PATENAUDE AND
    FELIX, A.P.A.; MATTHEW CHEUNG, and
14  the marital community comprised of
    MATTHEW CHEUNG and JANE DOE
15  CHEUNG; and DOES ONE THROUGH
    TEN,
16
             Defendants.
17

18          The following Minute Order is made by direction of the Court, the Honorable John C.

19  Coughenour, United States District Judge:

20          This matter comes before the Court on the parties' stipulated motion to extend

21  Defendant's deadline to respond to the First Amended Complaint (Dkt. No. 10). Having

22  reviewed the records and files herein, the Court hereby GRANTS the motion. The new deadline

23  for Defendants to respond to Plaintiff's Complaint is September 4, 2018. Per the parties'

24  agreement, Defendants shall not note any motion for consideration prior to September 28,

25  2018.

ORDER
C18-1132-JCC
PAGE - 1

1

DATED this 14TH day of August 2018.

2

William M. McCool
3                                                              Clerk of Court

4                                                              s/Tomas Hernandez
Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25