Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN; SARAH DOUGLASS; ANTHONY KIM; and IL KIM; and DARIA KIM, on behalf of themselves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSWORLD SYSTEMS INCORPORATION; PATENAUDE AND FELIX, A.P.A.; MATTHEW CHEUNG, and the marital community comprised of MATTHEW CHEUNG and JANE DOE CHEUNG; and DOES ONE THROUGH TEN,<br><br>Defendants. | No. 2:18 cv 1132-JCC<br><br>DECLARATION OF MARC ROSENBERG ATTACHING DOCUMENTS FOR JUDICIAL NOTICE |

Marc Rosenberg declares and states as follows:

1. I am an attorney of defendants Patenaude & Felix, APC and Matthew Cheung in the above-captioned matter. I am competent to testify and do so from personal knowledge.

2. Pursuant to Fed. R. Evid. 201, I am requesting judicial notice of the following documents attached to the Declaration of Marc Rosenberg, which documents are on file in the underlying collection actions brought by National Collegiate Student Loan Trust ("NCSLT").

DECLARATION OF MARC ROSENBERG
ATTACHING DOCUMENTS FOR JUDICIAL NOTICE
- 1
2:18 cv 1132-JCC
6377089.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

**1.   Snohomish County Superior Court, cause no. 16-2-15162-31**

| Ex. # | State Docket # | Filing Date | Document Description |
|---|---|---|---|
| 1 | | | Docket for *NCSLT 2004-2 v. Esther Hoffman*, Snohomish County Superior Court, cause no. 16-2-15162-31. |
| 2 | 2 | 06/08/16 | Complaint for Monies Due |
| 3 | 4 | 06/08/16 | Declaration of Service |
| 4 | 8 | 08/25/16 | Affidavit and Verification of Account |
| 5 | 9 | 08/25/16 | Notice of Intent to Apply for Order of Default |
| 6 | 10 | 08/25/16 | Motion and Declaration for Default and Judgment |
| 7 | 11 | 08/25/16 | Order of Default and Default Judgment |
| 8 | 15 | 01/20/17 | Notice of Appearance |

**2.   King County Superior Court, cause no. 17-2-10605-4-KNT**

| Ex. # | State Docket # | Filing Date | Document Description |
|---|---|---|---|
| 9 | | | Docket for *NCSLT 2006-3 v. Sarah K. Douglass*, King County Superior Court, cause no. 17-2-10605-4-KNT. |
| 10 | 1 | 04/24/17 | Complaint for Monies Due |
| 11 | 5 | 04/25/17 | Declaration of Service |
| 12 | 7 | 04/25/17 | Motion and Declaration for Default and Judgment |
| 13 | 7 | 04/25/17 | Affidavit and Verification of Account |
| 14 | 8 | 04/25/17 | Order of Default and Default Judgment |
| 15 | 10 | 07/13/17 | Notice of Appearance |
| 16 | 14 | 10/19/17 | Motion to Set Aside Default |
| 17 | 15 | 10/19/17 | Declaration of Sarah K. Douglass |

DECLARATION OF MARC ROSENBERG
ATTACHING DOCUMENTS FOR JUDICIAL NOTICE - 2
2:18 cv 1132-JCC
6377089.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

| Ex. # | State Docket # | Filing Date | Document Description |
|---|---|---|---|
| 18 | 23 | 11/01/17 | Declaration of Marco Ruisla |
| 19 | 24 | 11/01/17 | Response to Motion for Default |
| 20 | 36 | 11/17/17 | Order Vacating Default Judgment |
| 21 | 38 | 03/20/17 | Motion to Dismiss |
| 22 | 39 | 03/20/17 | Order of Dismissal Without Prejudice |

23    Docket for *NCSLT 2006-3 v. Sarah K. Douglass*, King County Superior Court, cause no. 17-2-10604-6

### 3. Snohomish County Superior Court, cause no. 15-2-04465-4

| Ex. # | State Docket # | Filing Date | Document Description |
|---|---|---|---|
| 24 | | | Court Docket for *NCSLT 2006-3 v. Tony Kim*, Snohomish County Superior Court, cause no. 15-2-04465-4. |
| 25 | 2 | 06/15/15 | Complaint for Monies Due |
| 26 | 3 | 06/15/15 | Affidavit of Service |
| 27 | 4 | 06/15/15 | Answer to Complaint |
| 28 | 5 | 10/28/15 | Notice of Appearance |
| 29 | 7 | 12/17/15 | Amended Answer |
| 30 | 8 | 04/25/18 | Clerk's Notice of Dismissal |
| 31 | 9 | 07/10/18 | Order of Dismissal |

