# EXHIBIT 41

FILED

2015 NOV -3 PM 1: 34

SONYA KRASKI
COUNTY CLERK
SNOHOMISH CO. WASH



CL17554280

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## FOR SNOHOMISH COUNTY

| | |
|---|---|
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, A DELAWARE STATUTORY TRUST<br>            Plaintiff,<br><br>vs.<br><br>TONY KIM<br>DARIA KIM<br>            Defendants. | NO.  15-2-03144-7<br><br>**DECLARATION OF MARCO RUISLA** |

I, Marco Ruisla, declare as follows:

1.      I am process server licensed in the State of Washington. I own and operate A1 Recovery / Pro-Servers of Washington. I have worked as a process server for approximately five years. I am a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an employee of the plaintiff, and competent to make this Declaration. I am also not a party to this action and have no personal interest in the outcome of this litigation.

2.      I was hired by the plaintiff's law firm to serve six different Summons and Complaints on multiple defendants. I received two copies of each of the Summons and Complaints, one of each of the defendants listed, or a total of twelve Summons and Complaints. The Summons and Complaints

| DECLARATION - 1 | **PATENAUDE & FELIX, A.P.C**<br>19401 40th Ave W, Ste. 280, Lynnwood, WA 98036<br>Tel: (425) 361-1662  Toll Free: (800) 832-7675 |
|---|---|

ORIGINAL

were as follows:

    (1)    Plaintiff NCSLT 2005-2 v. Defendants Tony Kim and Daria Kim;
                Customer File #14-51604

    (2)    Plaintiff NCSLT 2005-2 v. Defendants Tony Kim and Daria Kim;
                Customer File #14-51605

    (3)    Plaintiff NCSLT 2005-3 v. Defendants Tony Kim and Il Kim;
                Customer File #14-51606

    (4)    Plaintiff NCSLT 2006-1 v. Defendants Tony Kim and Il Kim;
                Customer File #14-51607

    (5)    Plaintiff NCSLT 2007-4 v. Defendants Tony Kim and Il Kim;
                Customer File #14-51619

    (6)    Plaintiff NCSLT 2006-3 v. Defendants Tony Kim and Il Kim;
                Customer File #14-51621

3.    When serving documents on multiple defendants, I always confirm: (1) that each individual defendant lives at the address where the documents are being served; and (2) the name and relationship of the person who is receiving the documents to each defendant.

4.    On January 23, 2015, at approximately 12:52 PM, I arrived at 809 234th St. SE, in Bothell, WA 98021. The person who answered the door was an Asian female, approximately 51-65 years of age, standing about 5'4", weighing approximately 120 pounds, and with black hair. The woman later identified herself as Daria Kim and who lived at the residence.

5.    For this case, I asked if the first defendant, Tony Kim, lived at the address. The woman who answered the door stated that he did. I then asked for her name, if she lived there, and her relationship to the Tony Kim. She stated that her name was Daria Kim, that she lived there, and that she was his mother. I then handed her the Summons and Complaint and told her that this was for Tony Kim. I then confirmed with Daria Kim that her name was Daria Kim and that she lived there. I then handed Daria Kim another Summons and Complaint and told her that this was for her.

6.    Attached as Exhibit A are my written notes taken at the time of service for each of the two

---

DECLARATION - 2

services for this case.

7.       Attached as Exhibit B are the proofs of service for each of the two services for this case. The plaintiff's law firm was billed $67.50 for each service.

8.       Since I had to serve six different Summons and Complaints on two defendants at the address, I followed my standard protocol for serving documents a total of twelve times. My records indicate that serving the twelve Summons and Complaints took approximately 20 minutes.

        I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 3rd day of November, 2015

Marco Ruisla Sr., WA Process Server Registration and License #2012-35

---

DECLARATION - 3

**PATENAUDE & FELIX, A.P.C**
19401 40th Ave W. Ste. 280, Lynnwood, WA 98036
Tel: (425) 361-1662  Toll Free: (800) 832-7675

2+

# WIN-WIN ATTORNEY SERVICE

## PROCESS SERVICE REQUEST FORM

| FIRM NAME (REQUIRED) | PHONE (REQUIRED) | EMAIL | CLIENT # (REQUIRED) | DATE |
|---|---|---|---|---|
| PATENAUDE & FELIX, APC | (425) 361-1662 | | | 1/16/2015 |

| ADDRESS | CITY | STATE | ATTORNEY |
|---|---|---|---|
| 19401 40TH AVENUE WEST, SUITE 280 | LYNNWOOD | WA | MATTHEW CHEUNG |

| CASE NAME | | SUPPORT STAFF (REQUIRED) |
|---|---|---|
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, A DELAWARE STATUTORY TRUST vs. TONY KIM, DARIA KIM | CLIENT MATTER/REFERENCE # 14-51604 | |

| DOCUMENT TO SERVE | CAUSE # |
|---|---|
| SUMMONS & COMPLAINT | |

**FILING**

| LAST DAY FOR FILING | STATUTE DATE | COUNTY | COURT | FILE 1ST THEN SERVE | SERVE 1ST THEN FILE | SERVE ONLY | SERVE CIVIL CASE SCHEDULE | RETURN CONFORMED DOCUMENT | FILE ORIGINAL PROOF WITH COURT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | YES (DEFAULT) / NO |
| | | SNOHOMISH | EVERETT | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ / ☐ |

**PROCESS**

| SERVE BY DATE | NUMBER OF KEYS TO SERVE | # TO POST | # TO MAIL | GOVT ENTITY | CORP. | INDIVIDUALLY ONLY HIM | ONLY HER | ASSOC SERVICE CO-RES OK | HEARING DATE | INVESTIGATIONS |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | | | ☐ | ☐ | ☐ | ☐ | ☒ | | LOCATE ☐ PERSON ☐ ASSETS ☐ BANK ACCOUNT ☐ SURVEILLANCE ☐ BACKGROUND REPORT ☐ INFORMATION ☐ OTHER |

☐ EMAIL WHEN COMPLETED   ☐ CALL WHEN COMPLETED

| DEFENDANT #1 | RESIDENCE | DEFENDANT #2 | RESIDENCE |
|---|---|---|---|
| TONY KIM | | DARIA KIM | |

DEFENDANT #1
TONY KIM
ADDRESS
809 234TH ST SE ~~APT~~
BOTHELL WA 98021-6800
BUSINESS NAME/EMPLOYMENT ADDRESS
THE BOEING CO
3003 W CASINO RD
EVERETT WA 98204

DEFENDANT #2
DARIA KIM
ADDRESS
809 234TH ST SE ~~APT~~
BOTHELL WA 98021-6800
BUSINESS NAME/EMPLOYMENT ADDRESS

SPECIAL SERVICE INSTRUCTIONS

*SERVED 1/23 @ 102pm on Coles Mother DARIA KIM*
*A/F 51-65 y.o 5'4, 120# BRN/BLK*

| REC. BY: | | | | | | TITLE | DATE | TIME | BRV. BY: | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE/TIME | NOTE CODES | BY | AGE | WT. | HT. | RACE SEX | COLOR | HAIR COLOR | MARKS | SETTING MARKS | LIC. PLATE |
| | | | | | | | | | | TP # | |
| | | | | | | | | | | RTM | |
| | | | | | | | | | | BA FEE | |
| | | | | | | | | | | TRACE $ | |
| | | | | | | | | | | MISC $ | |
| | | | | | | | | | | MISC $ FOR | |
| | | | | | | | | | | SPEC $ | |
| | | | | | | | | | | CHECK # | |
| | | | | | | | TEMPLATE CODE | | | SPLIT | |
| DATE/TIME | REPORTED SERVE TO | | ☐ RECEPTIONIST | ☐ VOICE MAIL | AFTER ENTERED BY | | | | AMOUNT THIS WO $ | |

007 (302)

1 = NO ANSWER AT THE DOOR, LIGHTS ON INSIDE
2 = NO ANSWER AT THE DOOR, DARK INSIDE
3 = VEHICLE PRESENT, NO ANSWER AND DARK INSIDE
4 = VEHICLE PRESENT, LIGHTS ON INSIDE, NO ANSWER

5 = PER MALE RESIDENT, HE HAS NEVER HEARD OF THE SUBJECT
6 = PERFEMALE RESIDENT, SHE HAS NEVER HEARD OF THE SUBJECT
7 = SUBJECT IS NOT WORKING TODAY
8 = VACANT

9 = NO SUCH ADDRESS
10 = SUBJECT RECEIVES MAIL, BUT DOES NOT RESIDE AT ADDRESS
11 = PER NON-RESIDENT, SUBJECT NOT AT HOME
12 = PER CO-RESIDENT, SUBJECT NOT AT HOME

WA_00 PR SVC FORM

EXHIBIT A 1/2

# WIN-WIN ATTORNEY SERVICE

## PROCESS SERVICE REQUEST FORM

*DEF#1*

✱ DEF #2 DARIA KIM, SAYS SHE IS MOTHER TO TONY KIM

| FIRM NAME (REQUIRED) | PHONE (REQUIRED) | EMAIL | CLIENT # (REQUIRED) | DATE |
|---|---|---|---|---|
| PATENAUDE & FELIX, APC | (425) 361-1662 | | | 1/16/2015 |

| ADDRESS | CITY | STATE | ATTORNEY |
|---|---|---|---|
| 19401 40TH AVENUE WEST, SUITE 280 | LYNNWOOD | WA | MATTHEW CHEUNG |

| CASE NAME | CLIENT MATTER/REFERENCE # | SUPPORT STAFF (REQUIRED) |
|---|---|---|
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, A DELAWARE STATUTORY TRUST vs. TONY KIM, DARIA KIM | 14-51604 | |

| DOCUMENTS TO SERVE | CAUSE # |
|---|---|
| SUMMONS & COMPLAINT | |

**FILING**

| LAST DAY FOR FILING | STATUTE DATE | COUNTY | COURT | FILE 1ST THEN SERVE | SERVE 1ST THEN FILE | SERVE ONLY | SERVE CIVIL CASE SCHEDULE | RETURN CONFORMED DOCUMENT | FILE ORIGINAL PROOF WITH COURT YES (DETAIL) | NO |
|---|---|---|---|---|---|---|---|---|---|---|
| | | SNOHOMISH | EVERETT | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**PROCESS**

| SERVE BY DATE | NUMBER OF SETS TO SERVE | # TO POST | # TO MAIL | GOVT ENTITY | CORP. | INDIVIDUALLY ONLY HIM | ONLY HER | ADDRESS SERVICE CO-RES OK | HEARING DATE | INVESTIGATIONS |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | | | ☐ | ☐ | ☐ | ☐ | ☒ | | LOCATE ☐  PERSON ☐  ASSETS ☐  BANK ACCOUNT ☐ |
| | | | | | | | | | | SURVEILLANCE ☐  BACKGROUND REPORT ☐  INFORMATION ☐  OTHER ☐ |

☐ EMAIL WHEN COMPLETED     ☐ CALL WHEN COMPLETED

DEFENDANT #1                                RESIDENCE                    DEFENDANT #2                          RESIDENCE
TONY KIM                                                                  DARIA KIM
ADDRESS                                                                   ADDRESS
809 234TH ST SE APT 5-    ̶                                                809 234TH ST SE APT-     ̶
BOTHELL WA 98021-6800                                                     BOTHELL WA 98021-6800
BUSINESS NAME/EMPLOYMENT ADDRESS                                          BUSINESS NAME/EMPLOYMENT ADDRESS
THE BOEING CO
3003 W CASINO RD
EVERETT WA 98204

SPECIAL SERVICE INSTRUCTIONS

SERVED 1/23 @ 102PM ON *DEF#2*
                                     DARIA KIM

A/F 51-65yo 5'4, 120# BRN/BLK.

| REC. BY: | | | | | | TITLE | DATE | | TIME | # OF COPIES | SRV. BY: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE/TIME | NOTE CODES | BY | AGE | WT. | HT. | RACE SEX | COLOR | HAIR COLOR | MARKS | ARING MARKS | LIC. PLATE |
| | | | | | | | | | | TP # | |
| | | | | | | | | | | RTM | |
| | | | | | | | | | | BA FEE | |
| | | | | | | | | | | TRACE $ | |
| | | | | | | | | | | MISC $ | |
| | | | | | | | | | | MISC $ FOR | |
| | | | | | | | | | | SPEC $ | |
| | | | | | | | | | | CHECK # | |
| | | | | | | | TEMPLATE CODE | | | SPLIT | |
| DATE/TIME | REPORTED SERVE TO | | | ☐ RECEPTIONIST | ☐ VOICE MAIL | | AFTER ENTERED BY | | | AMOUNT THIS WO # | |

GO (MOD)
1 = NO ANSWER AT THE DOOR, LIGHTS ON INSIDE
2 = NO ANSWER AT THE DOOR, DARK INSIDE
3 = VEHICLE PRESENT, NO ANSWER AND DARK INSIDE
4 = VEHICLE PRESENT, LIGHTS ON INSIDE, NO ANSWER

5 = PER MALE RESIDENT, HE HAS NEVER HEARD OF THE SUBJECT
6 = PER FEMALE RESIDENT, SHE HAS NEVER HEARD OF THE SUBJECT
7 = SUBJECT IS NOT WORKING TODAY
8 = VACANT

9 = NO SUCH ADDRESS
10 = SUBJECT RECEIVES MAIL, BUT DOES NOT RESIDE AT ADDRESS
11 = PER NON-RESIDENT, SUBJECT NOT AT HOME
12 = PER CO-RESIDENT, SUBJECT NOT AT HOME

WA_00 PR SVC FORM

EXHIBIT A 2/2



FILED

APR 0 2 2015

SONYA KRASKI
COUNTY CLERK
SNOHOMISH CO. WASH.

SUPERIOR COURT, IN AND FOR THE COUNTY OF **SNOHOMISH**
STATE OF WASHINGTON

National Collegiate Student Loan Trust 2005-2 A
Delaware Statutory Trust

Plaintiff / Petitioner

vs.

# TONY KIM . ET AL.

Defendant / Respondent

Cause #:

# 15 2 03144 7

Declaration of Service of:
SUMMONS AND COMPLAINT

Hearing Date:

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and competent to be a witness therein.

