Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN; SARAH DOUGLASS; ANTHONY KIM; and IL KIM; and DARIA KIM, on behalf of themselves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSWORLD SYSTEMS INCORPORATION; PATENAUDE AND FELIX, A.P.C.; MATTHEW CHEUNG, and the marital community comprised of MATTHEW CHEUNG and JANE DOE CHEUNG; and DOES ONE THROUGH TEN,<br><br>Defendants. | No. 2:18 cv 1132-JCC<br><br>NOTICE OF UNAVAILABILITY |

TO:        CLERK OF THE COURT

AND TO:    ALL PARTIES AND THEIR COUNSEL

PLEASE TAKE NOTICE that the undersigned attorney will be unavailable from 11/19/18 – 11/26/18 and 12/25/18 – 01/04/19, inclusive, and requests that no motions, discovery requests, or other documents be served on the undersigned, which would require counsel to engage in any work during the above unavailable time period, or where a response would be due during this unavailable period or immediately thereafter.

NOTICE OF UNAVAILABILITY - 1
2:18 cv 1132-JCC
6410462.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

The undersigned further requests the Clerk of the Court transmit this information whenever any motion or other matter is set within the time period stated above to inform the Court hearing the matter of the filing of this notice.

DATED this 7th day of September, 2018.

        LEE SMART, P.S., INC.

        By: /s Marc Rosenberg
            Marc Rosenberg, WSBA No. 31034
            Of Attorneys for Defendants
            Patenaude & Felix, APC, and
            Matthew Cheung

            1800 One Convention Place
            701 Pike St.
            Seattle, WA 98101-3929
            (206) 624-7990
            mr@leesmart.com

NOTICE OF UNAVAILABILITY - 2
2:18 cv 1132-JCC
6410462.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Mr. Sam Leonard          sam@seattledebtdefense.com

Ms. Christina L. Henry   chenry@hdm-legal.com

Mr. Guy W. Beckett       gbeckett@beckettlaw.com

Ms. Amanda Martin        amanda@nwclc.org

Mr. Damian P. Richard    drichard@sessions-law.biz

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

Dated this 7th day of September, 2018 at Seattle, Washington.

LEE SMART, P.S., INC.

By: /s Marc Rosenberg
    Marc Rosenberg, WSBA No. 31034
    Of Attorneys for Defendants
    Patenaude & Felix, APC, and
    Matthew Cheung

    1800 One Convention Place
    701 Pike St.
    Seattle, WA 98101-3929
    (206) 624-7990
    mr@leesmart.com

NOTICE OF UNAVAILABILITY - 3
2:18 cv 1132-JCC
6410462.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944