# EXHIBIT 2

## My DOR

| My DOR Unauthenticated | Business Lookup | PATENAUDE & FELIX CORPORATION |

### License Information:

New search   Back to results

| | |
|---|---|
| **Entity name:** | PATENAUDE & FELIX A PROFESSIONAL CORPORATION |
| **Business name:** | PATENAUDE & FELIX CORPORATION |
| **Entity type:** | Professional Service Corporation |
| **UBI #:** | 602-953-078   Business ID: 001   Location ID: 0002 |
| **Location:** | Open |
| **Location address:** | 19401 40TH AVE W STE 280<br>LYNNWOOD WA 98036-5600 USA |
| **Mailing address:** | 19401 40TH AVE S STE 280<br>LYNNWOOD WA 98036 USA |
| **Excise tax account and reseller permit status:** | Open (View) |
| **Secretary of State status:** | Click here |

### Endorsements

| Endorsements held at this location | License # | Count | Details | Status | Expiration date | First issuance dat |
|---|---|---|---|---|---|---|
| Collection Agency | | | | Active | Oct-31-2018 | Oct-24-2013 |

### Governing People
May include governing people not registered with Secretary of State

| Governing people | Title |
|---|---|
| PATENAUDE, RAYMOND | President, Vice President, Secretary, Treasurer, Chairman of the Board, Director |

### Registered Trade Names

| Registered trade names | Status | First issued |
|---|---|---|
| PATENAUDE AND FELIX CORP | Active | Sep-10-2009 |

The Business Lookup information is updated nightly.
Search date and time: 9/30/2018 2:45:58 PM