THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN, *et al.*,<br><br>          Plaintiffs,<br>    v.<br><br>TRANSWORLD SYSTEMS INCORPORATED, *et al.*,<br><br>          Defendants. | CASE NO. C18-1132-JCC<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter comes before the Court on Plaintiffs' motion for reconsideration or clarification (Dkt. No. 33) of the Court's order (Dkt. No. 29) granting in part and denying in part Defendants Patenaude & Felix, APC ("P&F") and Matthew Cheung's ("Cheung") motion to dismiss (Dkt. No. 15) and Defendant Transworld Systems Inc.'s ("TSI") joinder to the motion to dismiss (Dkt. No. 17). The Court hereby calls for a response to Plaintiffs' motion for reconsideration from Defendant TSI. Defendant TSI shall only address whether Plaintiffs' private claim for a violation of Washington's Consumer Protection Act against it should be dismissed. (*See* Dkt. No. 33 at 6–7.)

      Defendant TSI shall file a response brief of six (6) pages or less no later than Friday,

MINUTE ORDER
C18-1132-JCC
PAGE - 1

December 14, 2018. Plaintiffs shall file a reply brief of three (3) pages or less no later than December 21, 2018. Neither party is required to include a factual background in its briefing. The Clerk is DIRECTED to RENOTE Plaintiffs' motion for reconsideration (Dkt. No. 33) to December 21, 2018. The Clerk is also DIRECTED to RENOTE Defendants' pending motion for summary judgment (Dkt. No. 30) to December 21, 2018.

DATED this 6th day of December 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk