# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN, *et al*.,<br><br>                    Plaintiffs,<br>      v.<br><br>TRANSWORLD SYSTEMS INCORPORATED, *et al*.,<br><br>                    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C18-1132-JCC |

\_\_      **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

On November 2, 2018, Defendants' motion to dismiss was granted in part and denied in part, and Plaintiffs were given 30 days to file an amended complaint curing the deficiencies identified by the Court's order. (Dkt. No. 29.) Plaintiffs' subsequent motion for reconsideration was denied (Dkt. Nos. 33, 44), and Plaintiffs have not timely filed an amended complaint. Therefore, Plaintiffs do not have any remaining claims against Defendants, and this action is DISMISSED with prejudice.

//

//

//

DATED this 4th day of January 2019.

WILLIAM M. MCCOOL  
Clerk of Court

/s/ *Tomas Hernandez*  
Deputy Clerk
