UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| ESTHER HOFFMAN, et al., | ) | Case No.: 2:18-cv-01132 JCC |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | NOTICE OF WITHDRAWAL OF |
| TRANSWORLD SYSTEMS INCORPORATED, et al., | ) | COUNSEL |
| | ) | |
| Defendants. | ) | |
| | ) | |

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to LCR 83.2(b)(3) defendant Transworld Systems Inc. ("TSI") hereby gives notice of the withdrawal of attorney Damian P. Richard, Esq., of the law firm of Sessions, Fishman, Nathan, & Israel, LLP.  TSI remains represented in this case by attorney Stephen G. Skinner, of the law firm of Andrews ▪ Skinner, P.S.

                                        Respectfully Submitted,

Dated: 8/6/19                  SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
                                        /s/ Damian P. Richard
                                        Damian P. Richard
                                        Attorney for Defendant
                                        Transworld Systems Inc.

Dated: 8/6/19                  Andrews ▪ Skinner, P.S.
                                        /s/ Stephen G. Skinner
                                        Stephen G. Skinner
                                        Attorney for Defendant
                                        Transworld Systems Inc.