

FILED

MAY 11 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| ESTHER HOFFMAN; et al., | No.    19-35058 |
| Plaintiffs-Appellants, | D.C. No. 2:18-cv-01132-JCC Western District of Washington, Seattle |
| v. | |
| TRANSWORLD SYSTEMS, INC.; et al., | |
| Defendants-Appellees. | ORDER |

Before:  IKUTA, R. NELSON, and HUNSAKER, Circuit Judges.

Appellees' Joint Motion for Stay of Mandate (Dkt. 65) is DENIED.