UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 19 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ESTHER HOFFMAN; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>TRANSWORLD SYSTEMS, INC.; et al.,<br><br>        Defendants - Appellees. | No. 19-35058<br><br>D.C. No. 2:18-cv-01132-JCC<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered March 19, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7