1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

12

| | |
|---|---|
| ESTHER HOFFMAN, et al., | |
| Plaintiffs, | |
| v. | C18-1132 TSZ |
| TRANSWORLD SYSTEMS INCORPORATED, et al., | MINUTE ORDER |
| Defendants. | |

13      The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

14

15

16

17

      (1)      The United States Court of Appeals for the Ninth Circuit having issued its
Mandate on May 19, 2020 and the Court having been assigned to this case, the Court now
SETS a telephone conference call for June 15, 2020 at 11:00 a.m.  The Court's staff will
be in contact with counsel to provide a conference call number and access code.  Prior to
the status conference, counsel are directed to confer by telephone and be prepared to
discuss with the Court the following issues:

18      (a)      The status of the case;

19

20

      (b)      What parties and claims remain prior to the filing of any amended
complaint.  The parties should be prepared to identify what claims are asserted
against each defendant in light of the Court's motion practice as addressed by the
Ninth Circuit Memorandum Disposition;

21

22

      (c)      Whether the parties should be required to mediate the case at this
time;

23

MINUTE ORDER - 1

(d)     Whether the parties will consent to a magistrate judge;

(e)     When any amended complaint can be filed and the nature of the amendments including the claims to be added, whether any parties can be dismissed, and whether any new parties will be added, as well as a cutoff date for any amendments or new parties;

(f)     The status of the proposed class action and proposed deadlines to address class action issues;

(g)     The nature and extent of proposed discovery and proposed deadlines;

(h)     The proposed trial date and the time necessary to try the case and whether there be any jury demand in the case; and

(i)     Any issues relating to case management in light of the existing COVID-19 pandemic and the restrictions on the procedures for conducting civil matters in light of the Court's General Orders.  *See* General Order 08-20.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of June, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2