

# United States District Court
# Western District of Washington

| Esther Hoffman, Sarah Douglass, et al. | Case Number: 18-cv-01132-TSZ |
|---|---|
| Plaintiff(s) | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |

v.

Transworld Systems, Inc.; Patenaude and Felix, A.P.C.; Matthew Cheung and the marital community comprised of Matthew Cheung and Jane Doe Cheung

Defendant(s)

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, **James K. Schultz** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant, Transworld Systems, Inc.

The particular need for my appearance and participation is:

I have extensive knowledge and experience with this matter and defendant Transworld Systems, Inc.

I, **James K. Schultz** understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6/2/2020        Signature of Applicant: s/ James K. Schultz

---

**Pro Hac Vice Attorney**

Applicant's Name: James K. Schultz
Law Firm Name: Sessions, Fishman, Nathan & Israel
Street Address 1: 1545 Hotel Circle So., Ste. 150
Address Line 2:
City: San Diego    State: CA    Zip: 92108
Phone Number w/ Area Code: (619)758-1891    Bar #: 309945    State: CA
Primary E-mail Address: jschultz@sessions.legal
*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*
Secondary E-mail Address: mwinder@sessions.legal

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant James K. Schultz is unable to be present upon any date assigned by the court.

Date: 6/2/2020    Signature of Local Counsel: s/ Stephen G. Skinner

Local Counsel's Name: Stephen G. Skinner
Law Firm Name: Andrews Skinner, P.S.
Street Address 1: 645 Elliott Avenue West, Suite 350
Address Line 2:
City: Seattle    State: WA    Zip: 98119
Phone Number w/ Area Code: (206) 223-9248    Bar #: 17317

Case 2:18-cv-01132-TSZ Document 58 Filed 06/03/20 Page 3 of 3



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. After January 27, 2020, a PACER login and password, will be required to electronically file. You can register for PACER access at their web site: www.pacer.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed __6/2/2020__ Signature s/ __James K. Schultz__
*(Pro Hac Vice applicant name)*

U.S. District Court – Pro Hac Vice Application    Page 5