Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN; SARAH DOUGLASS, ANTHONY KIM; and IL KIM, and DARIA KIM, on behalf of themselves and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>      v.<br><br>TRANSWORLD SYSTEMS INCORPORATED; PATENAUDE AND FELIX, A.P.C.; MATTHEW CHEUNG, and the marital community comprised of MATTHEW CHEUNG and JANE DOE CHEUNG; National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2007-3, National Collegiate Student Loan Trust 2007-4, National Collegiate Master Student Loan Trust, and DOES ONE THROUGH TEN, | NO.  2:18-cv-1132-TSZ<br><br>NOTICE OF APPEARANCE OF NATIONAL COLLEGIATE STUDENT LOAN TRUST DEFENDANTS AND NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST<br><br>[Clerk's Action Required] |

NOTICE OF APPEARANCE OF NATIONAL COLLEGIATE STUDENT LOAN TRUST DEFENDANTS AND NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST
[2:18-cv-1132-TSZ] - 1

Andrews▪Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050

Defendants.

Please take notice that Stephen G. Skinner of Andrews ▪ Skinner, P.S. hereby appears as an attorney for Defendants National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2007-3, National Collegiate Student Loan Trust 2007-4 and National Collegiate Master Student Loan Trust in the above-entitled action, and requests that all further papers and pleadings, except original process, be served upon Stephen G. Skinner, of Andrews ▪ Skinner, P.S., 645 Elliott Ave. W., Ste. 350, Seattle, WA 98119, as attorneys of record for said defendants.

Dated this 10th day of August, 2020.

ANDREWS ▪ SKINNER, P.S.

By  s/ *Stephen G. Skinner*
STEPHEN G. SKINNER, WSBA #17317
645 Elliott Ave. W., Suite 350
Seattle, WA 98119
Phone: 206-223-9248 | Fax: 206-623-9050
Email: stephen.skinner@andrews-skinner.com
Attorneys for Defendants Transworld Systems Incorporated, National Collegiate Student Loan Trust Defendants, and National Collegiate Master Student Loan Trust

NOTICE OF APPEARANCE OF NATIONAL COLLEGIATE STUDENT LOAN TRUST DEFENDANTS AND NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST
[2:18-cv-1132-TSZ] - 2

Andrews ▪ Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050

# CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By  s/ *Stephen G. Skinner*
STEPHEN G. SKINNER, WSBA #17317
645 Elliott Ave. W., Suite 350
Seattle, WA 98119
Phone: 206-223-9248 | Fax: 206-623-9050
Email: stephen.skinner@andrews-skinner.com
Attorneys for Defendants Transworld Systems Incorporated, National Collegiate Student Loan Trust Defendants, and National Collegiate Master Student Loan Trust

NOTICE OF APPEARANCE OF NATIONAL COLLEGIATE STUDENT LOAN TRUST DEFENDANTS AND NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST
[2:18-cv-1132-TSZ] - 3

Andrews▪Skinner, P.S.
*645 Elliott Ave. W., Ste. 350*
*Seattle, WA 98119*
*Tel: 206-223-9248 ▪ Fax: 206-623-9050*