The Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN; SARAH DOUGLASS; ANTHONY KIM; and IL KIM and DARIA KIM, husband and wife and the marital community comprised thereof, on behalf of themselves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSWORLD SYSTEMS INCORPORATED; PATENAUDE AND FELIX, A.P.C.; MATTHEW CHEUNG, and the marital community comprised of MATTHEW CHEUNG and JANE DOE CHEUNG, National Collegiate Student Loan Trust 2003-1; National Collegiate Student Loan Trust 2004-1; National Collegiate Student Loan Trust 2004-2; National Collegiate Student Loan Trust 2005-1; National Collegiate Student Loan Trust 2005-2; National Collegiate Student Loan Trust 2005-3; National Collegiate Student Loan Trust 2006-1; National Collegiate Student Loan Trust 2006-2; National Collegiate Student Loan Trust 2006-3; National Collegiate Student Loan Trust 2006-4; National Collegiate Student Loan Trust 2007-1; National Collegiate Student Loan Trust 2007-2; National Collegiate Student Loan Trust 2007-3; National Collegiate Student Loan Trust 2007-4; National Collegiate Master Student Loan Trust; and DOES ONE THROUGH TEN,<br><br>Defendants. | Case No. C18-1132 TSZ<br><br>NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR REMAND |

NOTICE OF WITHDRAWAL OF
PLAINTIFFS' MOTION FOR REMAND - 1
(Case No. C18-1132 TSZ)



1708 Bellevue Avenue
Seattle, WA 98122
(206) 441-5444 FAX (206) 838-6346

PLEASE TAKE NOTICE that Plaintiffs Esther Hoffman; Sarah Douglass; Anthony Kim; and Il Kim and Daria Kim withdraw their Motion for Remand, Dkt. #64, which was noted for consideration on the Court's motion calendar on August 14, 2020.

DATED: August 11, 2020.

*Attorneys for Plaintiffs*:

| LEONARD LAW | BERRY & BECKETT, PLLP |
|---|---|
| /s/ Sam Leonard | /s/ Guy Beckett |
| Sam Leonard, WSBA #46498 | Guy W. Beckett, WSBA #14939 |
| 1001 4th Ave, Suite 3200 | 1708 Bellevue Avenue |
| Seattle, Washington  98154 | Seattle, WA  98122 |
| Telephone:  (206) 486-1176 | Telephone:  (206) 441-5444 |
| Facsimile:  (206) 458-6028 | Facsimile:   (206) 838-6346 |
| E-mail:  sam@seattledebtdefense.com | E-mail:  gbeckett@beckettlaw.com |

| HENRY & DeGRAAF, P.S. | NORTHWEST CONSUMER LAW CENTER |
|---|---|
| /s/ Christina Henry | /s/ Amanda Martin |
| Christina L. Henry, WSBA #31273 | Amanda N. Martin, WSBA #49581 |
| 150 Nickerson St., Ste. 311 | 936 North 34th Street, Suite 300 |
| Seattle, WA  98109 | Seattle, WA 98103 |
| Telephone:  (206) 330-0595 | Telephone:  (206) 805-0989 |
| Facsimile:  (206) 400-7609 | Facsimile:  (206) 805-1716 |
| E-mail:  chenry@HDM-legal.com | E-mail:  Amanda@NWCLC.org |

NOTICE OF WITHDRAWAL OF
PLAINTIFFS' MOTION FOR REMAND - 2
(Case No. C18-1132 TSZ)



1708 Bellevue Avenue
Seattle, WA  98122
(206) 441-5444 FAX (206) 838-6346