Hon. Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTHER HOFFMAN, SARAH DOUGLASS, ANTHONY KIM, IL KIM and DARIA KIM,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSWORLD SYSTEMS INC., *et al.*<br><br>Defendants. | Case No.: 2:18-cv-01132 TSZ<br><br>Order Granting Defendants' Agreed Motion for Extension of Time to Respond to Plaintiffs' Second Amended Complaint |

THIS MATTER, having come before the Court on Defendants' Agreed Motion for Extension of Time to respond to Plaintiffs' Second Amended Complaint, docket no. 73, the Court having reviewed the Motion and record, and with the Court being fully advised, it is ORDERED that the Agreed Motion is hereby GRANTED, and the briefing schedule on Defendants' anticipated responsive pleading shall be as follows:

- <u>September 14, 2020</u>: Deadline for Defendants to answer or otherwise plead;

- <u>October 14, 2020</u>: Deadline for Plaintiffs' response to motion to dismiss; and

- <u>October 20, 2020</u>: Deadline for Defendants to file reply brief.

Dated this 21st day of August, 2020.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER GRANTING DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME
Page **1** of **1**

SESSIONS FISHMAN NATHAN & ISRAEL
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
Tel (619) 758-1891

1