The Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN; SARAH DOUGLASS; ANTHONY KIM; and IL KIM and DARIA KIM, husband and wife and the marital community comprised thereof, on behalf of themselves and on behalf of others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>TRANSWORLD SYSTEMS INCORPORATED; PATENAUDE AND FELIX, A.P.C.; MATTHEW CHEUNG, and the marital community comprised of MATTHEW CHEUNG and JANE DOE CHEUNG, National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2007-3, National Collegiate Student Loan Trust 2007-4, National Collegiate Master Student Loan Trust, and DOES ONE THROUGH TEN,<br><br>　　　　　　　Defendants. | NO.  C18-1132 TSZ<br><br>**PLAINTIFFS' RESPONSE TO NATIONAL COLLEGIATE STUDENT LOAN TRUSTS DEFENDANTS' MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>September 25, 2020 |

RESPONSE TO NATIONAL COLLEGIATE STUDENT
LOAN TRUST DEFENDANTS' MOTION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 1
(Case No. C18-1132 TSZ)

Leonard Law
3614 California Ave, SW #151
Seattle, Washington 98116
Phone: 206-486-1176
Fax: 206-458-6028

## I. INTRODUCTION AND RELIEF REQUESTED

Plaintiffs request this court stay a ruling on National Collegiate Student Loan Trusts Defendants' Motion to Extend Deadline to Respond to Complaint ("Motion to Extend Deadline") until the issue of Andrews Skinner, P.S.'s ("Andrews Skinner's") authority to represent the National Collegiate Student Loan Defendants ("NCSLTs") is resolved. If Andrews Skinner is found to be without authority to represent the NCSLTs, Plaintiffs request that the Motion to Extend Deadline be denied.

## II. RELEVANT FACTS

Plaintiffs are Washington residents who Defendants Transworld Systems Incorporated ("TSI"), Patenaude and Felix, A.P.C. ("P&F"), and Matthew Cheung ("Cheung") collected from and obtained judgments against in Washington's superior courts.[1] Dkt. #61 at pp. 9-20. TSI, P&F, and Cheung all collected or attempt to collect debts from the Plaintiffs on behalf of the NCSLTs. *Id*.

Plaintiffs allege that TSI, P&F, and Cheung knowingly used false declarations of TSI employees to collect from numerous Washington consumers and obtain judgments against them in Washington courts. *See e.g. id*. at pp. 20-21, ¶¶121-24. In the false declarations, made under penalty of perjury, TSI employees attested that they had reviewed a schedule of student loans showing that the Washington consumers' student loans were assigned to the NCSLTs. *See e.g. id.* at pp. 21-22, ¶¶124-26. Yet, the TSI employees could not have reviewed those schedules, because the schedules are either lost, or do not exist. *Id.* at p. 10, ¶¶56-57, p. 14, ¶¶80-81, p. 19, ¶¶109-10. Plaintiffs' allegations are supported by findings of the Consumer

---

[1] The judgments against each of the Plaintiffs, except for Esther Hoffman, have been vacated.

| | |
|---|---|
| RESPONSE TO NATIONAL COLLEGIATE STUDENT LOAN TRUST DEFENDANTS' MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT - 2 (Case No. C18-1132 TSZ) | Leonard Law 3614 California Ave, SW #151 Seattle, Washington 98116 Phone: 206-486-1176 Fax: 206-458-6028 |

Financial Protection Bureau ("CFPB") *Id*. Those findings are found in both a Consent Order in the administrative proceeding of *Transworld Sys.*, Admin. Proc. No. 2017-CFPB-0018 (Consumer Fin. Prot. Bureau Sept. 18, 2017), and a Consent Judgment that is at the center of ongoing litigation in the U.S. District Court in Delaware, *Financial Protection Bureau v. The National Collegiate Master Student Loan Trust et al.*, Case No. 17-cv-01323-GMS (D. Del Sep. 18, 2017). Dkt. #61, pp. 22-28.

