UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN; SARAH DOUGLASS; ANTHONY KIM; and IL KIM and DARIA KIM, husband and wife and the marital community comprised thereof, on behalf of themselves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSWORLD SYSTEMS INCORPORATED; PATENAUDE AND FELIX, A.P.C.; MATTHEW CHEUNG, and the marital community comprised of MATTHEW CHEUNG and JANE DOE CHEUNG, National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2007-3, National Collegiate Student Loan Trust 2007-4, National Collegiate Master Student Loan Trust, and DOES ONE THROUGH TEN,<br><br>Defendants. | NO. C18-1132 TSZ<br><br>**DECLARATION OF GUY W. BECKETT IN SUPPORT OF PLAINTIFFS' RESPONSE TO NATIONAL COLLEGIATE STUDENT LOAN TRUST DEFENDANTS' MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: September 25, 2020 |

DECLARATION OF GUY W. BECKETT - 1
(Case No. C18-1132 TSZ)

Leonard Law
3614 California Ave, SW #151
Seattle, Washington 98116
Phone: 206-486-1176
Fax: 206-458-6028

Guy Beckett declares:

1. I am co-counsel for the Plaintiffs in this action.

2. I make this declaration from my personal knowledge.

3. On September 11, 2020, Justin Homes of Sessions, Fishman, Nathan & Israel, TSI's attorneys (who has filed an application for pro hac vice admission for the National Collegiate Student Loan Trusts ("NCSLTs") in this action), emailed Plaintiffs' counsel requesting an extension for the NCSLTs to file an answer to the Second Amended Complaint. Attached hereto as Exhibit A is a true and correct copy of that email.

4. On September 25, 2020, counsel Justin Homes called Plaintiffs' counsel seeking a continuance of the response deadline to the Plaintiffs' Motion to Show Authority. Plaintiffs have agreed to renote their Motion to Show Authority to October 9, 2020.

I declare under the laws of the United States of America that the foregoing is true and correct.

SIGNED in Seattle, Washington, on September 23, 2020,


                                             */s/ Guy Beckett*
                                             Guy W. Beckett
                                             WSBA #14939

DECLARATION OF GUY W. BECKETT - 2
(Case No. C18-1132 TSZ)

Leonard Law
3614 California Ave, SW #151
Seattle, Washington 98116
Phone: 206-486-1176
Fax: 206-458-6028

EX. A

| From: | Justin Homes |
|---|---|
| To: | Sam Leonard |
| Cc: | Marc Rosenberg; Bryan Shartle; James K. Schultz; Team Two; gbeckett@beckettlaw.com; stephen.skinner@andrews-skinner.com; chenry@HDM-legal.com; amanda@nwclc.org |
| Subject: | RE: Hoffman et al v. TSI, et al. |
| Date: | Friday, September 11, 2020 5:26:28 PM |
| Attachments: | image001.png |

Thanks Sam.  We agree and have today filed the motion with the Court as you suggested.  Hopefully we can reach some sort of agreement on the issues raised in the motion between now and the hearing.  As this filing, by rule, alters the movants' responsive pleadings deadline, will plaintiff consent to reset the Trusts' deadline to respond to the Complaint in the same manner?  We propose an extension for the Trusts that mirrors Rule 12(a)(4)(A) and permits the Trusts to respond to the Complaint 14 days after notice of the court's action on the motion to strike (unless the court sets a different time) so that all defendants' continue to have the same responsive pleadings deadline going forward.  Frankly, I suspect Rule 12(a)(4)(A) intends that all defendants be governed by the same responsive pleadings deadline in this circumstance, but please confirm to avoid any confusion.  Thanks. --Justin



**Justin Homes, Attorney  |  Sessions, Fishman, Nathan & Israel**
Direct: 504.846.7931  |  Mobile: 504.460.0534  |  Fax: 504.828.3737  |  jhomes@sessions.legal
3850 N. Causeway Blvd., Suite 200, Metairie, LA 70002-7227  |  Main: 504.828.3700
Direct Links:   Bio • Email • Download V-Card • Website
California  •  Colorado  •  Florida  •  Georgia  •  Illinois
Louisiana  •  New Jersey  •  New York  •  Pennsylvania  •  Texas

Confidentiality: This e-mail is confidential and intended only for the recipient(s) named. Unless you are a named recipient, your reading, distributing, forwarding, or copying this communication is prohibited and may violate the legal rights of others. If you received this communication in error, please call me, return the e-mail to me, and delete it from your system.

**From:** Sam Leonard <sam@seattledebtdefense.com>
**Sent:** Friday, September 11, 2020 1:54 PM
**To:** Justin Homes <jhomes@sessions.legal>
**Cc:** Marc Rosenberg <Mr@leesmart.com>; Bryan Shartle <bshartle@sessions.legal>; James K. Schultz <jschultz@sessions.legal>; Team Two <Team2@sessions.legal>; gbeckett@beckettlaw.com; stephen.skinner@andrews-skinner.com; chenry@HDM-legal.com; amanda@nwclc.org
**Subject:** RE: Hoffman et al v. TSI, et al.

Mr. Homes,

We appreciate you reaching out. Unfortunately, because you have only given us half a day's notice of your filing, we will not be able to get back to you before Monday. Since you have already drafted the motion we do not see any prejudice to your clients if you file and we discuss after filing. If we can reach some sort of agreement in between your filing and the hearing, the hearing can always be stricken. We will get back with you next week. Please let us know if you disagree with our assessment that this issue can be dealt with next week.

Sincerely,

Sam