Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN; SARAH DOUGLASS; ANTHONY KIM; and IL KIM; and DARIA KIM, husband and wife and the marital community comprised thereof, on behalf of themselves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSWORLD SYSTEMS INCORPORATED; PATENAUDE AND FELIX, A.P.C.; MATTHEW CHEUNG, and the marital community comprised of MATTHEW CHEUNG, et ux.; National Collegiate Student Loan Trust 2003-1; National Collegiate Student Loan Trust 2004-1; National Collegiate Student Loan Trust 2004-2; National Collegiate Student Loan Trust 2005-1; National Collegiate Student Loan Trust 2005-2; National Collegiate Student Loan Trust 2005-3; National Collegiate Student Loan Trust 2006-1; National Collegiate Student Loan Trust 2006-2; National Collegiate Student Loan Trust 2006-3; National Collegiate Student Loan Trust 2006-4; National Collegiate Student Loan Trust 2007-1; National Collegiate Student Loan Trust 2007-2; National Collegiate Student Loan Trust 2007-3; National Collegiate Student Loan Trust 2007-4; National Collegiate Master Student Loan Trust; and DOES ONE THROUGH TEN,<br><br>Defendants. | No. 2:18 cv 1132-TSZ<br><br>DEFENDANTS PATENAUDE & FELIX, A.P.C. AND CHEUNG'S NOTICE OF JOINDER IN TRUSTS' MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT<br><br>NOTED FOR HEARING: SEPTEMBER 25, 2020 |

DEFENDANTS' JOINDER IN MOTION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 1
2:18 cv 1132-TSZ
6731316.doc

LEE·SMART

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

Defendants Patenaude & Felix, APC and Matthew Cheung hereby joins Defendants National Collegiate Student Loan Trusts Motion to Extend Deadline to Respond to Complaint. (Dkt 77).

DATED this 28th day of September, 2020.

LEE SMART, P.S., INC.

By: /s Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorneys for Defendants
Patenaude & Felix, APC, and
Matthew Cheung

1800 One Convention Place
701 Pike St.
Seattle, WA 98101-3929
(206) 624-7990
mr@leesmart.com

DEFENDANTS' JOINDER IN MOTION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 2
2:18 cv 1132-TSZ
6731316.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

**CERTIFICATE OF SERVICE**

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

| | |
|---|---|
| Mr. Sam Leonard | sam@seattledebtdefense.com |
| Ms. Christina L. Henry | chenry@hdm-legal.com |
| Mr. Guy W. Beckett | gbeckett@beckettlaw.com |
| Ms. Amanda Martin | amanda@nwclc.org |
| Mr. Brian C. Shartle | bshartle@sessions.legal |
| Mr. Stephen G. Skinner | Stephen.skinner@andrews-skinner.com |
| James K. Schultz | jschultz@sessions.legal |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

Dated this 28th day of September, 2020 at Seattle, Washington.

        LEE SMART, P.S., INC.

        By: /s Marc Rosenberg
        Marc Rosenberg, WSBA No. 31034
        Of Attorneys for Defendant
        Patenaude and Felix, A.P.C., and
        Matthew Cheung

        1800 One Convention Place
        701 Pike St.
        Seattle, WA 98101-3929
        (206) 624-7990
        mr@leesmart.com

DEFENDANTS' JOINDER IN MOTION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 3
2:18 cv 1132-TSZ
6731316.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944