UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRANSWORLD SYSTEMS INCORPORATED, et al., <br><br> Defendants. | C18-1132 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' Motion for Extension of Time to Respond to the Second Amended Complaint, docket no. 77, is GRANTED. The deadline for Defendants to file a responsive pleading or motion is EXTENDED to fourteen (14) days after notice of the Court's action on the pending Motion to Strike Portions of Plaintiffs' Second Amended Complaint, docket no. 76;

(2) Plaintiffs' Motion for Order Requiring NCSLT Defendants' Attorneys to Show Authority to Represent NCSLT Defendants, docket no. 78, is STRICKEN as moot; and

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of October, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1