Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN; SARAH DOUGLASS, ANTHONY KIM; and IL KIM, and DARIA KIM, on behalf of themselves and on behalf of others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>TRANSWORLD SYSTEMS INC., et al.,<br><br>　　　　　　　　　　Defendants. | NO.  2:18-cv-1132-TSZ<br><br>STIPULATED MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO STRIKE<br><br>Noted Date: October 23, 2020 |

Defendant, Transworld Systems Inc. ("TSI"), through undersigned counsel and pursuant to LCR 7(j), requests a short 3-day extension to reply in support of the motion to strike portions of the Second Amended Complaint, docket no. 76 (the "Motion") filed by TSI, Patenaude & Felix, A.P.C., and Matthew Cheung (hereinafter "defendants"), and, in support thereof, shows the following:

　　1.　　The Motion was filed on September 11, 2020 and is noted for October 23, 2020.

　　2.　　Plaintiffs filed their opposition to the Motion on October 19, 2020, and defendants' reply is due October 23, 2020.

STIPULATED MOTION TO EXTEND DEADLINE TO
FILE REPLY IN SUPPORT OF MOTION TO STRIKE
[2:18-cv-1132-TSZ] - 1

Andrews▪Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050

3.  Defendants believe their reply to the arguments asserted in opposition will assist the Court in reaching its conclusion on the Motion.

4.  The undersigned was diligent in preparing defendants' reply, but discovered on the morning of October 23rd that due to file server issues, the document was not saved to the disk and the data was lost.  The undersigned realized the document was not properly saved this morning when we were preparing it for filing.

5.  The undersigned promptly sought all parties' concurrence or stipulation to the relief requested herein, and the parties have since stipulated to the filing of this motion.

For the foregoing reasons, Transworld Systems Inc. respectfully requests the Court extend for 3 days (*i.e.*, Monday, October 26, 2020) the deadline for defendants to reply in support of defendants' motion to strike.

Dated this 23rd day of October, 2020.

By  s/ *Justin H. Homes*
SESSIONS FISHMAN, NATHAN & ISRAEL
Justin H. Homes, Esq. (*pro hac vice*)
James K. Schultz (*pro hac vice*)
Bryan C. Shartle, Esq. (*pro hac vice*)

By  s/ *Stephen G. Skinner*
ANDREWS SKINNER, P.S.
Stephen G. Skinner, WSBA #17317
645 Elliott Ave. W., Suite 350
Seattle, WA 98119
Phone: 206-223-9248 | Fax: 206-623-9050
Email: *stephen.skinner@andrews-skinner.com*

Attorneys for Transworld Systems Inc. and NCSLT Defendants

STIPULATED MOTION TO EXTEND DEADLINE TO
FILE REPLY IN SUPPORT OF MOTION TO STRIKE
[2:18-cv-1132-TSZ] - 2

Andrews▪Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By  s/ *Stephen G. Skinner*
Stephen G. Skinner, WSBA #17317
645 Elliott Ave. W., Suite 350
Seattle, WA 98119
Phone: 206-223-9248 | Fax: 206-623-9050
Email: *stephen.skinner@andrews-skinner.com*
Attorneys for Defendants Transworld Systems Incorporated, National Collegiate Student Loan Trust Defendants, and National Collegiate Master Student Loan Trust