| | |
|---|---|
| | Hon. Thomas S. Zilly |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ESTHER HOFFMAN, SARAH DOUGLASS, ANTHONY KIM, IL KIM and DARIA KIM, on behalf of themselves and on behalf of others similarly situated, | ) ) ) ) ) ) | Case No.: 2:18-cv-01132 TSZ<br><br>SUBMISSION OF EVIDENCE IN COMPLIANCE WITH MINUTE ORDER |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| TRANSWORLD SYSTEMS INCORPORATED, *et al.,* | ) ) ) | |
| Defendants. | ) | |

NOW COME undersigned counsel, who submit evidence showing their authority to represent the trust defendants in this action in compliance with this Court's November 2, 2020 Minute Order (the "11/2/20 Order") (Dkt. # 99), as follows:

1. On September 24, 2020, Esther Hoffman, Sarah Douglass, Anthony Kim, Il Kim, and Daria Kim ("plaintiffs") filed their Amended Motion to Prove Authority ("Motion to Prove Authority"). (Dkt. # 82).

SUBMISSION OF EVIDENCE IN COMPLIANCE
WITH MINUTE ORDER – (2:18-cv-01132 TSZ)
Page **1** of **6**

Sessions, Israel & Shartle, LLC
3850 N. Causeway Blvd., Ste. 200
Metairie, LA 70002-7227
Phone: (504) 846-7931
Fax: (504) 828-3737

2. On October 5, 2020, the trust defendants ("Trusts"),[1] through undersigned counsel, responded to the Motion to Prove Authority (Dkt. # 88). In their response, the Trusts submitted a Special Servicing Agreement ("SSA") and a Default Prevention and Collection Services Agreement ("DPCSA") accompanied by declarations to show the contractual arrangements that enable counsel to represent the Trusts in defense of the claims asserted in this action. (Dkt. ## 88, 88-1 and 88-2). Included therewith is the affidavit of Ralph Lyons, confirming Transworld Systems Inc. ("TSI") is involved in managing the above-captioned litigation per request of the Successor Special Servicer, and that TSI, on behalf of the Trusts and under the Trusts' special-servicing related agreements, retained counsel to defend the claims in the above-captioned matter. (Dkt. # 88-2 at ¶¶ 9-11).

3. On November 2, 2020, the Court entered the 11/2/20 Order directing undersigned counsel to produce evidence showing their authority to represent the Trusts on or before November 16, 2020. (Dkt. #99).

4. Upon receipt of the 11/2/20 Order, undersigned counsel prompted a dialogue with Wilmington Trust Company, the Trusts' Owner Trustee, and GSS Data Services, LLC., f/k/a First Marblehead Data Services, Inc., the Trusts' Administrator.

---

[1] The "Trusts" include the following: National Collegiate Student Loan Trust 2003-1; National Collegiate Student Loan Trust 2004-1; National Collegiate Student Loan Trust 2004-2; National Collegiate Student Loan Trust 2005-1; National Collegiate Student Loan Trust 2005-2; National Collegiate Student Loan Trust 2005-3; National Collegiate Student Loan Trust 2006-1; National Collegiate Student Loan Trust 2006-2; National Collegiate Student Loan Trust 2006-3; National Collegiate Student Loan Trust 2006-4; National Collegiate Student Loan Trust 2007-1; National Collegiate Student Loan Trust 2007-2; National Collegiate Student Loan Trust 2007-3; National Collegiate Student Loan Trust 2007-4, and; National Collegiate Master Student Loan Trust I.

SUBMISSION OF EVIDENCE IN COMPLIANCE
WITH MINUTE ORDER – (2:18-cv-01132 TSZ)
Page **2** of **6**

Sessions, Israel & Shartle, LLC
3850 N. Causeway Blvd., Ste. 200
Metairie, LA 70002-7227
Phone: (504) 846-7931
Fax: (504) 828-3737

1  5. GSS Data Services, LLC, as the Trusts' Administrator, has now provided the undersigned with a letter (the "Trust Administrator Letter") acknowledging undersigned counsel had been retained for the Trusts. A copy of the Trust Administrator Letter is included as Exhibit 1 to the Declaration of Bryan C. Shartle, Esq., attached hereto as Exhibit A. As the Trust Administrator Letter states:

> We understand that the plaintiff in the Action has challenged whether the law firms Sessions, Israel & Shartle, LLC (formerly Sessions, Fishman, Nathan & Israel, LLC) ("Sessions, Israel & Shartle") and Andrews Skinner, P.S. ("Andrews Skinner") are authorized to defend the Trusts in lawsuits by borrowers arising out of allegedly unfair loan collection practices. We further understand that at the Successor Special Servicer's request to manage the Action for the Trusts, Transworld Systems, Inc. ("TSI"), as Subservicer, retained Sessions, Israel & Shartle and Andrews Skinner pursuant to the Special Servicing Agreement and the Default Prevention and Collection Services Agreement ("DPCS Agreement"), entered into between FMER, as Special Servicer, and NCO Financial Systems, Inc. ("NCO"), as predecessor to TSI[.]
>
> * * *
>
> As you know, the Administrator, in accordance with the Administration Agreement, is one of the parties, along with U.S. Bank and TSI as it relates to the initiation or defense of borrower collection-related lawsuits, with the authority to retain counsel on behalf of the Trusts. The Administrator, on behalf of the Trusts, does not object to TSI's retention of Sessions, Israel & Shartle, LLC or Andrews Skinner, P.S. as Trust counsel in the Action. Further, the Administrator believes that the Special Servicing Agreement and the DPCS Agreement permit TSI, as Subservicer, to retain counsel on behalf of the Trusts in lawsuits such as the Action, and it has been the practice of the parties to the Special Servicing Agreement and DPCS Agreement to retain counsel to defend the Trusts in this manner, as permitted by the agreements referenced in this paragraph.

