UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTHER HOFFMAN, et al.,

    Plaintiffs,

v.

TRANSWORLD SYSTEMS INCORPORATED, et al.,

    Defendants.

C18-1132 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion, docket no. 106, to disqualify the law firms Sessions, Israel & Shartle, LLC and Andrews Skinner, P.S. from representing the National Collegiate Student Loan Trust ("NCSLT") Defendants, and for an order striking the NCSLT Defendants' motion to dismiss, docket no. 104, and for an award of attorneys' fees, is DENIED.  The Court directed counsel to produce authority to represent the NCSLT Defendants, docket no. 99, and counsel promptly did so.  *See* Shartle Decl. and Exs. 1 & 2 (docket no. 102);

(2) Plaintiffs' motion, docket no. 107, to extend the deadline for filing a responsive brief to Defendants' motions to dismiss, docket nos. 100, 103, and 104, is DENIED.  Notwithstanding, Defendants Matthew Cheung and Patenaude & Felix APC's Motion to Dismiss, docket no. 100, is RENOTED to December 11, 2020;

(3) Plaintiffs' motion, docket no. 107, to file one consolidated responsive brief, not to exceed sixty-five (65) pages, in opposition to Defendants' motions to dismiss, docket nos. 100, 103, and 104, is GRANTED;

MINUTE ORDER - 1

(4)     The Court discourages any party from filing patently frivolous motions, including but not limited to motions to strike pleadings or briefings, or portions thereof, that the opposing party has filed in good faith.  *See* Fed. R. Civ. P. 11(c)(3); and

(5)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of November, 2020.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2