DECLARATION OF MARC ROSENBERG
ATTACHING DOCUMENTS FOR JUDICIAL NOTICE
- 3
2:18 cv 1132-JCC
6377089.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

4.  **Snohomish County Superior Court, cause no. 15-2-03144-7.**

| Ex. # | State Docket # | Filing Date | Document Description |
|---|---|---|---|
| 32 | | | Docket for *NCSLT 2006-3 v. Tony Kim*, Snohomish County Superior Court, cause no. 15-2-03144-7. |
| 33 | 2 | 04/02/15 | Complaint for Monies Due |
| 34 | 3 | 04/02/15 | Declaration of Service |
| 35 | 4 | 04/02/15 | Motion for Default |
| 36 | 4 | 04/02/15 | Affidavit and Verification of Account |
| 37 | 5 | 04/02/15 | Order of Default and Default Judgment |
| 38 | 16 | 10/28/15 | Notice of Appearance |
| 39 | 17 | 10/28/15 | Motion to Vacate Default Judgment |
| 40 | 18 | 10/28/15 | Declaration of Daria Kim |
| 41 | 22 | 11/03/15 | Declaration of Marco Ruisla |
| 42 | 24 | 11/03/15 | Opposition to Defendant's Motion to Vacate |
| 43 | 29 | 11/30/15 | Reply on Motion to Vacate |
| 44 | 32 | 12/01/15 | Order Vacating Default Judgment |
| 45 | 33 | 12/17/15 | Answer to Complaint |
| 46 | 35 | 07/10/18 | Order of Dismissal |

47  *NCSLT 2007-4 v. Kim*, Snohomish County Superior Court, cause no.15-2-04014-4.

48  *NCSLT 2005-2 v. Kim*, Snohomish County Superior Court, cause no. 15-2-03146-3.

49  *NCSLT 2006-1 v. Kim*, Snohomish County Superior Court, cause no. 15-2-04015-2.

50  *NCSLT 2005-3 v. Kim*, Snohomish County Superior Court, cause no. 15-2-04016-1.

DECLARATION OF MARC ROSENBERG ATTACHING DOCUMENTS FOR JUDICIAL NOTICE - 4
2:18 cv 1132-JCC
6377089.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

**5.     Delaware Litigation.**

51    Docket in United States District Court for the District of Delaware, Case No. 1:17-cv-01323-GMS

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed in Seattle, WA on this 4th day of September, 2018.

LEE SMART, P.S., INC.

By: /s Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorneys for Defendants
Patenaude and Felix, A.P.C., and
Matthew Cheung

1800 One Convention Place
701 Pike St.
Seattle, WA 98101-3929
(206) 624-7990
mr@leesmart.com

DECLARATION OF MARC ROSENBERG ATTACHING DOCUMENTS FOR JUDICIAL NOTICE - 5
2:18 cv 1132-JCC
6377089.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

**CERTIFICATE OF SERVICE**

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

| | |
|---|---|
| Mr. Sam Leonard | sam@seattledebtdefense.com |
| Ms. Christina L. Henry | chenry@hdm-legal.com |
| Mr. Guy W. Beckett | gbeckett@beckettlaw.com |
| Ms. Amanda Martin | amanda@nwclc.org |
| Mr. Damian P. Richard | drichard@sessions-law.biz |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Dated this 4th day of September, 2018 at Seattle, Washington.

LEE SMART, P.S., INC.

By: /s Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorneys for Defendant
Patenaude and Felix, A.P.C., and
Matthew Cheung

1800 One Convention Place
701 Pike St.
Seattle, WA 98101-3929
(206) 624-7990
mr@leesmart.com

DECLARATION OF MARC ROSENBERG
ATTACHING DOCUMENTS FOR JUDICIAL NOTICE - 6
2:18 cv 1132-JCC
6377089.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944