On the date and time of: 01/23/15 12:55 PM
at the address of:      809 234TH ST SE
                        BOTHELL          WA        980216800
within the County of    SNOHOMISH
State of WASHINGTON, the declarant duly served the above-described documents upon:
      TONY KIM
by then and there personally delivering 2 true and correct copy(ies) thereof, by then presenting to and leaving the same with: DARIA KIM
            CO-RESIDENT, MOTHER
      ASIAN FEMALE 51-65 YRS. BLACK HAIR 5FT 4IN - 5FT 8IN 100-130 LBS
A person of suitable age and discretion residing at the defendant's/respondent's usual place of abode listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: 2015-01-23      Lynnwood WA 98036

by _____                    Service Fee Total: $67.50
      MARCO A. RUISLA SR          2011-26

Specialized Attorney Services

(206) 906-9694

**ORIGINAL
PROOF OF SERVICE**

14-51604
Patenaude & Felix, APC
4727 44th SW Ave, #103
Seattle, WA 98116
(206) 906-9694



EXHIBIT  β¹/₂ _____



FILED

APR 0 2 2015

SONYA KRASKI
COUNTY CLERK
SNOHOMISH CO. WASH.

SUPERIOR COURT, IN AND FOR THE COUNTY OF SNOHOMISH
STATE OF WASHINGTON

National Collegiate Student Loan Trust 2005-2 A
Delaware Statutory Trust

               Plaintiff / Petitioner

vs.

**DARIA KIM** , ET AL.
               Defendant / Respondent

Cause #:

**15 2 03144 7**

Declaration of Service of:
SUMMONS AND COMPLAINT

Hearing Date:

**Declaration:**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and competent to be a witness therein.

On the date and time of: **01/23/15 1:06 PM**
at the address of:     **809 234TH ST SE**
             **BOTHELL**      **WA**      **980216800**
within the County of:   **SNOHOMISH**
The declarant duly served the above-described documents upon:
      **DARIA KIM**
by then and there personally delivering 2 true and correct copy(ies) thereof, by then presenting to and leaving the same with: **DARIA KIM**
      **ASIAN FEMALE 51-65 YRS. BLACK HAIR 5FT 4IN - 5FT 8IN 100-130 LBS**
A person of suitable age and discretion residing at the defendant's/respondent's usual place of abode listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: 2015-01-23      at Lynnwood WA 98036

by _____
   MARCO A. RUISLA SR       2011-26

Service Fee Total: $67.50

Specialized Attorney Services

(206) 906-9694

**ORIGINAL
PROOF OF SERVICE**

14-51604
Patenaude & Felix, APC -Seattle
2200 6th Avenue, Ste.790
Seattle, WA 98121
(206) 906-9694



EXHIBIT _____

# EXHIBIT 42

FILED

2015 NOV -3 PH 1:34

SONYA KRASKI
COUNTY CLERK
SHOHOMISH CO. WASH

CL17554279

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR SNOHOMISH COUNTY**

| | |
|---|---|
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, A DELAWARE STATUTORY TRUST<br><br>        Plaintiff,<br><br>vs.<br><br>TONY KIM<br>DARIA KIM<br><br>        Defendants. | NO. 15-2-03144-7<br><br>**OPPOSITION TO DEFENDANT'S MOTION TO VACATE** |

The plaintiff, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, A DELAWARE STATUTORY TRUST ("NCT"), by and through counsel, Patenaude & Felix, opposes the defendants' Motion to Vacate Default Judgment.

## I. RELIEF REQUESTED

The defendants' Motion to Vacate Judgment should be denied because: (1) this Motion has not been served with an Order to Show Cause; (2) the defendants are not bringing this Motion within a reasonable time; (3) the defendants were properly served and failed to respond; and (4) the Motion fails to set forth facts that would constitute a defense to the underlying action. In the alternative, if this Court is chooses to vacate the judgments, terms should be imposed against the defendants.

---

| | |
|---|---|
| OPPOSITION - 1 | **PATENAUDE & FELIX, A.P.C**<br>19401 40th Ave W, Ste. 280, Lynnwood, WA 98036<br>Tel: (425) 361-1662  Toll Free: (800) 832-7675 |



24

1    For the reasons set forth below, the plaintiff respectfully requests that this Court deny the

2    defendants' Motion to Show Cause and for Order Vacating Default Judgment.

3                                      **II. FACTS**

4    FACTS

5    1.    The defendant, Tony Kim, was sub-served with a Summons and Complaint at his home

6    address at 809 234th St SE, Bothell, WA 98021 on January 23, 2015. The papers were given to his

7    mother, Daria Kim, a co-defendant in this case. *See* Declaration of Marco Ruisla.

8    2.    The defendant, Daria Kim, was personally served with a Summons and Complaint at her

9    home address at 809 234th St SE, Bothell, WA 98021 on January 23, 2015. *See* Declaration of

10   Marco Ruisla.

11   3.    Having received neither an appearance nor an answer from the defendants, the plaintiff filed

12   a Motion for Default on April 2, 2015. *See* Motion for Default, Docket #4.

13   4.    The Court awarded the plaintiff a Default Judgment on April 2, 2015. *See* Default Judgment,

14   Docket #5.

15   5.    On April 6, 2015, our office mailed the defendants a letter informing them that a judgment

16   had been entered against them, as well as a copy of the Default Judgment. *See* Declaration of

17   Matthew Cheung Exhibit A.

18   6.    A Writ of Garnishment was served on the defendant, Tony Kim, on June 13, 2015. *See*

19   Declaration of Matthew Cheung Exhibit B.

20   7.    A Writ of Garnishment was served on the defendant, Daria Kim, on September 18, 2015. *See*

21   Declaration of Matthew Cheung Exhibit C.

22                          **III.    STATEMENT OF ISSUES**

23   1.    Whether this Motion should be denied because the defendants have failed to serve

---

| OPPOSITION - 2 | **PATENAUDE & FELIX, A.P.C** |
|---|---|
| | 19401 40th Ave W, Ste. 280, Lynnwood, WA 98036 |
| | Tel: (425) 361-1662  Toll Free: (800) 832-7675 |

this Motion with an Order to Show Cause, in accordance with CR 60(e)(2) and CR 60(e)(3)?

2.      Whether this Motion should be denied because it is not being brought in a timely manner in accordance with CR 60(b)?

3.      Whether this Motion should be denied because the defendants were properly served with the Summons and Complaint and they failed to respond?

4.      Whether this Motion should be denied because the defendants have not set forth facts that would constitute a defense to the underlying action, in accordance with CR 60(e)(1)?

## IV. EVIDENCE RELIED UPON

This Opposition is based on the Declaration of Marco Ruisla, the Declaration of Matthew Cheung, and the Court file and records contained therein.

## V. LEGAL ARGUMENT

1.      <u>The defendants' Motion should be denied because they have failed to serve this Motion with an Order to Show Cause in violation of CR 60(e)(2) and CR60(e)(3).</u>

According to CR 60(e)(2), "Notice. Upon the filing of the motion and affidavit, the court shall enter an order fixing the time and place of the hearing thereof and directing all parties to the action or proceeding who may be affected thereby and show cause why the relief asked for should not be granted. Further, according to CR 60(e)(3), "Service. The motion, affidavit, and the order to show cause shall be served upon all parties affected in the same manner as in the case of summons in a civil action at such time before the date fixed for the hearing as the order shall provide."

Here, the defendants have ignored the Court's rules. Rather than first obtaining an Order to Show Cause from the Court, and properly serving this with the Motion, the defendants' are asking the Court to enter an Order to Show Cause and to rule on their Motion at the same time. The rule is clear that an Order to Show Cause must be entered setting the date and time of the hearing before the

| OPPOSITION - 3 | **PATENAUDE & FELIX, A.P.C**<br>19401 40th Ave W, Ste. 280, Lynnwood, WA 98036<br>Tel: (425) 361-1662  Toll Free: (800) 832-7675 |

Court will hear a Motion to Vacate. Moreover, the underlying Motion and Order to Show Cause should have been served "at such time before the date fixed for the hearing as the order shall provide." The time allowed for the plaintiff's response should have been set by the Court, not by the defendants. Instead, the defendants have served the Motion to Vacate on the plaintiff on October 28, six court days before the hearing. For this reason alone, the defendants' Motion should be denied. Further, in being forced to appear and defend against this improper Motion, the plaintiff should be awarded attorney's fees in connection with this proceeding.

2.     The defendants' Motion should be denied because it is not being brought in a reasonable time in accordance with CR 60(b).

     This Motion is not being made within a reasonable time pursuant to CR 60(b). "A reasonable time is determined by examining the facts and circumstances; the critical period is the time between when the party becomes aware of the order and when he or she filed the motion to vacate it." *Topliff v. Chicago Ins. Co.*, 130 Wn.App. 301, 305, 122 P.3d 922 (2005). Due diligence after the discovery of a default judgment contemplates the prompt filing of a motion to vacate. *Shepard Ambulance, Inc. v. Helsell Fetterman, Martin, Todd & Hokanson*, 95 Wn.App. 231, 231, 974 P.2d 1275 (1999). Waiting even four months has been found to be unreasonable when the party seeking to vacate puts forth no good reason for the delay. *Luckett v. Boeing Co.*, 98 Wn.App. 307, 314, 989 P.2d 1144 (1999). Here, the Default Judgment was entered on April 2, 2015. A letter with a copy of the Default Judgment was sent to the defendants on April 6, 2015. *See* Cheung Declaration. Further, a Writ of Garnishment was then served on the defendant Tony Kim on June 13, 2015. *See* Cheung Declaration. A Writ of Garnishment was also served on defendant Daria Kim on September 18, 2015. *See* Cheung Declaration. The defendants are now bringing this Motion over six months after first learning of the Default Judgment, and they have not provided any reason for the delay. By

---

OPPOSITION - 4

1   waiting so long after becoming aware of the Default Judgment, the defendants are not bringing this

2   motion within a reasonable time and the Motion should be denied.

3   3.      The Motion should be denied because the defendant was properly served with the Summons

4   and Complaint and they failed to respond.

5        The defendants were served with the Summons and Complaint on January 23, 2015. *See*

6   Ruisla Declaration. The defendants have provided Declarations to support their position that they

7   were never served, but, these self-serving statements are questionable when compared to the

8   Declaration of Marco Ruisla, a licensed process server who is an independent third party in this

9   matter. *See* Ruisla Declaration. Mr. Ruisla has provided testimony that he properly served the

10  defendants with the Summons and Complaint, and he has also provided detailed notes regarding the

11  service.

12       Since the defendants' position is that they were never served with this Summons and

13  Complaint, it is consistent to argue that Tony Kim's Notice of Appearance and Declaration for a

14  different case was an appearance for this case. The defendants cannot possibly manifest an intent to

15  defend a matter in which they claim to have never been served. The defendants must either stand by

16  their argument they were never served, or they should admit to being served, and argue that they

17  intended for Tony Kim's appearance and Declaration on a different matter to be an appearance in

18  this matter on behalf of both defendants.

19       The defendants do not claim to have sent an appearance or answer to the plaintiff for this

20  matter, so a Motion for Default was appropriate. Under CR 55, a Motion for Default may be brought

21  against a party who has "failed to appear, plead, or otherwise defend" as provided by the Civil

22  Rules. *See* CR 55(a)(1). Since the defendants failed to plead or defend against this action, the

23  Default Judgment was properly granted. Therefore, the defendants' Motion should be denied

---

OPPOSITION - 5

**PATENAUDE & FELIX, A.P.C**
19401 40th Ave W, Ste. 280, Lynnwood, WA 98036
Tel: (425) 361-1662  Toll Free: (800) 832-7675

1  because they were served, they failed to respond, and the Default Judgment was properly awarded

2  against them.

3  4.    The Motion should be denied because the defendants have not set forth facts that would

4  constitute a defense.

5     Washington CR 60 sets out the requirements for the Motion that the defendants have filed.

6  The rule (emphasis added) states in pertinent part:

7        "(1) Motion. Application shall be made by motion filed in the cause stating the
        grounds upon which relief is asked, and supported by the affidavit of the applicant
8        or his attorney setting forth a concise statement of the facts or errors upon which
        the motion is based, and *if the moving party be a defendant, the facts
9        constituting a defense to the action or proceeding.*" CR 60(e)(1).

10     Here, the defendants' motion has not met the requirements mandated by CR 60(e)(1).

11  Washington CR 60(e)(1) requires that the moving party shall set forth the facts constituting a

12  defense to the action or proceeding. *See* CR 60(e)(1). The defendants in this case have not disputed

13  the underlying facts, but they simply want to present a legal argument which they believe allows

14  them not to have to pay back the loan obligation. This is not an appropriate reason to seek relief

15  from the judgment. Furthermore, Washington Courts have held that before a default judgment can

16  be vacated, the defendant must be able to demonstrate that he or she has a valid defense on the

17  merits, otherwise, vacating a default judgment would be pointless because a subsequent trial would

18  simply result in another judgment in favor of the plaintiff. *Johnson v. Asotin County*, 3 Wash. App.

19  659, 664, 477 P.2d 207 (Div. 3 1970). One factor that a Court considers when determining whether a

20  default judgment should be vacated is whether the defendant has a meritorious defense, but the

21  defendant must at least present a prima facie defense. *Northwest Administrators, Inc. v. Roundy*, 42

22  Wash. App. 771, 774, 713 P.2d 1127 (Div. 1 1986). Here, the only defense the defendants allege is

23  that they do not believe the documents prove that the plaintiff has the legal right to collect on the

| OPPOSITION - 6 | **PATENAUDE & FELIX, A.P.C** |
|---|---|
| | 19401 40th Ave W, Ste. 280, Lynnwood, WA 98036 |
| | Tel: (425) 361-1662  Toll Free: (800) 832-7675 |

1    defendants' debt. Not withstanding the fact that the defendants' do not dispute the underlying loan

2    obligation, but the defendants' belief is misguided. The plaintiff has properly established a valid

3    chain of assignment and is the proper party to bring this suit.

4           A.    *The plaintiff has already established the chain of assignment.*

5           By entering judgment against the defendants, this Court has already ruled that the plaintiff is

6    the proper party to bring this suit and is the owner of the underlying debt. Moreover, Washington

7    law is clear that an assignee steps into the shoes of the assignor and has all the rights of the assignor.