Plaintiffs brought this putative class action in King County Superior Court. Dkt. #1-1. Plaintiffs' complaint alleged claims under Washington's Consumer Protection Act, RCW 19.86 et seq. ("WCPA"), and the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA") against TSI, P&F, and Cheung. Dkt. # 1-1 at pp. 35-40. TSI, P&F, and Cheung removed the action to this Court, Dkt. #1, and moved to dismiss Plaintiffs' claims under FRCP 12(b)(6). Dkt. #15. The District Court found that Plaintiffs had stated claims under the FDCPA, but those claims were time-barred under the FDCPA's statute of limitations; the Court concluded therefore that Plaintiffs' CPA claims based on the violations of the FDCPA were also time-barred. Dkt. #29 at pp. 9-15. Ultimately, all of Plaintiffs' claims were dismissed. Dkt. #46.

Plaintiffs appealed the dismissal of their claims. Dkt. #47; *Hoffman v. Transworld Sys.*, 806 F. App'x 549 (9th Cir. 2020). The Ninth Circuit overturned the dismissal of a majority of Plaintiffs' CPA claims, finding that Plaintiffs had stated a claim for relief based on their allegation that TSI, P&F, and Cheung were filing false declarations to collect on claims. 806 F. App'x at 551-53. The Ninth Circuit also ordered the District Court to allow Plaintiffs to amend their Amended Complaint to clarify elements of their claims. *Id*. Plaintiffs filed their Second Amended Complaint and joined the NCSLTs. Dkt. #61.

RESPONSE TO NATIONAL COLLEGIATE STUDENT
LOAN TRUST DEFENDANTS' MOTION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 3
(Case No. C18-1132 TSZ)

Leonard Law
3614 California Ave, SW #151
Seattle, Washington 98116
Phone: 206-486-1176
Fax: 206-458-6028

On August 10, 2020, Andrews Skinner filed a Notice of Appearance claiming to represent the NCSLTs. Dkt. #69. Andrews Skinner is also local counsel for TSI in this matter. Dkt. #49. TSI, P&F, and Cheung subsequently moved to strike portions of Plaintiffs' Second Amended Complaint that referenced the CFPB Consent Judgment. Dkt. #76. The Consent Judgment was not entered, not because the facts contained therein were proven incorrect, but instead because the attorneys who signed on behalf of the NCSLTs did not have authority to do so. *Consumer Financial Protection Bureau v. National Collegiate Master Student Trust*, C.A. No. 17-1323 (MN), 2020 WL 2915759, at *6 (D. Del. May 31, 2020).

On September 11, 2020, Justin Homes of Sessions, Fishman, Nathan & Israel, who represents TSI, emailed Plaintiffs' counsel requesting an extension of time for the NCSLT's to file an answer to the Second Amended Complaint. Declaration of Guy Beckett In Support of Plaintiffs' Response to National Collegiate Student Laon Trust Defendants' Motion to Extend Deadline to Respond to Complaint ("Beckett Decl."), ¶3 Ex. A. On September 14, 2020, Andrews Skinner, claiming to be acting on behalf of the NCSLTs, filed a Motion to Extend Deadline. Dkt. #77. The request sought a continuance until fourteen days after notice of the Court's action on the pending motion to strike portions of the Second Amended Complaint (Dkt. #76), which was filed by the other defendants. *Id*. at pp.2-4. The motion is scheduled for hearing on September 25, 2020. *Id*.

On September 17, 2020, Plaintiffs filed a motion asking this Court to require Andrews Skinner to provide proof that they are legally authorized and directed to represent the NCSLTs. Dkt. #78 ("Show Authority Motion.") The Show Authority Motion is presently scheduled to be considered on October 2, 2020. *Id*. However, on September 25, 2020, counsel Justin Homes called Plaintiffs' counsel seeking a continuance to the response deadline to the Motion to Show

RESPONSE TO NATIONAL COLLEGIATE STUDENT
LOAN TRUST DEFENDANTS' MOTION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 4
(Case No. C18-1132 TSZ)

Leonard Law
3614 California Ave, SW #151
Seattle, Washington 98116
Phone: 206-486-1176
Fax: 206-458-6028

Authority. Beckett Declaration at ¶4. Plaintiffs have agreed to renote their Show Authority Motion to October 9, 2020. *Id*.