6. WTC, as the Trusts' Owner Trustee, has also provided the undersigned with a letter (the "Owner Trustee Letter") similarly acknowledging undersigned counsel

SUBMISSION OF EVIDENCE IN COMPLIANCE
WITH MINUTE ORDER – (2:18-cv-01132 TSZ)
Page **3** of **6**

Sessions, Israel & Shartle, LLC
3850 N. Causeway Blvd., Ste. 200
Metairie, LA 70002-7227
Phone: (504) 846-7931
Fax: (504) 828-3737

had been retained to represent the Trusts in the above captioned matter. A copy of the Owner Trustee Letter is included as Exhibit 2 to the Shartle Declaration. As the Owner Trustee Letter states:

> WTC is aware that ANDREWS SKINNER, P.S. (hereinafter, "ANDREWS SKINNER"), and SESSIONS, ISRAEL & SHARTLE, LLC (formerly, Sessions, Fishman, Nathan & Israel) (hereinafter, "SESSIONS") have been retained to represent the Trusts in the *Hoffman* case.
>
> WTC is also aware that the Administrator, on behalf of the Trusts, has provided a letter consenting to the engagement of ANDREWS SKINNER and SESSIONS to defend the Trusts in the *Hoffman* case.
>
> As recognized by the Delaware Court of Chancery,[2] WTC understands that the Administrator, on behalf of the Trusts, is responsible for causing the Trusts to service their student loans, including handling issues related to the Trusts that may arise out of the Special Servicing Agreement or the Default Prevention Services and Collections Agreement.

7. The undersigned respectfully suggest the Trust Administrator Letter, together with the Owner Trustee Letter, satisfies the 11/2/20 Order.

WHEREFORE, undersigned counsel pray this submission satisfies the Court's November 2, 2020 Minute Order (Dkt. # 99).

By: /s/ Bryan C. Shartle
Bryan C. Shartle, *Pro Hac Vice*
James K. Schultz, *Pro Hac Vice*
Justin H. Homes, *Pro Hac Vice*
SESSIONS, ISRAEL & SHARTLE, LLC
Lakeway II

---

[2] The Delaware Court of Chancery has acknowledged: "[T]he Administration Agreements make clear that the Administrator will perform the duties of the [Trusts] as well as the duties and obligations of the Owner Trustee on behalf of the [Trusts] under the Indenture and Trust Agreement." *In re Nat'l Collegiate Student Loan Trusts Litig.*, No. 12111-VCS, 2020 WL 5049402, *12 (Del. Ch. Ct. Aug. 27, 2020) (internal quotations omitted). The Administrator's duties, on behalf of the Trusts, includes "day-to-day management function with respect to the Student Loans." *Id.* at 17.

SUBMISSION OF EVIDENCE IN COMPLIANCE
WITH MINUTE ORDER – (2:18-cv-01132 TSZ)
Page **4** of **6**

Sessions, Israel & Shartle, LLC
3850 N. Causeway Blvd., Ste. 200
Metairie, LA 70002-7227
Phone: (504) 846-7931
Fax: (504) 828-3737

| | |
|---|---|
| 1 | 3850 North Causeway Blvd, Suite 200 |
| | Metairie, LA 70002-7227 |
| 2 | Telephone: (504) 828-3700 |
| | Facsimile: (504) 828-3737 |
| 3 | bshartle@sessions.legal |
| | jhomes@sessions.legal |
| 4 | |

By: */s/ Stephen G. Skinner*
Stephen G. Skinner, WSBA #17317
ANDREWS ▪ SKINNER, P.S.
645 Elliott Ave. W., Suite 350
Seattle, WA 98119
Phone: 206-223-9248 | Fax: 206-623-9050
Email: stephen.skinner@andrews-skinner.com

SUBMISSION OF EVIDENCE IN COMPLIANCE
WITH MINUTE ORDER – (2:18-cv-01132 TSZ)
Page **5** of **6**

Sessions, Israel & Shartle, LLC
3850 N. Causeway Blvd., Ste. 200
Metairie, LA 70002-7227
Phone: (504) 846-7931
Fax: (504) 828-3737

## CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury under the laws of the United States that on the date below I electronically filed with the Clerk of Court the foregoing Submission Of Evidence In Compliance With Minute Order using the Court's Case Management/Electronic Case Filing System, which will send notification of such filing to all counsel of record.

Dated: November 16, 2020

By: */s/ Stephen G. Skinner*

SUBMISSION OF EVIDENCE IN COMPLIANCE
WITH MINUTE ORDER – (2:18-cv-01132 TSZ)
Page **6** of **6**

Sessions, Israel & Shartle, LLC
3850 N. Causeway Blvd., Ste. 200
Metairie, LA 70002-7227
Phone: (504) 846-7931
Fax: (504) 828-3737