8    *See* RCW 4.08.080; *Federal Fin. Co. v. Gerard*, 90 Wn.App. 169, 177, 949 P.2d 412 (1998). RCW

9    4.08.080 provides that an assignee who has received an assignment in writing may sue and maintain

10   an action against debtors of the assigned accounts. Washington case law also recognizes an

11   exception to the writing requirement when the assignor personally testifies to the assignment

12   because the testimony forecloses any possibility of more than one person seeking recovery on the

13   debt. *MRC Receivables Corp. v. Zion*, 152 Wn.App. 625, 630, 218 P.3d 621 (2009) (citing

14   *Zimmerman v. Kyte*, 53 Wn.App. 11, 17-18, 765 P.2d 905 (1988). Further, a bill of sale without the

15   defendant's name and account number is sufficient to establish the assignment when accompanied

16   by an affidavit of the plaintiff that references the defendant by name and account number. *Unifund*

17   *CCR Partners v. Sunde*. 163 Wash.App. 473, 482, 260 P.3d 915 (2011). Here, the plaintiff has

18   provided the Pool Supplement Agreement which shows the transfer of the loan pool containing the

19   defendants' educational loan to National Collegiate Funding, LLC, as Depositor in the securitization

20   process. The loan pool was then sold to the applicable National Collegiate Student Loan Trust for

21   securitization under a Deposit and Sales Agreement, which is also provided. Lastly, the plaintiff's

22   affidavit identifies the defendants by name and account number, which, under *Unifund CCR*

23   *Partners*, is sufficient to establish that the defendants' loan was part of the securitized loan pool and

---

OPPOSITION - 7

**PATENAUDE & FELIX, A.P.C**
19401 40th Ave W, Ste. 280, Lynnwood, WA 98036
Tel: (425) 361-1662  Toll Free: (800) 832-7675

1   properly assigned to the plaintiff. Therefore, the plaintiff has already established the chain of

2   assignment.

3          B.      *The plaintiff is a "Massachusetts Trust" and not a traditional trust and may sue in its*

4   *own name.*

5          The plaintiff may sue in its own name as the real party of interest in this matter because it is

6   a Massachusetts Trust, or business trust. A Massachusetts Trust is defined by RCW 23.90.020 as "an

7   unincorporated business association created at common law by an instrument under which property

8   is held and managed by trustees for the benefit and profit of such person as may be or may become

9   the holders of transferable certificates evidencing beneficial interests in the trust estate, the holders

10  of which certificates are entitled to the same limitation of personal liability extended to stockholders

11  of private corporations." An ordinary, or "express trust," requires the trustee to maintain a cause of

12  action on behalf of the trust as the real party in interest in order to protect the rights of the

13  beneficiaries for whose interests the trust was formed. This is otherwise known as a common law

14  trust. A common trust possesses the same rights, privileges, and immunities as the trustee, a citizen.

15  There are important distinctions in law between the two types of trusts, the most important of which

16  is that a Massachusetts Trust is considered a separate legal entity.

17         As a Massachusetts Trust, the plaintiff may sue in its own name because it is treated like a

18  corporation or unincorporated association. Under RCW 23.90.040. "Any Massachusetts trust shall

19  be subject to such applicable provisions of law, now or hereafter enacted, with respect to domestic

20  and foreign corporations, respectively, as relate to the ... right to sue and be sued ... and other

21  applicable rights and duties existing under the common law and statutes of this state in a manner

22  similar to those applicable to domestic and foreign corporations." Following the passage of the

23  Delaware Statutory Trust Act (DSTA), 12 Del. C. 3801 et seq. in 1988, statutory trusts became

OPPOSITION - 8

**PATENAUDE & FELIX, A.P.C**
19401 40th Ave W, Ste. 280, Lynnwood, WA 98036
Tel: (425) 361-1662  Toll Free: (800) 832-7675

recognized as their own legal entity, separate from their trustee. Delaware Code section 3804

specifically states, at subdivision (a) that "A statutory trust may sue and be sued..." Del. C. 3804(a).

The Internal Revenue Service further supported the plaintiff's status on August 16, 2004, in Internal

Revenue Bulletin 2004-33 in reference to Rev.Rul. 2004-86. Essentially, Delaware Statutory Trusts

(Del. Code Ann. Title 12 Sec. 3804-3824) were determined to be legal entities, making them a pass

through entity that mitigates taxation for their trustees. As such, the Trust documents which form the

trust characterize and treat the trust as a partnership, or "business trust." The Internal Revenue Rule

specifically clarifies the nature of the Delaware Statutory Trust as "not simply arrangements to

protect or conserve the property for the beneficiaries. These trusts, which are often known as

business or commercial trusts, generally are created by the beneficiaries simply as a device to carry

on a profit-making business that normally would have been carried on through business

organizations that are classified as corporations or partnerships." 2004-33 I.R.B., Rev.Rul. 2004-86,

p. 192. Based on the foregoing, the plaintiff is to be considered a separate legal entity, and is

therefore the properly named plaintiff and real party of interest.

Since the plaintiff has already established the assignment and is the proper entity to bring this

suit, the defendants proposed defense cannot overcome the evidence already before this Court. As a

result, the defendants have not set for facts that would constitute a defense and the defendants'

Motion should be denied.

### VI. TERMS

Even if this Court finds some grounds to vacate the default judgment, if any terms are to be

imposed, they should be that the defendants must pay the plaintiff's fees and costs. Under CR 60(b),

a Court may set aside a final judgment "upon such terms as are just." In *Boss Logger, Inc., v. Aetna*

*Cas. & Sur. Co.*, 93 Wash.App. 682, 690, 970 P.2d 755 (1998), where the Court vacated a default

---

| OPPOSITION - 9 | **PATENAUDE & FELIX, A.P.C**<br>19401 40th Ave W, Ste. 280, Lynnwood, WA 98036<br>Tel: (425) 361-1662  Toll Free: (800) 832-7675 |
| --- | --- |

judgment, the Court awarded the plaintiff $2,750 in attorney's fees for their pursuit of the default

motion and judgment. Here, since the Default Judgment was properly awarded as a result of the

defendants' failure to respond, the plaintiff should be to their attorney's fees in connection with the

Motion for Default and Default Judgment, and to any subsequent garnishment proceedings.

## VII. CONCLUSION

The defendants' Motion has not been served with an Order to Show Cause and it is not being

brought within a reasonable time pursuant to CR 60(b) Further, since there was nothing improper

with service and the defendant failed to answer or appear, the Default Judgment was entered

properly. Lastly, the defendant has failed to present any facts that would constitute a defense to the

underlying action. For these reason the defendant's Motion should be denied.

Dated this 3th day of November, 2015

PATENAUDE & FELIX, A.P.C.

Matthew Cheung, WSBA #43067
Attorney for Plaintiff
Patenaude & Felix, A.P.C.
19401 40th Ave W, Ste. 280
Lynnwood, WA 98036

OPPOSITION - 10

PATENAUDE & FELIX, A.P.C
19401 40th Ave W, Ste. 280, Lynnwood, WA 98036
Tel: (425) 361-1662  Toll Free: (800) 832-7675

# EXHIBIT 43



**CL17675532**

COURT COMMISSIONER
CIVIL CALENDAR
Hearing Date: December 1, 2015
Location: Department A – 1st Floor

2015 NOV 30 AM 9: 52
SONYA KRASKI
COUNTY CLERK
SNOHOMISH CO. WASH
FILED

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH

NATIONAL COLLEGIATE STUDENT LOAN
TRUST 2005-2, a Delaware Statutory Trust,

        Plaintiff,

        v.

Tony Kim and Daria Kim,

        Defendant(s).

Case No. 15-2-03144-7

REPLY IN SUPPORT OF MOTION TO
SHOW CAUSE & FOR ORDER
VACATING DEFAULT JUDGMENT

## I.    REPLY

### A. PLAINTIFF CANNOT ESTABLISH CHAIN OF ASSIGNMENT

Contrary to the Plaintiff's assertion otherwise, based upon the documents attached to the

Plaintiff National Collegiate Student Loan Trust 2005-2's ("NCSLT") default motion, Plaintiff

cannot establish a viable assignment. Notably missing from the documents necessary to establish

assignment are the Guaranty Agreement; First Marblehead Agreement with National Collegiate

Funding LLC, the Pooling and Servicing/Trust Agreement; Servicing Agreement with AES, NCO

and other servicer should additional servicers exist; Note Purchase Agreement; the Amended and

Restated Note Purchase Agreement, the Origination Agreement; Assignment to National

Collegiate Funding, LLC; and Assignment to Plaintiffs. When the documentation attached to the

REPLY IN SUPPORT OF MOTION TO SHOW CAUSE & FOR
ORDER VACATING DEFAULT JUDGMENT - 1

HENRY, DeGRAAFF & McCORMICK, P.S.
1833 N. 105TH ST. SUITE 203
SEATTLE, WA 98133
telephone (206) 330-0595
fax 1 (206) 400-7609



Motion for Default Judgment is reviewed, it raises more questions than it answers. When the court examines the evidence and reasonable inferences in the light most favorable to the Plaintiff, it should determine that there is substantial evidence of a prima facie defense. *See Pfaff v. State Farm Mut. Auto. Ins. Co.*, 103 Wn.App. 829, 834, 14 P.3d 837 (2000).

B. ORDER TO SHOW CAUSE SERVED

Since the filing and service of the original Motion for Order to Show Cause and Vacation of Default Judgment, the Defendants have obtained an Ex Parte Order from the Court and have continued the hearing to avoid any unnecessary expense or inconvenience to the Plaintiff. Any request for attorney's fees due to this issue should be denied.

C. REASONABLE TIME

Lastly, the Defendants have explained the reasons for delay and confusion regarding their communications with Plaintiff's counsel and their confusion after appearing and answering the one summons and complaint they received. This motion to vacate is being brought promptly after negotiations to vacate broke down and they are within one year of the default order.

DATED this November 30, 2015

HENRY, DEGRAAFF & MCCORMICK, P.S.

By: _____
Christina L Henry, WSBA #31273
Attorneys for Defendant(s)

PROOF OF SERVICE

I, Christina L Henry, declare under penalty of perjury as follows:

I am over the age of eighteen years, a citizen of United States, not a party herein, and am competent to testify to the facts set forth in this

REPLY IN SUPPORT OF MOTION TO SHOW CAUSE & FOR
ORDER VACATING DEFAULT JUDGMENT - 2

HENRY, DeGRAAFF & McCORMICK, P.S.
1833 N. 105TH ST. SUITE 203
SEATTLE, WA 98133
telephone (206) 330-0595
fax 1 (206) 400-7609

1) REPLY IN SUPPORT OF MOTION TO SHOW CAUSE & FOR ORDER

VACATING DEFAULT JUDGMENT

That on November 30, 2015 I caused a copy of the foregoing document to be served via

hand delivery to:

Matthew Cheung, WSBA# 43067
Attorney for Plaintiff
Patenaude & Felix, APC
19401 40th Ave West, Ste 280
Lynnwood, WA 98036

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE

OF WASHINGTON THAT THE FOREGOING STATEMENT IS BOTH TRUE AND

CORRECT.

Executed this November 30, 2015 at Seattle, Washington.

Christina L Henry

HENRY, DeGRAAFF & McCORMICK, P.S.
1833 N. 105TH ST. SUITE 203
SEATTLE, WA 98133
telephone (206) 330-0595
fax 1 (206) 400-7619

# EXHIBIT 44

FILED

2015 DEC -1  AM 11: 46

SONYA KRASKI
COUNTY CLERK
SNOHOMISH CO. WASH

COURT COMMISSIONER
CIVIL CALENDAR
Hearing Date: December 1, 2015
Location: Department A – 1st Floor



**CL17687356**

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH

| | |
|---|---|
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, a Delaware Statutory Trust,<br>        Plaintiff,<br>    v.<br>Tony Kim and Daria Kim,<br>              Defendant(s).. | No. 15-2-03144-7<br><br>ORDER TO VACATE DEFAULT JUDGMENT AND QUASH WRIT OF GARNISHMENT<br><br>[CLERK'S ACTION REQUIRED] |

THIS MATTER having come before the Court on the Defendant's Motion to Show

Cause and Vacate the default and default judgment obtained by Plaintiff on April 2, 2015, the

Court having reviewed and considered the pleadings, declarations, exhibits and other evidence

on file herein, and the Court having heard oral argument, and the Court finding that good cause

exists for entry of this order; now therefore, it is hereby

ORDERED that the Default and Default Judgment entered April 2, 2015, is vacated;

and

IT IS FURTHER ORDER that Plaintiff's writ of garnishment is quashed and that

~~the court~~ requiry ~within 30 days~

garnished monies are to be returned to ~~defendants within two days~~ of the entry of this Order

Vacating the Order of Default and Default Judgment.

ORDER TO VACATE DEFAULT
JUDGMENT AND QUASH WRIT OF GARNISHMENT - 1

HENRY, DEGRAAFF & MCCORMICK, P.S.
1833 N. 105TH ST. SUITE 203
SEATTLE, WA 98133
telephone (206) 330-0595
fax 1 (206) 400-7609

32

1    IT IS FURTHER ORDERED that Defendant ~~is awarded~~ _may bring a motion for_ attorneys' fees and costs for

2    bringing this motion, _and  a decision regarding those fees will be made at that time._

3    Entered this _____ day of ~~DEC 01 2015~~

4

5                                                    _Jacalyn D Brudvik_

6                                                    ~~Judge~~/Commissioner

7    Respectfully Presented by:

8    HENRY, DEGRAAFF & MCCORMICK, PS

9

10   Christina L Henry WSBA #31273
     Attorney for Defendants

11

12

13   _Approved as to form_

14

15   _Matthew Cheung_

16

17

18

19

20

21

22

23

24

25

ORDER TO VACATE DEFAULT
JUDGMENT AND QUASH WRIT OF GARNISHMENT - 2

HENRY, DeGRAAFF & McCORMICK, P.S.
1833 N. 105TH ST. SUITE 203
SEATTLE, WA 98133
telephone (206) 330-0595
fax 1 (206) 400-7609

# EXHIBIT 45



FILED

2015 DEC 17  AM 10: 37

SONYA KRASKI
COUNTY CLERK
SNOHOMISH CO. WASH

CL17700454

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR SNOHOMISH COUNTY

NATIONAL COLLEGIATE STUDENT LOAN
TRUST 2005-2, a Delaware Statutory Trust,

        Plaintiff,

    v.

Tony Kim and Daria Kim,

        Defendant(s).

Case No. 15-2-03144-7

ANSWER TO COMPLAINT

COMES NOW Defendants Tony Kim and Daria Kim who hereby file answers to the

allegations in the Complaint as follows:

## I.   GENERAL DENIAL

1.      In answer to Paragraph 1, said paragraph requires a legal conclusion to which no

response is required and therefore, Defendants Tony Kim and Daria Kim deny the same.