Plaintiffs now request this Court stay a ruling on the instant Motion to Extend Deadline until there is a ruling on whether Andrews Skinner has authority to represent the NCSLTs.

## III.  ARGUMENT

**A.  The Court Has Authority to Manage Its Case Schedule to Ensure a Just, Speedy and Inexpensive Resolution of Every Action.**

The Federal Rules of Civil Procedure must be "construed, administered and employed by the court and parties to secure the just, speedy and inexpensive determination of every action." FRCP 1. "Federal courts have inherent powers to manage their own proceedings and to control the conduct of those who appear before them[.]" *Unigard Sec. Ins. Co. v. Lakewood Eng'g & Mfg. Corp.*, 982 F.2d 363, 367 (9th Cir. 1992) (federal courts have inherent authority "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases.")

**B.  Staying A Ruling On the Motion to Extend Deadline Will Ensure the Most Just, Speedy and Inexpensive Resolution of the Motions Before the Court.**

Staying a ruling on the NCSLTs' Motion to Extend Deadline until a decision on whether Andrews Skinner has legal authority to represent the NCSLTs promotes the most cost effective and efficient resolution of the issues currently before the Court. If Andrews Skinner does not have authority to represent the NCSLTs, it also does not have authority to bring the Motion to Extend Deadline on behalf of the NCSLTs and the Motion to Extend must be denied.

## VII.  CONCLUSION

For the forgoing reasons, Plaintiffs request the Court stay a decision on the NCSLTs Motion to Extend Deadline until after the Court rules on the Show Authority Motion. A proposed Order is submitted with this response.

RESPONSE TO NATIONAL COLLEGIATE STUDENT
LOAN TRUST DEFENDANTS' MOTION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 5
(Case No. C18-1132 TSZ)

Leonard Law
3614 California Ave, SW #151
Seattle, Washington 98116
Phone: 206-486-1176
Fax: 206-458-6028

DATED: September 23, 2020.

**Attorneys for Plaintiffs:**

| | |
|---|---|
| LEONARD LAW | BERRY & BECKETT, PLLP |
| */s/Sam Leonard* | */s/ Guy Beckett* |
| Sam Leonard, WSBA #46498 | Guy W. Beckett, WSBA #14939 |
| 3614 California Ave SW, #151 | 1708 Bellevue Avenue |
| Seattle, WA 98116 | Seattle, WA 98122 |
| Telephone: (206) 486-1176 | Telephone: (206) 441-5444 |
| Facsimile: (206) 458-6028 | Facsimile: (206) 838-6346 |
| E-mail: sam@seattledebtdefense.com | E-mail: gbeckett@beckettlaw.com |
| | |
| HENRY & DeGRAAF, P.S. | NORTHWEST CONSUMER LAW CENTER |
| */s/ Christina L Henry* | */s/ Amanda Martin* |
| Christina L. Henry, WSBA #31273 | Amanda N. Martin, WSBA #49581 |
| 787 Maynard Ave S. | 936 North 34th Street, Suite 300 |
| Seattle, WA 98104 | Seattle, WA 98103 |
| Telephone: (206) 330-0595 | Telephone: (206) 805-0989 |
| Facsimile: (206) 400-7609 | Facsimile: (206) 805-1716 |
| E-mail: chenry@HDM-legal.com | E-mail: Amanda@NWCLC.org |

RESPONSE TO NATIONAL COLLEGIATE STUDENT LOAN TRUST DEFENDANTS' MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT - 6
(Case No. C18-1132 TSZ)

Leonard Law
3614 California Ave, SW #151
Seattle, Washington 98116
Phone: 206-486-1176
Fax: 206-458-6028