Moreover, Defendants deny that Plaintiff has standing to bring this action.

2.      In answer to Paragraph 2, Defendant Daria Kim is a married individual, but she is

not married to the co-defendant in this Complaint. Defendant Daria Kim's marital community is

also not named in the complaint, thus, to the extent paragraph 2 refers to a marital community

between the defendants it is denied. Additionally, Defendant Tony Kim is not married and thus

all allegations in paragraph 3 referring to him are denied.

ANSWER TO COMPLAINT - 1

HENRY, DeGRAAFF & McCORMICK, P.S.
1833 N. 105TH ST. SUITE 203
SEATTLE, WA 98133
telephone (206) 330-0595
fax 1 (206) 400-7609



3.     In answer to Paragraph 3, both Defendant Tony Kim and Daria Kim admit that they both reside in Snohomish County, WA.

4.     In answer to Paragraph 4, the document speaks for itself, and therefore, requires no response.  Furthermore, in answer to Paragraph 4, Defendants Tony Kim and Daria Kim are without sufficient information with which to admit or deny said paragraph, and therefore, both Defendants deny the same.

5.     In answer to Paragraph 5, the document speaks for itself, and therefore, requires no response.  Furthermore, in answer to Paragraph 5, said paragraph requires a legal conclusion to which no response is required and therefore, Defendants Tony Kim and Daria Kim deny the same.  Also, in answer to Paragraph 5, Defendants Tony Kim and Daria Kim are without sufficient information with which to admit or deny said paragraph, and therefore, Defendants Tony Kim and Daria Kim deny the same.

6.     In answer to Paragraph 6, Defendants Tony Kim and Daria Kim are without sufficient information with which to admit or deny said paragraph, and therefore, both Defendants Daria Kim and Tony Kim deny the same.

7.     In answer to Paragraph 7, Defendant Tony Kim and Daria Kim are without sufficient information with which to admit or deny said paragraph, and therefore, Defendants Tony Kim and Daria Kim deny the same.

8.     In answer to Paragraph 8, said paragraph requires a legal conclusion to which no response is required and therefore, Defendant Tony Kim and Daria Kim deny the same.

REGARDING PLAINTIFF'S PRAYER FOR RELIEF, Defendant Tony Kim and Daria Kim deny that Plaintiff is entitled to relief.

ANSWER TO COMPLAINT - 2

HENRY, DEGRAAFF & McCORMICK, P.S.
1833 N. 105TH ST, SUITE 203
SEATTLE, WA 98133
telephone (206) 330-0595
fax 1 (206) 400-7609

## II.    AFFIRMATIVE DEFENSES

Having answered all the allegations in Plaintiff's Complaint, Defendants Tony Kim and Daria Kim set forth the following by way of affirmative defenses:

1.    UNCLEAN HANDS - Plaintiff's claims are barred by the doctrine of unclean hands.

2.    FAILURE TO STATE A CLAIM - That the Plaintiff has failed to state a claim upon which relief may be granted where none of the alleged facts are sufficient to support a claim for breach of contract, and where the elements of an action sounding in tort are not presented.

3.    PARTY IN INTEREST - Plaintiff's claims are barred due to lack of standing because it is not the real party in Interest as required under CR 17.

4.    ASSIGNMENT – That Plaintiff has either failed or refused to produce a written assignment instrument.  Plaintiff cannot prove that it is the real party in interest.  As a result, Plaintiff never had the authority to file this lawsuit to begin with and Plaintiff certainly has no authority to maintain this lawsuit today.

5.    ASSENT – That Defendants never assented to the terms of the alleged contract.  "Assent" is required to create a binding contract.  Defendants deny that Assent is present in this case.  Plaintiff has no proof that there was a contract, or assent thereto.

6.    MITIGATION OF DAMAGES - That if the Plaintiff suffered any damages, recovery therefore is barred by Plaintiff's failure to mitigate said damages.

7.    BALANCE INACCURATE AND SUM NOT CERTAIN – That Defendants dispute the balance as alleged, and the interest rate as alleged.

8.    VOID AND UNENFORCEABLE BASED ON UNCONSCIONABILITY – That the alleged contract at issue in this lawsuit is so overly one-sided and unfair as to be void and unenforceable due to unconscionability.

ANSWER TO COMPLAINT - 3

HENRY, DEGRAAFF & McCORMICK, P.S.
1833 N. 105TH ST. SUITE 203
SEATTLE, WA 98133
telephone (206) 330-0595
fax 1 (206) 400-7609

9.      ILLUSORY – That because the alleged contract is only enforceable against Defendants, and because the illusory clauses are not distinguished through a severability clause, the entire contract is illusory and unenforceable.

10.     VOID AS AGAINST PUBLIC POLICY – That because the alleged contract is unconscionable and illusory and because it is presented to a substantial number of consumers on a take-it or leave-it basis, the alleged contract violates public policy.

11.     DAMAGES – That even if Plaintiff could establish assent, Plaintiff cannot prove that it suffered any damages as a result of the breach. "Damages" is an essential element to a breach of contract claim.

12.     MODIFICATION – That any and all claims alleged by Plaintiff are barred or unenforceable by the doctrine of modification.

13.     WAIVER – That any and all claims alleged by Plaintiff are barred or unenforceable by the doctrine of waiver.

14.     ESTOPPEL – That any and all claims alleged by Plaintiff are barred or unenforceable by the doctrine of estoppel.

15.     IN PARI DELICTO – That any and all claims alleged by Plaintiff are barred or unenforceable by the doctrine of In Pari Delicto.

### III.    **PRAYER FOR RELIEF**

WHEREFORE, Defendants pray the court will grant the following relief:

1.      Dismissal of all of Plaintiff's claims against Defendants Tony Kim and Daria Kim with prejudice for the reasons listed above;

2.      For an award of attorney's fees and costs pursuant to RCW 4.84 et seq.;

3.      Attorney's fees and costs as allowed by any other applicable law;

4.      For leave to amend this answer as needed, including adding defenses and/or counterclaims;

ANSWER TO COMPLAINT - 4

HENRY, DeGRAAFF & McCORMICK, P.S.
1833 N. 105TH ST. SUITE 203
SEATTLE, WA 98133
telephone (206) 330-0595
fax 1 (206) 400-7609

5.      Allow and enable Defendants Tony Kim and Daria Kim to conduct discovery of facts and evidence that may be in the possession of the original creditor and drafter of the alleged contract at issue;

6.      Allow and enable Defendant to move for CR 23(b) status if/when Defendants determine that Plaintiff's and the original creditor's conduct rises to the numerosity requirement of said civil rule; and

7.      And for other relief as this Court deems just and equitable.

DATED this December 15, 2015

HENRY, DEGRAAFF & MCCORMICK, P.S.

By: _____
Christina L Henry, WSBA #31273
Attorneys for Defendant
Henry, DeGraaff & McCormick, PS
1833 N 105th St, Ste 203
Seattle, WA 98133
Tel# 206-330-0595
Fax# +1-206-400-7609

ANSWER TO COMPLAINT - 5

EXHIBIT 46

```
15-2-03144-7
CLOD         35
Clerks Order of Dismissal
3182406
```

FILED        FILED

2018 JUL 10  AM 9: 30 2018 MAY 29  AM 5: 59

SONYA KRASKI        SONYA KRASKI
COUNTY CLERK        COUNTY CLERK
SNOHOMISH CO. WASH. SNOHOMISH CO. WASH.

| SUPERIOR COURT OF THE STATE OF WASHINGTON |
|---|
| COUNTY OF SNOHOMISH |

| | |
|---|---|
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2 | Case No. 15-2-03144-7 |
| VS | ORDER OF DISMISSAL FOR WANT OF PROSECUTION |
| KIM ET AL | (CLOD) |

### I. BASIS

Pursuant to Civil Rule 41(B)(2), no action of record has been taken on this case in the past twelve months.

### II. FINDINGS

The court finds:

2.1     Notice of Pending Clerk's Dismissal was mailed to the parties of record at their last known addresses not less than thirty days prior to the date of this order.

2.2     No good cause has been shown why a dismissal should not be entered.

### III. ORDER

IT IS ORDERED that this matter be dismissed without prejudice.

MAY 29 2018            Dated: 7/10/18

DATED: _____        *Jacalyn D Brudvik*
                    COURT COMMISSIONER

PRESENTED BY: DENA MARLEY        ORIGINAL

*received in Case Management 7/10*

# EXHIBIT 47

Details

## Case Information

15-2-04014-4 | NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4 VS KIM ET AL ***DISMISSED***

Case Number
15-2-04014-4

File Date
05/20/2015

Court
Snohomish

Case Type
COL Collection

Case Status
Completed/Re-Completed

## Party

Plaintiff
NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4, NFN

Defendant
KIM, TONY

Active Attorneys ▾
Pro Se

Defendant
KIM, IL

Active Attorneys ▾
Pro Se

## Disposition Events

05/28/2015 Judgment ▾

**Judgment Type**
General Recovery

Monetary/Property Award

Creditors: NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4, NFN

Debtors: KIM, IL, KIM, TONY

Signed Date: 05/27/2015

Filed Date: 05/28/2015

Effective Date: 05/28/2015

Current Judgment Status:

Status: Vacated

Status Date: 12/01/2015

Comment: Judgments this case: 1 Signed by: COMMISSIONER LESTER H STEWART 2015-05-28 DFJG DEFAULT JUDGMENT & JUDG SUMMARY AGAINST DFTS JDB0001 KIM, TONY JDB0002 KIM, IL IN FVR OF PLF JCR0001 NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4 PRINCIPAL 41,508.81. PREJUDGMENT INT 3,784.65. COSTS 405.00. (INT @ 12% PA) 2015-12-01 ORVCJG ORDER VACATING JUDGMENT

## Events and Hearings

05/20/2015 Filing Fee Received ▲

05/20/2015 Case Information Cover Sheet ▲

05/20/2015 Summons and Complaint ▲

05/28/2015 Affidavit Declaration Certificate Confirmation of Service ▲

05/28/2015 Motion for Default Judgment ▲

05/28/2015 Default Judgment ▲

05/28/2015 Order of Default ▲

05/28/2015 Ex Parte Action With Order ▲

05/28/2015 Cost Bill ▲

07/14/2015 Affidavit for Garnishment ▲

07/14/2015 Writ of Garnishment ▲

08/05/2015 Answer to Writ ▲

08/21/2015 Affidavit for Garnishment ▲

08/21/2015 Writ of Garnishment ▲

09/04/2015 Answer to Writ ▲

10/28/2015 Notice of Appearance ▲

10/28/2015 Motion for Order to Show Cause ▲

10/28/2015 Declaration Affidavit ▲

10/28/2015 Declaration Affidavit ▲

10/28/2015 Declaration Affidavit ▲

10/28/2015 Declaration Affidavit ▲

10/28/2015 Note for Calendar ▲

11/03/2015 Declaration Affidavit ▲

11/03/2015 Declaration Affidavit ▲

11/03/2015 Objection Opposition ▲

11/03/2015 Proposed Order Findings ▲

11/04/2015 Continuance Agreement ▲

11/04/2015 Note for Calendar ▲

11/05/2015 CM Commissioners' Civil Motions ▲

11/05/2015 Hearing Continued Defense Respondent Requested ▲

11/12/2015 Order to Show Cause ▲

11/12/2015 Ex Parte Action With Order ▲

11/19/2015 CM Commissioners' Civil Motions ▲

11/19/2015 Hearing Stricken Not Confirmed and Not Heard ▲

11/19/2015 Note for Calendar ▲

11/19/2015 Order to Show Cause ▲

11/30/2015 Reply ▲

12/01/2015 CM Commissioners' Civil Motions ▲

12/01/2015 Motion Hearing ▲

12/01/2015 Order Vacating Judgment ▲

12/01/2015 Order Quashing ▲

12/03/2015 Answer to Writ ▲

12/17/2015 Answer ▲

04/25/2018 Clerks Motion for Closure

07/10/2018 Clerks Order of Dismissal ▲

07/10/2018 Case Resolution Dismissal Closure by Clerk

07/10/2018 Ex Parte Action With Order

EXHIBIT 48

Details

## Case Information

15-2-03146-3 | NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2 VS
KIM ET AL ***DISMISSED***

| Case Number | Court | |
| --- | --- | --- |
| 15-2-03146-3 | Snohomish | |
| File Date | Case Type | Case Status |
| 03/31/2015 | COL Collection | Completed/Re-Completed |

## Party

Plaintiff
NATIONAL COLLEGIATE STUDENT LOAN TRUST
2005-2, NFN

| Defendant | Active Attorneys ▾ |
| --- | --- |
| KIM, TONY | Pro Se |

| Defendant | Active Attorneys ▾ |
| --- | --- |
| KIM, DARIA | Pro Se |

## Disposition Events

8/21/2018                                                    Details

04/02/2015 Judgment ▾

Judgment Type
General Recovery

Monetary/Property Award

   Creditors: NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, NFN

   Debtors: KIM, DARIA, KIM, TONY

   Signed Date: 04/01/2015

   Filed Date: 04/02/2015

   Effective Date: 04/02/2015

   Current Judgment Status:

      Status: Vacated

      Status Date: 12/01/2015

   Comment: Judgments this case: 1 Signed by: COMMISSIONER LESTER H
   STEWART 2015-04-02 DFJG DEFAULT JUDGMENT AGAINST DFTS
   TONY & DARIA KIM IN FVR OF PLF PRINCIPAL 16,051.91. INT TO DATE
   2,616.97. COSTS 405.00. (INT @ 12% PA) 2015-04-02 CB COST BILL
   2015-12-01 ORVCJG ORDER VACATING JUDGMENT

## Events and Hearings

03/31/2015 Filing Fee Received ▲

03/31/2015 Case Information Cover Sheet ▲

03/31/2015 Summons and Complaint ▲

04/02/2015 Affidavit Declaration Certificate Confirmation of Service ▲

04/02/2015 Motion for Default ▲

04/02/2015 Default Judgment ▲

04/02/2015 Order of Default ▲

04/02/2015 Ex Parte Action With Order ▲

04/02/2015 Cost Bill ▲

05/26/2015 Affidavit for Garnishment ▲

05/26/2015 Writ of Garnishment ▲

06/19/2015 Answer to Writ ▲

10/28/2015 Notice of Appearance ▲

10/28/2015 Motion for Order to Show Cause ▲

10/28/2015 Declaration Affidavit ▲

10/28/2015 Declaration Affidavit ▲

10/28/2015 Declaration Affidavit ▲

10/28/2015 Note for Calendar ▲

11/03/2015 Declaration Affidavit ▲

11/03/2015 Declaration Affidavit ▲

11/03/2015 Objection Opposition ▲

11/04/2015 Continuance Agreement ▲

11/04/2015 Note for Calendar ▲

11/05/2015 CM Commissioners' Civil Motions ▲

11/05/2015 Hearing Continued Defense Respondent Requested ▲

11/12/2015 Order to Show Cause ▲

11/12/2015 Ex Parte Action With Order ▲

11/19/2015 CM Commissioners' Civil Motions ▲

11/19/2015 CM Commissioners' Civil Motions ▲

11/19/2015 Hearing Stricken Not Confirmed and Not Heard ▲

11/19/2015 Note for Calendar ▲

11/19/2015 Order to Show Cause ▲

11/19/2015 Ex Parte Action With Order ▲

11/30/2015 Reply ▲

12/01/2015 CM Commissioners' Civil Motions ▲

12/01/2015 Motion Hearing ▲

12/01/2015 Order Vacating Judgment ▲

12/01/2015 Order Quashing ▲

12/17/2015 Answer and Affirmative Defense ▲

05/29/2018 Clerks Motion for Closure

07/10/2018 Clerks Order of Dismissal ▲

07/10/2018 Case Resolution Dismissal Closure by Clerk

07/10/2018 Ex Parte Action With Order

# EXHIBIT 49

## Case Information

15-2-04015-2 | NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1 VS
KIM ET AL ***DISMISSED***

| Case Number | Court | |
| --- | --- | --- |
| 15-2-04015-2 | Snohomish | |
| File Date | Case Type | Case Status |
| 05/20/2015 | COL Collection | Completed/Re-Completed |

## Party

Plaintiff
NATIONAL COLLEGIATE STUDENT LOAN TRUST
2006-1, NFN

Defendant                          Active Attorneys ▾
KIM, TONY                          Pro Se

Defendant                          Active Attorneys ▾
KIM, IL                            Pro Se

## Disposition Events

05/28/2015 Judgment ▾

Judgment Type
General Recovery

Monetary/Property Award

Creditors: NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1, NFN

Debtors: KIM, IL, KIM, TONY

Signed Date: 05/27/2015

Filed Date: 05/28/2015

Effective Date: 05/28/2015

Current Judgment Status:

Status: Vacated

Status Date: 12/01/2015

Comment: Judgments this case: 1 Signed by: COMMISSIONER LESTER H
STEWART 2015-05-28 DFJG DEFAULT JUDGMENT & JUDG SUMMARY
AGAINST DFTS JDB0001 KIM, TONY JDB0002 KIM, IL IN FVR OF PLF
JCR0001 NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1
PRINCIPAL 23,882.28. PREJUDGMENT INT 3,893.63. COSTS 405.00. (INT
@ 12% PA) 2015-12-01 ORVCJG ORDER VACATING JUDGMENT

## Events and Hearings

05/20/2015 Filing Fee Received ▲

05/20/2015 Case Information Cover Sheet ▲

05/20/2015 Summons and Complaint ▲

05/28/2015 Affidavit Declaration Certificate Confirmation of Service ▲

05/28/2015 Motion for Default Judgment ▲

05/28/2015 Default Judgment ▲

05/28/2015 Order of Default ▲

05/28/2015 Ex Parte Action With Order ▲

05/28/2015 Cost Bill ▲

10/21/2015 Affidavit for Garnishment ▲

10/21/2015 Writ of Garnishment ▲

10/28/2015 Notice of Appearance ▲

10/28/2015 Motion for Order to Show Cause ▲

10/28/2015 Declaration Affidavit ▲

10/28/2015 Declaration Affidavit ▲

10/28/2015 Declaration Affidavit ▲

10/28/2015 Note for Calendar ▲

11/03/2015 Declaration Affidavit ▲

11/03/2015 Declaration Affidavit ▲

11/03/2015 Objection Opposition ▲

11/04/2015 Continuance Agreement ▲

11/04/2015 Note for Calendar ▲

11/05/2015 CM Commissioners' Civil Motions ▲

11/05/2015 Hearing Continued Defense Respondent Requested ▲

11/12/2015 Order to Show Cause ▲

11/12/2015 Ex Parte Action With Order ▲

11/19/2015 CM Commissioners' Civil Motions ▲

11/19/2015 Hearing Stricken Not Confirmed and Not Heard ▲

11/19/2015 Note for Calendar ▲

11/19/2015 Order to Show Cause ▲

11/30/2015 Reply ▲

12/01/2015 CM Commissioners' Civil Motions ▲

12/01/2015 Motion Hearing ▲

12/01/2015 Order Vacating Judgment ▲

12/01/2015 Order Quashing ▲

12/17/2015 Answer ▲

04/25/2018 Clerks Notice for Dismissal for Want of Prosecution

07/10/2018 Clerks Order of Dismissal ▲

07/10/2018 Case Resolution Dismissal Closure by Clerk

07/10/2018 Ex Parte Action With Order

# EXHIBIT 50

8/24/2018

Details

# Case Information

15-2-04016-1 | NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3 VS
KIM ET AL ***DISMISSED***

Case Number
15-2-04016-1

File Date
05/20/2015

Court
Snohomish

Case Type
COL Collection

Case Status
Completed/Re-
Completed

# Party

Plaintiff
NATIONAL COLLEGIATE STUDENT LOAN TRUST
2005-3, NFN

Defendant
KIM, TONY

Active Attorneys ▼
Pro Se

Defendant
KIM, IL

Active Attorneys ▼
Pro Se

# Disposition Events

05/28/2015 Judgment ▾

Judgment Type
General Recovery

Monetary/Property Award

Creditors: NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3, NFN

Debtors: KIM, IL, KIM, TONY

Signed Date: 05/27/2015

Filed Date: 05/28/2015

Effective Date: 05/28/2015

Current Judgment Status:

Status: Vacated

Status Date: 12/01/2015

Comment: Judgments this case: 1 Signed by: COMMISSIONER LESTER H
STEWART 2015-05-28 DFJG DEFAULT JUDGMENT & JUDG SUMMARY
AGAINST DFTS JDB0001 KIM, TONY JDB0002 KIM, IL IN FVR OF PLF
JCR0001 NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3
PRINCIPAL 24,652.37. PREJUDGMENT INT 4,019.13. COSTS 405.00. (INT
@ 12% PA) 2015-12-01 ORVCJG ORDER VACATING JUDGMENT

# Events and Hearings

05/20/2015 Filing Fee Received ▲

05/20/2015 Case Information Cover Sheet ▲

05/20/2015 Summons and Complaint ▲

05/28/2015 Affidavit Declaration Certificate Confirmation of Service ▲

05/28/2015 Motion for Default Judgment ▲

05/28/2015 Default Judgment ▲

05/28/2015 Order of Default ▲

05/28/2015 Ex Parte Action With Order ▲

05/28/2015 Cost Bill ▲

09/24/2015 Affidavit for Garnishment ▲

09/24/2015 Writ of Garnishment ▲

10/13/2015 Answer to Writ ▲

10/28/2015 Notice of Appearance ▲

10/28/2015 Motion for Order to Show Cause ▲

10/28/2015 Declaration Affidavit ▲

10/28/2015 Declaration Affidavit ▲

10/28/2015 Declaration Affidavit ▲

10/28/2015 Declaration Affidavit ▲

10/28/2015 Note for Calendar ▲

10/28/2015 Proposed Order Findings ▲

11/03/2015 Declaration Affidavit ▲

11/03/2015 Declaration Affidavit ▲

11/03/2015 Objection Opposition ▲

11/04/2015 Continuance Agreement ▲

11/04/2015 Note for Calendar ▲

11/05/2015 CM Commissioners' Civil Motions ▲

11/05/2015 Hearing Continued Defense Respondent Requested ▲

8/31/2018                                                                                    Details

11/12/2015 Order to Show Cause ▲

11/12/2015 Ex Parte Action With Order ▲

11/19/2015 CM Commissioners' Civil Motions ▲

11/19/2015 Hearing Stricken Not Confirmed and Not Heard ▲

11/19/2015 Note for Calendar ▲

11/19/2015 Order to Show Cause ▲

11/30/2015 Reply ▲

12/01/2015 CM Commissioners' Civil Motions ▲

12/01/2015 Motion Hearing ▲

12/01/2015 Order Vacating Judgment ▲

12/01/2015 Order Quashing ▲

12/17/2015 Answer ▲

04/25/2018 Clerks Notice for Dismissal for Want of Prosecution

07/10/2018 Clerks Order of Dismissal ▲

07/10/2018 Case Resolution Dismissal Closure by Clerk

07/10/2018 Ex Parte Action With Order

# EXHIBIT 51

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:17-cv-01323-GMS

Consumer Financial Protection Bureau v. National Collegiate          Date Filed: 09/18/2017
Master Student Loan Trust et al                                      Jury Demand: None
Assigned to: Judge Gregory M. Sleet                                  Nature of Suit: 890 Other Statutory Actions
Cause: 28:1345 Default of Student Loan                               Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**Consumer Financial Protection Bureau**          represented by   **Carolyn I Hahn**
                                                                  Consumer Financial Protection Bureau
                                                                  1625 Eye Street NW
                                                                  Washington, DC 20006
                                                                  (202) 435-7250
                                                                  Fax: (202) 435-7722
                                                                  Email: Carolyn.hahn@cfpb.gov
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Colin T. Reardon**
                                                                  Consumer Financial Protection Bureau
                                                                  Office of Enforcement
                                                                  1700 G. St. NW
                                                                  Washington, DC 20552
                                                                  (202) 435-9668
                                                                  Fax: (202) 435-7722
                                                                  Email: colin.reardon@cfpb.gov
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Gabriel S.H. Hopkins**
                                                                  Consumer Financial Protection Bureau
                                                                  Office of Enforcement
                                                                  1700 G. St. NW
                                                                  Washington, DC 20552
                                                                  (202) 435-7842
                                                                  Email: gabriel.hopkins@cfpb.gov
                                                                  *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**National Collegiate Master Student Loan**          represented by   **National Collegiate Master Student Loan**
**Trust**                                                             **Trust**
                                                                      PRO SE

                                                                      **Daniel M. Silver**
                                                                      McCarter & English, LLP
                                                                      Renaissance Centre
                                                                      405 N. King Street, 8th Floor
                                                                      Wilmington, DE 19801

(302) 984-6300
Fax: (302) 691-1260
Email: dsilver@mccarter.com
*TERMINATED: 07/16/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam J. Levitt**
Email: alevitt@dlcfirm.com
*TERMINATED: 01/05/2018*
*PRO HAC VICE*

**Amy E. Keller**
Email: akeller@dlcfirm.com
*TERMINATED: 01/05/2018*
*PRO HAC VICE*

**James A. Kosch**
Email: jkosch@mccarter.com
*TERMINATED: 07/16/2018*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Collegiate Student Loan Trust 2003-1**      represented by **National Collegiate Student Loan Trust 2003-1**
PRO SE

**Daniel M. Silver**
(See above for address)
*TERMINATED: 07/16/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Collegiate Student Loan Trust 2004-1**      represented by **National Collegiate Student Loan Trust 2004-1**
PRO SE

**Daniel M. Silver**
(See above for address)
*TERMINATED: 07/16/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Collegiate Student Loan Trust 2004-2**      represented by **National Collegiate Student Loan Trust 2004-2**
PRO SE

**Daniel M. Silver**
(See above for address)
*TERMINATED: 07/16/2018*

CM/ECF LIVE - U.S. District Court:ded

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Collegiate Student Loan Trust 2005-1**

represented by **National Collegiate Student Loan Trust 2005-1**
PRO SE

**Daniel M. Silver**
(See above for address)
*TERMINATED: 07/16/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Collegiate Student Loan Trust 2005-2**

represented by **National Collegiate Student Loan Trust 2005-2**
PRO SE

**Daniel M. Silver**
(See above for address)
*TERMINATED: 07/16/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Collegiate Student Loan Trust 2005-3**

represented by **National Collegiate Student Loan Trust 2005-3**
PRO SE

**Daniel M. Silver**
(See above for address)
*TERMINATED: 07/16/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Collegiate Student Loan Trust 2006-1**

represented by **National Collegiate Student Loan Trust 2006-1**
PRO SE

**Daniel M. Silver**
(See above for address)
*TERMINATED: 07/16/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Collegiate Student Loan Trust 2006-2**

represented by **National Collegiate Student Loan Trust 2006-2**
PRO SE

**Daniel M. Silver**

CM/ECF LIVE - U.S. District Court:ded

(See above for address)
*TERMINATED: 07/16/2018*
*LEAD ATTORNEY*

**Defendant**

**National Collegiate Student Loan Trust
2006-3**                        represented by **National Collegiate Student Loan Trust
                                                 2006-3**
                                                 PRO SE

                                                 **Daniel M. Silver**
                                                 (See above for address)
                                                 *TERMINATED: 07/16/2018*
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**National Collegiate Student Loan Trust
2006-4**                        represented by **National Collegiate Student Loan Trust
                                                 2006-4**
                                                 PRO SE

                                                 **Daniel M. Silver**
                                                 (See above for address)
                                                 *TERMINATED: 07/16/2018*
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**National Collegiate Student Loan Trust
2007-1**                        represented by **National Collegiate Student Loan Trust
                                                 2007-1**
                                                 PRO SE

                                                 **Daniel M. Silver**
                                                 (See above for address)
                                                 *TERMINATED: 07/16/2018*
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**National Collegiate Student Loan Trust
2007-2**                        represented by **National Collegiate Student Loan Trust
                                                 2007-2**
                                                 PRO SE

                                                 **Daniel M. Silver**
                                                 (See above for address)
                                                 *TERMINATED: 07/16/2018*
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**National Collegiate Student Loan Trust
2007-3**                        represented by **National Collegiate Student Loan Trust
                                                 2007-3**
                                                 PRO SE

|  | **Daniel M. Silver** |
|  | (See above for address) |
|  | *TERMINATED: 07/16/2018* |
|  | *LEAD ATTORNEY* |
|  | *ATTORNEY TO BE NOTICED* |

**Defendant**

| **National Collegiate Student Loan Trust 2007-4** | represented by | **National Collegiate Student Loan Trust 2007-4** |
|  |  | PRO SE |

|  | **Daniel M. Silver** |
|  | (See above for address) |
|  | *TERMINATED: 07/16/2018* |
|  | *LEAD ATTORNEY* |
|  | *ATTORNEY TO BE NOTICED* |

**Amicus**

| **Structured Finance Industry Group, Inc.** | represented by | **A. Thompson Bayliss** |
|  |  | Abrams & Bayliss LLP |
|  |  | 20 Montchanin Road |
|  |  | Suite 200 |
|  |  | Wilmington, DE 19807 |
|  |  | (302) 778-1033 |
|  |  | Fax: (302) 778-1001 |
|  |  | Email: bayliss@abramsbayliss.com |
|  |  | *LEAD ATTORNEY* |
|  |  | *ATTORNEY TO BE NOTICED* |

V.

**Movant**

| **Raul Piombo** | represented by | **Raul Piombo** |
|  |  | 19390 Collins Avenue |
|  |  | Apt. 1022 A |
|  |  | Sunny Isles, FL 33160 |
|  |  | PRO SE |

**Trustee**

| **U.S. Bank National Association** | represented by | **David M. Fry** |
|  |  | Shaw Keller LLP |
|  |  | 1105 North Market Street, 12th Floor |
|  |  | Wilmington, DE 19801 |
|  |  | (302) 298-0700 |
|  |  | Email: dfry@shawkeller.com |
|  |  | *LEAD ATTORNEY* |
|  |  | *ATTORNEY TO BE NOTICED* |

|  | **Keith M. Kollmeyer** |
|  | Email: kkollmeyer@jonesday.com |
|  | *PRO HAC VICE* |
|  | *ATTORNEY TO BE NOTICED* |

V.

**Intervenor**

**Ambac Assurance Corporation**                represented by   **Kurt M. Heyman**
Heyman Enerio Gattuso & Hirzel LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302)472-7300
Fax: (302) 472-7320
Email: kheyman@hegh.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erik Haas**
Email: ehaas@pbwt.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**George A. LoBiondo**
Email: globiondo@pbwt.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua Kipnees**
Email: jkipnees@pbwt.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter W. Tomlinson**
Email: pwtomlinson@pbwt.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd C. Schiltz**
Drinker Biddle & Reath LLP
222 Delaware Avenue
Suite 1410
Wilmington, DE 19801-1621
(302) 467-4200
Fax: (302) 467-4201
Email: todd.schiltz@dbr.com
*TERMINATED: 10/25/2017*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Transworld Systems Inc.**                    represented by   **Allyson B. Baker**
Email: abaker@venable.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamie Lynne Edmonson**
Venable LLP
1201 N. Market Street, Suite 1400

Wilmington, DE 19801
(302) 298-3535
Email: jledmonson@venable.com
*ATTORNEY TO BE NOTICED*

**Katherine M. Wright**
Email: kmwright@venable.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meredith L. Boylan**
Email: mlboylan@venable.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sameer P. Sheikh**
Email: SPSheikh@venable.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Waterfall Eden Master Fund, Ltd.**          represented by **Andrew Dieter Cordo**
                                                            Ashby & Geddes
                                                            500 Delaware Avenue, 8th Floor
                                                            P.O. Box 1150
                                                            Wilmington, DE 19899
                                                            (302) 654-1888
                                                            Email: acordo@ashby-geddes.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Michael Hanin**
                                                            Email: mhanin@kasowitz.com
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Uri Itkin**
                                                            Email: uitkin@kasowitz.com
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**Intervenor**

**Waterfall Delta Offshore Master Fund,**     represented by **Andrew Dieter Cordo**
**LP**                                                      (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Intervenor**

**Waterfall Sandstone Fund, LP.**             represented by **Andrew Dieter Cordo**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Intervenor**

**Baldr Sherwood Fund, Inc.**                   represented by **Andrew Dieter Cordo**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Intervenor**

**One William Street Capital Master Fund,**     represented by **Andrew Dieter Cordo**
**Ltd.**                                        (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Intervenor**

**OWS ABS Master Fund II, L.P.**                represented by **Andrew Dieter Cordo**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Intervenor**

**OWS COF I Master, L.P.**                      represented by **Andrew Dieter Cordo**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Intervenor**

**OWS Credit Opportunity I, LLC**               represented by **Andrew Dieter Cordo**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Intervenor**

**OWS Global Fixed Income Fund (USD-**          represented by **Andrew Dieter Cordo**
**Hedged), Ltd.**                               (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Intervenor**

**LibreMax Master Fund, Ltd.**                  represented by **Andrew Dieter Cordo**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Intervenor**

**LibreMax Value Master Fund, Ltd.**            represented by **Andrew Dieter Cordo**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Intervenor**

**LibreMax MSW Fund, Ltd.**                     represented by **Andrew Dieter Cordo**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Intervenor**

**AG Mortgage Value Partners Master**                 represented by   **Andrew Dieter Cordo**
**Fund, L.P.**                                                        (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Intervenor**

**AG TCDRS, L.P., AG Pisgah, L.P.**                   represented by   **Andrew Dieter Cordo**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Intervenor**

**AG Super RMBS LLC**                                 represented by   **Andrew Dieter Cordo**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Intervenor**

**AG Opportunistic Whole Loan Select,**              represented by   **Andrew Dieter Cordo**
**L.P.**                                                             (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Intervenor**

**GSS Data Services, Inc.**                           represented by   **Rebecca Lyn Butcher**
                                                                     Landis Rath & Cobb LLP
                                                                     919 Market Street, Suite 1800
                                                                     P.O. Box 2087
                                                                     Wilmington, DE 19899
                                                                     (302) 467-4400
                                                                     Email: butcher@lrclaw.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Intervenor**

**The Pennsylvania Higher Education**                represented by   **Stacey A. Scrivani**
**Assistance Agency**                                                Stevens & Lee
                                                                     919 North Market Street
                                                                     Suite 1300
                                                                     Wilmington, DE 19801
                                                                     302-425-3306
                                                                     Email: sasc@stevenslee.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Elizabeth Ware**
                                                                     Email: eaw@stevenslee.com
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Nicholas H. Pennington**
                                                                     Email: nhp@stevenslee.com

8/21/2018                          CM/ECF LIVE - U.S. District Court:ded

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Wilmington Trust Company**                represented by   **Stephen B. Brauerman**
Bayard, P.A.
600 N. King Street
Suite 400
Wilmington, DE 19801
(302) 655-5000
Fax: (302) 658-6395
Email: sbrauerman@bayardlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2017 | 1 | COMPLAINT filed against National Collegiate Master Student Loan Trust, National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2007-3, National Collegiate Student Loan Trust 2007-4 - Magistrate Consent Notice to Pltf. - filed by Consumer Financial Protection Bureau. (Attachments: # 1 Civil Cover Sheet)(crb) (Entered: 09/18/2017) |
| 09/18/2017 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (crb) (Entered: 09/18/2017) |
| 09/18/2017 | 3 | MOTION to Approve Consent Judgement - filed by Consumer Financial Protection Bureau. (Attachments: # 1 Proposed Consent Judgement)(crb) (Entered: 09/18/2017) |
| 09/18/2017 | | Remark: No summons issued. (crb) (Entered: 09/18/2017) |
| 09/20/2017 | | Case Assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb) (Entered: 09/20/2017) |
| 09/20/2017 | 4 | MOTION to Intervene and Request for Briefing Schedule - filed by Ambac Assurance Corporation. (Attachments: # 1 Text of Proposed Order)(Schiltz, Todd) Modified on 9/20/2017 (mdb). (Entered: 09/20/2017) |
| 09/20/2017 | 5 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Ambac Financial Group, Inc. for Ambac Assurance Corporation filed by Ambac Assurance Corporation. (Schiltz, Todd) (Entered: 09/20/2017) |
| 09/20/2017 | 6 | Letter to Honorable Gregory M. Sleet from Jamie L. Edmonson regarding Motion to Intervene. (Edmonson, Jamie) (Entered: 09/20/2017) |
| 09/21/2017 | 7 | Letter to The Honorable Gregory M. Sleet from Rebecca L. Butcher regarding Interested Party GSS Data Services, Inc.'s Motion to Intervene - re 1 Complaint,,, 4 MOTION to Intervene and Request for Briefing Schedule, 2 Magistrate Consent Forms, 3 MOTION approve consent judgement, 6 Letter. (Butcher, Rebecca) (Entered: 09/21/2017) |
| 09/22/2017 | 8 | Letter to The Honorable Gregory M. Sleet from David M. Fry. (Fry, David) (Entered: |

| | | |
|---|---|---|
| | | 09/22/2017) |
| 09/22/2017 | 9 | MOTION to Intervene - filed by Transworld Systems Inc.. (Attachments: # 1 Text of Proposed Order)(Edmonson, Jamie) (Entered: 09/22/2017) |
| 09/22/2017 | 10 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Aston Acquistion Corp. for Transworld Systems Inc. filed by Transworld Systems Inc.. (Edmonson, Jamie) (Entered: 09/22/2017) |
| 09/22/2017 | 11 | MOTION To Intervene For The Limited Purpose Of Objecting To The Proposed Consent Judgment and Notice of Appearance by Waterfall Eden Master Fund, Ltd., Waterfall Delta Offshore Master Fund, LP, Waterfall Sandstone Fund, LP., Baldr Sherwood Fund, Inc., One William Street Capital Master Fund, Ltd., OWS ABS Master Fund II, L.P., OWS COF I Master, L.P., OWS Credit Opportunity I, LLC, OWS Global Fixed Income Fund (USD-Hedged), Ltd., LibreMax Master Fund, Ltd., LibreMax Value Master Fund, Ltd., LibreMax MSW Fund, Ltd., AG Mortgage Value Partners Master Fund, L.P., AG TCDRS, L.P., AG Pisgah, L.P., AG Super RMBS LLC, AG Opportunistic Whole Loan Select, L.P. (Cordo, Andrew) Modified on 9/25/2017 (mdb). (Entered: 09/22/2017) |
| 09/26/2017 | 12 | MOTION to Intervene - filed by GSS Data Services, Inc.. (Attachments: # 1 Proposed Order)(Butcher, Rebecca) (Entered: 09/26/2017) |
| 09/26/2017 | 13 | DECLARATION re 12 MOTION to Intervene by GSS Data Services, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Butcher, Rebecca) (Entered: 09/26/2017) |
| 09/26/2017 | 14 | MOTION for Pro Hac Vice Appearance of Attorney Katherine M. Wright - filed by Transworld Systems Inc.. (Edmonson, Jamie) (Entered: 09/26/2017) |
| 09/26/2017 | 15 | MOTION for Pro Hac Vice Appearance of Attorney Sameer P. Sheikh - filed by Transworld Systems Inc.. (Edmonson, Jamie) (Entered: 09/26/2017) |
| 09/26/2017 | 16 | MOTION for Pro Hac Vice Appearance of Attorney Meredith L. Boylan - filed by Transworld Systems Inc.. (Edmonson, Jamie) (Entered: 09/26/2017) |
| 09/26/2017 | 17 | MOTION for Pro Hac Vice Appearance of Attorney Allyson B. Baker - filed by Transworld Systems Inc.. (Edmonson, Jamie) (Entered: 09/26/2017) |
| 09/26/2017 | 18 | NOTICE of Appearance by Daniel M. Silver on behalf of All Defendants (Silver, Daniel) (Entered: 09/26/2017) |
| 09/26/2017 | 19 | MOTION for Pro Hac Vice Appearance of Attorney James A. Kosch - filed by National Collegiate Master Student Loan Trust, National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2007-3, National Collegiate Student Loan Trust 2007-4. (Attachments: # 1 Certification for James A. Kosch)(Silver, Daniel) (Entered: 09/26/2017) |
| 09/26/2017 | 20 | MOTION to Intervene - filed by The Pennsylvania Higher Education Assistance Agency. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Compliance)(Scrivani, Stacey) (Entered: 09/26/2017) |
| 09/26/2017 | 21 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by The Pennsylvania Higher Education Assistance Agency. (Attachments: # 1 Certificate of |

CM/ECF LIVE - U.S. District Court:ded

| | | Compliance)(Scrivani, Stacey) (Entered: 09/26/2017) |
|---|---|---|
| 09/27/2017 | | SO ORDERED - re 17 MOTION for Pro Hac Vice Appearance of Attorney Allyson B. Baker filed by Transworld Systems Inc., 14 MOTION for Pro Hac Vice Appearance of Attorney Katherine M. Wright filed by Transworld Systems Inc., 19 MOTION for Pro Hac Vice Appearance of Attorney James A. Kosch filed by National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2007-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2007-3, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2005-2, National Collegiate Master Student Loan Trust, National Collegiate Student Loan Trust 2003-1, 16 MOTION for Pro Hac Vice Appearance of Attorney Meredith L. Boylan filed by Transworld Systems Inc., 15 MOTION for Pro Hac Vice Appearance of Attorney Sameer P. Sheikh filed by Transworld Systems Inc. Ordered by Judge Gregory M. Sleet on 9/27/2017. (mdb) (Entered: 09/27/2017) |
| 09/28/2017 | 22 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Goal Structured Solutions, Inc. for GSS Data Services, Inc. filed by GSS Data Services, Inc.. (Butcher, Rebecca) (Entered: 09/28/2017) |
| 09/28/2017 | | Pro Hac Vice Attorney Katherine M. Wright for Transworld Systems Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (ceg) (Entered: 09/28/2017) |
| 09/28/2017 | | Pro Hac Vice Attorney Meredith L. Boylan for Transworld Systems Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (ceg) (Entered: 09/28/2017) |
| 09/28/2017 | | Pro Hac Vice Attorney Sameer P. Sheikh for Transworld Systems Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (ceg) (Entered: 09/28/2017) |
| 09/29/2017 | 23 | STIPULATION TO EXTEND TIME to RESPOND to Motions to Intervene to October 19, 2017 - filed by Consumer Financial Protection Bureau. (Hahn, Carolyn) (Entered: 09/29/2017) |
| 10/02/2017 | | Pro Hac Vice Attorney Allyson B. Baker for Transworld Systems Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (crb) (Entered: 10/02/2017) |
| 10/03/2017 | 24 | MOTION for Pro Hac Vice Appearance of Attorney Nicholas Pennington - filed by The Pennsylvania Higher Education Assistance Agency. (Scrivani, Stacey) (Entered: 10/03/2017) |
| 10/03/2017 | | SO ORDERED - re 24 MOTION for Pro Hac Vice Appearance of Attorney Nicholas Pennington filed by The Pennsylvania Higher Education Assistance Agency. Ordered by Judge Gregory M. Sleet on 10/3/2017. (mdb) (Entered: 10/03/2017) |
| 10/03/2017 | 25 | MOTION for Pro Hac Vice Appearance of Attorney Michael Hanin - filed by AG Mortgage Value Partners Master Fund, L.P., AG Opportunistic Whole Loan Select, L.P., AG Super RMBS LLC, AG TCDRS, L.P., AG Pisgah, L.P., Baldr Sherwood Fund, Inc., LibreMax MSW Fund, Ltd., LibreMax Master Fund, Ltd., LibreMax Value Master Fund, Ltd., OWS ABS Master Fund II, L.P., OWS COF I Master, L.P., OWS Credit Opportunity |

| | | |
|---|---|---|
| | | I, LLC, OWS Global Fixed Income Fund (USD-Hedged), Ltd., One William Street Capital Master Fund, Ltd., Waterfall Delta Offshore Master Fund, LP, Waterfall Eden Master Fund, Ltd., Waterfall Sandstone Fund, LP.. (Attachments: # 1 Order Admitting Pro Hac Vice of Michael Hanin, # 2 Certification of Michael Hanin)(Cordo, Andrew) (Entered: 10/03/2017) |
| 10/03/2017 | 26 | MOTION for Pro Hac Vice Appearance of Attorney Uri Itkin - filed by AG Mortgage Value Partners Master Fund, L.P., AG Opportunistic Whole Loan Select, L.P., AG Super RMBS LLC, AG TCDRS, L.P., AG Pisgah, L.P., Baldr Sherwood Fund, Inc., LibreMax MSW Fund, Ltd., LibreMax Master Fund, Ltd., LibreMax Value Master Fund, Ltd., OWS ABS Master Fund II, L.P., OWS COF I Master, L.P., OWS Credit Opportunity I, LLC, OWS Global Fixed Income Fund (USD-Hedged), Ltd., One William Street Capital Master Fund, Ltd., Waterfall Delta Offshore Master Fund, LP, Waterfall Eden Master Fund, Ltd., Waterfall Sandstone Fund, LP.. (Attachments: # 1 Order Admitting Pro Hac Vice of Uri Itkin, # 2 Certification of Uri Itkin)(Cordo, Andrew) (Entered: 10/03/2017) |
| 10/04/2017 | | SO ORDERED - re 25 MOTION for Pro Hac Vice Appearance of Attorney Michael Hanin filed by LibreMax MSW Fund, Ltd., OWS Credit Opportunity I, LLC, OWS ABS Master Fund II, L.P., Waterfall Sandstone Fund, LP., AG Mortgage Value Partners Master Fund, L.P., OWS COF I Master, L.P., Baldr Sherwood Fund, Inc., AG Opportunistic Whole Loan Select, L.P., Waterfall Delta Offshore Master Fund, LP, Waterfall Eden Master Fund, Ltd., OWS Global Fixed Income Fund (USD-Hedged), Ltd., One William Street Capital Master Fund, Ltd., AG Super RMBS LLC, LibreMax Value Master Fund, Ltd., LibreMax Master Fund, Ltd., AG TCDRS, L.P., AG Pisgah, L.P., 26 MOTION for Pro Hac Vice Appearance of Attorney Uri Itkin filed by LibreMax MSW Fund, Ltd., OWS Credit Opportunity I, LLC, OWS ABS Master Fund II, L.P., Waterfall Sandstone Fund, LP., AG Mortgage Value Partners Master Fund, L.P., OWS COF I Master, L.P., Baldr Sherwood Fund, Inc., AG Opportunistic Whole Loan Select, L.P., Waterfall Delta Offshore Master Fund, LP, Waterfall Eden Master Fund, Ltd., OWS Global Fixed Income Fund (USD-Hedged), Ltd., AG Super RMBS LLC, One William Street Capital Master Fund, Ltd., LibreMax Value Master Fund, Ltd., AG TCDRS, L.P., AG Pisgah, L.P., LibreMax Master Fund, Ltd.. Ordered by Judge Gregory M. Sleet on 10/4/2017. (mdb) (Entered: 10/04/2017) |
| 10/04/2017 | 27 | STIPULATION and [Proposed] Order Regarding Extension of Time to Respond to Motions to Intervene by National Collegiate Master Student Loan Trust, National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2007-3, National Collegiate Student Loan Trust 2007-4. (Silver, Daniel) (Entered: 10/04/2017) |
| 10/05/2017 | 28 | NOTICE of Appearance by Gabriel S.H. Hopkins on behalf of Consumer Financial Protection Bureau (Hopkins, Gabriel) (Entered: 10/05/2017) |
| 10/05/2017 | 29 | NOTICE of Appearance by Colin T. Reardon on behalf of Consumer Financial Protection Bureau (Reardon, Colin) (Entered: 10/05/2017) |
| 10/05/2017 | 30 | SO ORDERED - re 23 STIPULATION TO EXTEND TIME to RESPOND to Motions to Intervene to October 19, 2017 (Response Brief(s) due 10/19/2017., Reply Briefs due 11/6/2017). Signed by Judge Gregory M. Sleet on 10/5/2017. (mdb) (Entered: 10/05/2017) |
| 10/06/2017 | 31 | MOTION to Intervene - filed by Wilmington Trust Company. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Brauerman, Stephen) (Entered: 10/06/2017) |

| | | |
|---|---|---|
| 10/10/2017 | | Pro Hac Vice Attorney Michael Hanin for Waterfall Eden Master Fund, Ltd. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (ceg) (Entered: 10/10/2017) |
| 10/10/2017 | 32 | MOTION for Pro Hac Vice Appearance of Attorney Elizabeth A. Ware - filed by The Pennsylvania Higher Education Assistance Agency. (Scrivani, Stacey) (Entered: 10/10/2017) |
| 10/10/2017 | 33 | MOTION to Intervene of U.S. Bank National Association as Successor Special Servicer - filed by U.S. Bank National Association. (Attachments: # 1 Text of Proposed Order)(Fry, David) Modified on 10/11/2017 (mdb). (Entered: 10/10/2017) |
| 10/10/2017 | 34 | OPENING BRIEF in Support re 33 MOTION to Intervene of U.S. Bank National Association as Successor Special Servicer filed by U.S. Bank National Association.Answering Brief/Response due date per Local Rules is 10/24/2017. (Fry, David) Modified on 10/11/2017 (mdb). (Entered: 10/10/2017) |
| 10/10/2017 | 35 | MOTION to Intervene of U.S. Bank National Association as Indenture Trustee - filed by U.S. Bank National Association. (Attachments: # 1 Text of Proposed Order)(Fry, David) Modified on 10/11/2017 (mdb). (Entered: 10/10/2017) |
| 10/10/2017 | 36 | OPENING BRIEF in Support re 35 MOTION to Intervene of U.S. Bank National Association as Indenture Trustee filed by U.S. Bank National Association. Answering Brief/Response due date per Local Rules is 10/24/2017. (Fry, David) Modified on 10/11/2017 (mdb). (Entered: 10/10/2017) |
| 10/10/2017 | 37 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent U.S. Bancorp for U.S. Bank National Association filed by U.S. Bank National Association. (Fry, David) (Entered: 10/10/2017) |
| 10/10/2017 | 38 | MOTION for Pro Hac Vice Appearance of Attorney Matthew Martel and Keith Kollmeyer - filed by U.S. Bank National Association. (Fry, David) (Entered: 10/10/2017) |
| 10/10/2017 | 39 | MOTION for Pro Hac Vice Appearance of Attorney Stephen H. Meyer - filed by U.S. Bank National Association. (Fry, David) (Entered: 10/10/2017) |
| 10/11/2017 | | SO ORDERED - re 32 MOTION for Pro Hac Vice Appearance of Attorney Elizabeth A. Ware filed by The Pennsylvania Higher Education Assistance Agency, 38 MOTION for Pro Hac Vice Appearance of Attorney Matthew Martel and Keith Kollmeyer filed by U.S. Bank National Association. Ordered by Judge Gregory M. Sleet on 10/11/2017. (mdb) (Entered: 10/11/2017) |
| 10/11/2017 | | Pro Hac Vice Attorney Elizabeth Ware for The Pennsylvania Higher Education Assistance Agency added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (ceg) (Entered: 10/11/2017) |
| 10/12/2017 | | Pro Hac Vice Attorney Uri Itkin for Waterfall Eden Master Fund, Ltd. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (ceg) (Entered: 10/12/2017) |
| 10/12/2017 | 40 | STIPULATION TO EXTEND TIME RESPOND to Motions to Intervene to November 1, 2017 - filed by Consumer Financial Protection Bureau. (Hahn, Carolyn) (Entered: 10/12/2017) |
| 10/12/2017 | 41 | MOTION for Pro Hac Vice Appearance of Attorney Erik Haas of Patterson Belknap Webb & Tyler LLP - filed by Ambac Assurance Corporation. (Attachments: # 1 Text of Proposed Order, # 2 Certification of Erk Haas)(Schiltz, Todd) (Entered: 10/12/2017) |

CM/ECF LIVE - U.S. District Court:ded

| | | |
|---|---|---|
| 10/12/2017 | 42 | MOTION for Pro Hac Vice Appearance of Attorney George A. LoBiondo of Patterson Belknap Webb & Tyler LLP - filed by Ambac Assurance Corporation. (Attachments: # 1 Certification of George A. LoBiondo, # 2 Text of Proposed Order)(Schiltz, Todd) (Entered: 10/12/2017) |
| 10/12/2017 | 43 | MOTION for Pro Hac Vice Appearance of Attorney Peter W. Tomlinson of Patterson Belknap Webb & Tyler LLP - filed by Ambac Assurance Corporation. (Attachments: # 1 Certification of Peter W. Tomlinson, # 2 Text of Proposed Order)(Schiltz, Todd) (Entered: 10/12/2017) |
| 10/12/2017 | 44 | MOTION for Pro Hac Vice Appearance of Attorney Kathryn S. Austin of Patterson Belknap Webb & Tyler LLP - filed by Ambac Assurance Corporation. (Attachments: # 1 Certification of Kathryn S. Austin, # 2 Text of Proposed Order)(Schiltz, Todd) (Entered: 10/12/2017) |
| 10/12/2017 | 45 | MOTION for Pro Hac Vice Appearance of Attorney Joshua Kipnees of Patterson Belknap Webb & Tyler LLP - filed by Ambac Assurance Corporation. (Attachments: # 1 Certification of Joshua Kipnees, # 2 Text of Proposed Order)(Schiltz, Todd) (Entered: 10/12/2017) |
| 10/13/2017 | | SO ORDERED - re 44 MOTION for Pro Hac Vice Appearance of Attorney Kathryn S. Austin of Patterson Belknap Webb & Tyler LLP filed by Ambac Assurance Corporation, 42 MOTION for Pro Hac Vice Appearance of Attorney George A. LoBiondo of Patterson Belknap Webb & Tyler LLP filed by Ambac Assurance Corporation, 41 MOTION for Pro Hac Vice Appearance of Attorney Erik Haas of Patterson Belknap Webb & Tyler LLP filed by Ambac Assurance Corporation, 45 MOTION for Pro Hac Vice Appearance of Attorney Joshua Kipnees of Patterson Belknap Webb & Tyler LLP filed by Ambac Assurance Corporation, 43 MOTION for Pro Hac Vice Appearance of Attorney Peter W. Tomlinson of Patterson Belknap Webb & Tyler LLP filed by Ambac Assurance Corporation. Ordered by Judge Gregory M. Sleet on 10/13/2017. (mdb) (Entered: 10/13/2017) |
| 10/13/2017 | | Pro Hac Vice Attorney James A. Kosch for National Collegiate Master Student Loan Trust added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (dmp, ) (Entered: 10/13/2017) |
| 10/13/2017 | 46 | SO ORDERED - re 40 STIPULATION TO EXTEND TIME RESPOND to Motions to Intervene to November 1, 2017 filed by Consumer Financial Protection Bureau. Signed by Judge Gregory M. Sleet on 10/13/2017. (mdb) (Entered: 10/13/2017) |
| 10/18/2017 | | Pro Hac Vice Attorney Keith M. Kollmeyer for U.S. Bank National Association added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (crb) (Entered: 10/18/2017) |
| 10/18/2017 | 47 | Letter/MOTION to Join Case and File Attached Pleadings - filed by Raul Piombo (Personal Money Order #7258405732, in the amount of $100, enclosed for certified copies). (Attachments: # 1 Exhibits)(ceg) (Entered: 10/18/2017) |
| 10/18/2017 | 48 | Response Letter to Raul Piombo from Clerk of Court regarding request for copy work (D.I. 47 ) and return of money order #7258405732 in the amount of $100. (ceg) (Entered: 10/18/2017) |
| 10/18/2017 | 49 | STIPULATION TO EXTEND TIME for Defendants to Respond to Motions to Intervene and for Proposed Intevenors to file Replies In Support of Motions to Intervene to (see stipulation for details) - filed by National Collegiate Master Student Loan Trust, National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust |

| | | |
|---|---|---|
| | | 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2007-3, National Collegiate Student Loan Trust 2007-4. (Silver, Daniel) (Entered: 10/18/2017) |
| 10/19/2017 | | Pro Hac Vice Attorney Nicholas H. Pennington for The Pennsylvania Higher Education Assistance Agency added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (crb) (Entered: 10/19/2017) |
| 10/19/2017 | | SO ORDERED - re 39 MOTION for Pro Hac Vice Appearance of Attorney Stephen H. Meyer filed by U.S. Bank National Association. Ordered by Judge Gregory M. Sleet on 10/19/2017. (mdb) (Entered: 10/19/2017) |
| 10/20/2017 | | SO ORDERED - re 27 Stipulation,,, filed by National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2007-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2007-3, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2005-2, National Collegiate Master Student Loan Trust, National Collegiate Student Loan Trust 2003-1. Ordered by Judge Gregory M. Sleet on 10/20/2017. (mdb) (Entered: 10/20/2017) |
| 10/23/2017 | | Pro Hac Vice Attorney Erik Haas for Ambac Assurance Corporation added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (crb) (Entered: 10/23/2017) |
| 10/23/2017 | 50 | SO ORDERED-IN-PART - re 49 STIPULATION TO EXTEND TIME for Defendants to Respond to Motions to Intervene and for Proposed Intevnors to file Replies In Support of Motions to Intervene to (see stipulation for details). The consolidated response page limit shall be extended to 40 pages, if filed.. Signed by Judge Gregory M. Sleet on 10/23/2017. (mdb) (Entered: 10/23/2017) |
| 10/23/2017 | | Pro Hac Vice Attorney Peter W. Tomlinson,Joshua Kipnees,George A. LoBiondo for Ambac Assurance Corporation added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (dmp, ) (Entered: 10/23/2017) |
| 10/25/2017 | 51 | NOTICE OF SUBSTITUTION OF COUNSEL re Ambac Assurance Corporation: Entry of appearance of attorney Todd C. Schiltz. Attorney Todd C. Schiltz terminated. (Schiltz, Todd) (Entered: 10/25/2017) |
| 10/30/2017 | 52 | MOTION for Pro Hac Vice Appearance of Attorney Greg Gutzler - filed by National Collegiate Master Student Loan Trust, National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2007-3, National Collegiate Student Loan Trust 2007-4. (Attachments: # 1 Certification for Greg Gutzler)(Silver, Daniel) (Entered: 10/30/2017) |

| | | |
|---|---|---|
| 11/01/2017 | 53 | NOTICE of Transworld Systems Inc.'s Notice of Pending Proceedings by Transworld Systems Inc. re 9 MOTION to Intervene , 47 MOTION (Attachments: # 1 Exhibit A) (Edmonson, Jamie) (Entered: 11/01/2017) |
| 11/01/2017 | 54 | ANSWERING BRIEF in Opposition (Plaintiff Consumer Financial Protection Bureau's Consolidated Response to Motions to Intervene) re 31 MOTION to Intervene , 20 MOTION to Intervene , 4 MOTION to Intervene and Request for Briefing Schedule, 11 MOTION to Intervene, 33 MOTION to Intervene of U.S. Bank National Association as Successor Special Servicer, 12 MOTION to Intervene , 9 MOTION to Intervene , 35 MOTION to Intervene of U.S. Bank National Association as Indenture Trustee filed by Consumer Financial Protection Bureau.Reply Brief due date per Local Rules is 11/8/2017. (Attachments: # 1 Affidavit Declaration of Carolyn Hahn, # 2 Exhibit Exhibit A to Hahn Declaration, # 3 Exhibit Exhibit B to Hahn Declaration, # 4 Text of Proposed Order) (Hahn, Carolyn) Modified on 11/2/2017 (mdb). (Entered: 11/01/2017) |
| 11/01/2017 | 55 | RESPONSE to Motion re 33 MOTION to Intervene of U.S. Bank National Association as Successor Special Servicer, 31 MOTION to Intervene , 12 MOTION to Intervene , 20 MOTION to Intervene , 4 MOTION to Intervene and Request for Briefing Schedule, 9 MOTION to Intervene , 35 MOTION to Intervene of U.S. Bank National Association as Indenture Trustee, 11 MOTION to Intervene filed by National Collegiate Master Student Loan Trust, National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2007-3, National Collegiate Student Loan Trust 2007-4. (Silver, Daniel) Modified on 11/2/2017 (mdb). (Entered: 11/01/2017) |
| 11/02/2017 | | SO ORDERED - re 52 MOTION for Pro Hac Vice Appearance of Attorney Greg Gutzler filed by National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2007-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2007-3, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2005-2, National Collegiate Master Student Loan Trust, National Collegiate Student Loan Trust 2003-1. Ordered by Judge Gregory M. Sleet on 11/2/2017. (mdb) (Entered: 11/02/2017) |
| 11/07/2017 | 56 | MOTION for Leave to File a Response to the Trust's Omnibus Response to the Intervention Motions - filed by Consumer Financial Protection Bureau. (Hahn, Carolyn) Modified on 11/7/2017 (mdb). (Entered: 11/07/2017) |
| 11/08/2017 | | LOCAL RULE 7.1.1 NOTICE: In accordance with Local Rule 7.1.1, except for civil cases involving pro se parties or motions brought by nonparties, every nondispositive motion shall be accompanied by an averment of counsel for the moving party that a reasonable effort has been made to reach agreement with the opposing party on the matters set forth in the motion. Unless otherwise ordered, failure to so aver may result in dismissal of the motion. The records of this case do not reflect such an averment by counsel for DI # 56 . Please file the averment using the event code STATEMENT, found under OTHER DOCUMENTS. (mdb) (Entered: 11/08/2017) |
| 11/09/2017 | 57 | STATEMENT re 56 MOTION for Leave to File a Response to the Trust's Omnibus |

| | | |
|---|---|---|
| | | Response to the Intervention Motions by Consumer Financial Protection Bureau. (Hahn, Carolyn) (Entered: 11/09/2017) |
| 11/10/2017 | 58 | MOTION for Pro Hac Vice Appearance of Attorney Adam J. Levitt and Amy E. Keller - filed by National Collegiate Master Student Loan Trust, National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2007-3, National Collegiate Student Loan Trust 2007-4. (Attachments: # 1 Certification for Adam J. Levitt and Amy E. Keller) (Silver, Daniel) (Entered: 11/10/2017) |
| 11/13/2017 | | SO ORDERED - re 58 MOTION for Pro Hac Vice Appearance of Attorney Adam J. Levitt and Amy E. Keller filed by National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2007-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2007-3, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2005-2, National Collegiate Master Student Loan Trust, National Collegiate Student Loan Trust 2003-1. Ordered by Judge Gregory M. Sleet on 11/13/2017. (mdb) (Entered: 11/13/2017) |
| 11/13/2017 | | DEFICIENCY NOTICE by the Court issued to Consumer Financial Protection Bureau re 56 Motion for Leave to File: Pursuant to Judge Sleet's procedures, which can be found at www.ded.uscourts.gov, all motions filed in civil cases shall have a proposed order attached to the motion, with the exception of motions filed by pro se parties. A proposed order can be e-filed using the "Proposed Order" event in CM/ECF found in the "Other Documents" category. (mdb) (Entered: 11/13/2017) |
| 11/13/2017 | 59 | PROPOSED ORDER Granting re 56 MOTION for Leave to File a Response to the Trust's Omnibus Response to the Intervention Motions by Consumer Financial Protection Bureau. (Hahn, Carolyn) (Entered: 11/13/2017) |
| 11/14/2017 | | Pro Hac Vice Attorney Adam J. Levitt, Amy E. Keller for National Collegiate Master Student Loan Trust added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (lmm) (Entered: 11/14/2017) |
| 11/14/2017 | 60 | SO ORDERED - re 59 Proposed Order granting 56 Motion for Leave to File a Response to the Trust's Omnibus Response to the Intervention Motions filed by Consumer Financial Protection Bureau. Signed by Judge Gregory M. Sleet on 11/14/2017. (mdb) (Entered: 11/14/2017) |
| 11/16/2017 | 61 | MOTION for Pro Hac Vice Appearance of Attorney William Hao - filed by GSS Data Services, Inc.. (Attachments: # 1 Certification)(Butcher, Rebecca) (Entered: 11/16/2017) |
| 11/16/2017 | 62 | MOTION for Pro Hac Vice Appearance of Attorney John P. Doherty - filed by GSS Data Services, Inc.. (Attachments: # 1 Certification)(Butcher, Rebecca) (Entered: 11/16/2017) |
| 11/20/2017 | 63 | REPLY BRIEF re 4 MOTION to Intervene and Request for Briefing Schedule filed by Ambac Assurance Corporation. (Heyman, Kurt) (Entered: 11/20/2017) |
| 11/20/2017 | 64 | REPLY BRIEF re 31 MOTION to Intervene filed by Wilmington Trust Company. |

| | | |
|---|---|---|
| | | (Brauerman, Stephen) (Entered: 11/20/2017) |
| 11/20/2017 | 65 | REPLY BRIEF re 20 MOTION to Intervene filed by The Pennsylvania Higher Education Assistance Agency. (Attachments: # 1 Certificate of Compliance, # 2 Exhibit)(Scrivani, Stacey) (Entered: 11/20/2017) |
| 11/20/2017 | 66 | REPLY BRIEF re 12 MOTION to Intervene filed by GSS Data Services, Inc.. (Butcher, Rebecca) (Entered: 11/20/2017) |
| 11/20/2017 | 67 | REPLY BRIEF re 11 MOTION to Intervene filed by AG Mortgage Value Partners Master Fund, L.P., AG Opportunistic Whole Loan Select, L.P., AG Super RMBS LLC, AG TCDRS, L.P., AG Pisgah, L.P., Baldr Sherwood Fund, Inc., LibreMax MSW Fund, Ltd., LibreMax Master Fund, Ltd., LibreMax Value Master Fund, Ltd., OWS ABS Master Fund II, L.P., OWS COF I Master, L.P., OWS Credit Opportunity I, LLC, OWS Global Fixed Income Fund (USD-Hedged), Ltd., One William Street Capital Master Fund, Ltd., Waterfall Delta Offshore Master Fund, LP, Waterfall Eden Master Fund, Ltd., Waterfall Sandstone Fund, LP.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Cordo, Andrew) (Entered: 11/20/2017) |
| 11/20/2017 | 68 | REPLY BRIEF re 33 MOTION to Intervene of U.S. Bank National Association as Successor Special Servicer filed by U.S. Bank National Association. (Fry, David) (Entered: 11/20/2017) |
| 11/20/2017 | 69 | REPLY BRIEF re 35 MOTION to Intervene of U.S. Bank National Association as Indenture Trustee filed by U.S. Bank National Association. (Fry, David) (Entered: 11/20/2017) |
| 11/20/2017 | 70 | REQUEST for Oral Argument by U.S. Bank National Association re 33 MOTION to Intervene of U.S. Bank National Association as Successor Special Servicer. (Fry, David) (Entered: 11/20/2017) |
| 11/20/2017 | 71 | REQUEST for Oral Argument by U.S. Bank National Association re 35 MOTION to Intervene of U.S. Bank National Association as Indenture Trustee. (Fry, David) (Entered: 11/20/2017) |
| 11/20/2017 | 72 | REPLY BRIEF re 9 MOTION to Intervene filed by Transworld Systems Inc.. (Edmonson, Jamie) Modified on 11/21/2017 (mdb). (Entered: 11/20/2017) |
| 11/21/2017 | | SO ORDERED - re 61 MOTION for Pro Hac Vice Appearance of Attorney William Hao filed by GSS Data Services, Inc., 62 MOTION for Pro Hac Vice Appearance of Attorney John P. Doherty filed by GSS Data Services, Inc.. Ordered by Judge Gregory M. Sleet on 11/21/2017. (mdb) (Entered: 11/21/2017) |
| 11/21/2017 | 73 | MOTION for Leave to File a Brief as an Amicus Curiae - filed by Structured Finance Industry Group, Inc.. (Attachments: # 1 Brief of Proposed Amicus Curiae Structured Finance Industry Group, Inc., # 2 Rule 7.1 Corporate Disclosure Statement, # 3 Text of Proposed Order)(Bayliss, A.) Modified on 11/27/2017 (mdb). (Entered: 11/21/2017) |
| 12/06/2017 | 74 | NOTICE of Supplemental Authority by National Collegiate Master Student Loan Trust, National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2007-3, National Collegiate Student Loan Trust 2007-4 (Attachments: # 1 Exhibit A) (Silver, Daniel) (Entered: 12/06/2017) |

CM/ECF LIVE - U.S. District Court:ded

| 01/05/2018 | 75 | NOTICE requesting Clerk to remove Amy E. Keller as co-counsel.. (Silver, Daniel) (Entered: 01/05/2018) |
| --- | --- | --- |
| 01/05/2018 | 76 | NOTICE requesting Clerk to remove Adam J. Levitt as co-counsel.. (Silver, Daniel) (Entered: 01/05/2018) |
| 01/05/2018 | 77 | NOTICE requesting Clerk to remove Greg Gutzler as co-counsel.. (Silver, Daniel) (Entered: 01/05/2018) |
| 01/12/2018 | 78 | NOTICE of of Withdrawal of Pro Hac Attorney Kathryn S. Austin by Ambac Assurance Corporation (Heyman, Kurt) (Entered: 01/12/2018) |
| 03/02/2018 | | CORRECTING ENTRY: Pursuant to plaintiff counsel's phone call to the court, the case management order has been removed from the docket due to the unique nature of this case. The parties are to disregard the order. An order of that type may be entered in the future. (mdb) (Entered: 03/02/2018) |
| 07/10/2018 | 79 | MOTION for McCarter & English, LLP to Withdraw as Attorney - filed by National Collegiate Master Student Loan Trust, National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2007-3, National Collegiate Student Loan Trust 2007-4. (Attachments: # 1 Text of Proposed Order)(Silver, Daniel) (Entered: 07/10/2018) |
| 07/16/2018 | 80 | SO ORDERED - re 79 MOTION for McCarter & English, LLP to Withdraw as Attorney filed by National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2007-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2007-3, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2005-2, National Collegiate Master Student Loan Trust, National Collegiate Student Loan Trust 2003-1, Attorney Daniel M. Silver terminated. (Notice of Compliance deadline set for 8/15/2018). Signed by Judge Gregory M. Sleet on 7/16/2018. (mdb) (Entered: 07/16/2018) |
| 07/17/2018 | 81 | ORDER granting 73 Motion for Leave to File a Brief as an Amicus Curiae filed by Structured Finance Industry Group, Inc. Signed by Judge Gregory M. Sleet on 7/17/2018. (mdb) (Entered: 07/17/2018) |
| 08/06/2018 | 82 | Letter to Judge Sleet from Lance Gotthoffer, Esq. regarding request for a telephone conference to discuss 81 Order. (mdb) (Entered: 08/21/2018) |

| **PACER Service Center** | | | |
| --- | --- | --- | --- |
| **Transaction Receipt** | | | |
| 08/21/2018 15:38:56 | | | |
| PACER Login: | marcrosenberg:2765608:0 | Client Code: | 04944-018221 |
| Description: | Docket Report | Search | 1:17-cv-01323-GMS |

CM/ECF LIVE - U.S. District Court:ded

| | | Criteria: | Start date: 1/1/1970 |
|---|---|---|---|
| | | | End date: 8/21/2018 |
| **Billable Pages:** | 17 | **Cost:** | 1.70 |