1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN; SARAH DOUGLASS; ANTHONY KIM; and IL KIM and DARIA KIM, husband and wife and the marital community comprised thereof, on behalf of themselves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSWORLD SYSTEMS INCORPORATED; PATENAUDE AND FELIX, A.P.C.; MATTHEW CHEUNG, and the marital community comprised of MATTHEW CHEUNG and JANE DOE CHEUNG, National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2007-3, National Collegiate Student Loan Trust 2007-4, National Collegiate Master Student Loan Trust, and DOES ONE THROUGH TEN,<br><br>Defendants, | CASE NO. 2:18-cv-01132 TSZ<br><br>STIPULATED MOTION AND ORDER TO SEAL PLAINTIFFS' CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS ON FILE WITH THE COURT AT DOCKET NO. 109 |

STIPULATED MOTION AND ORDER TO SEAL PLAINTIFFS' CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS ON FILE WITH THE COURT AT DOCKET NO. 109 - 1

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WA 98104
V (206) 330-0595 / F (206) 400-7609

## I. INTRODUCTION

COME NOW Plaintiffs, by and through undersigned counsel, and hereby respectfully request the Court seal Plaintiffs' Consolidated Response to Defendants' Motions to Dismiss on file with the Court at docket no. 109. Plaintiffs' counsel has conferred with Defendants regarding this matter and all counsel stipulate to the sealing of this record.

## II. FACTUAL BACKGROUND

Plaintiffs filed Plaintiffs' Consolidated Response to Defendants' Motions to Dismiss on December 7, 2020. The document is on file with the Court at docket no. 109. The PDF version of the document was converted from a Microsoft Word document that contained comments of Plaintiffs' counsel that were inserted in the editing process. When the document was converted to PDF, the comments of counsel were transferred to the PDF and can be read in the electronic version that is on file with the Court. Plaintiffs' counsel noticed the error and immediately filed a praecipe and a version of the Response with the comments removed. (Dkt. Nos. 110, 110-1). Plaintiffs are now filing this motion to seal the version of their response filed at docket no. 109 so that their attorneys' work product in the form of editing notes is not publicly available.

## III. CERTIFICATION OF CONFERRAL

Pursuant to Local Rule 5(g)(3)(A), Plaintiffs' counsel has conferred with all other parties, and all parties have stipulated to sealing docket no. 109.

## IV. ARGUMENT

A party seeking to keep documents sealed in a court proceeding bears the burden of providing a "compelling reason" for doing so that is supported by facts. *Wacom Co., Ltd. v. Hanvon Corp.,* 2008 WL 623631, at *1 (W.D. Wash. March 4, 2008) (citing *Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995)). The "work-product" doctrine is generally a "compelling reason" justifying a motion to seal. *WatchGuard Techs., Inc. v. iValue Infosolutions Pvt. Ltd.*, No. C15-1697-BAT, 2017 U.S. Dist. LEXIS 132483, at *7 (W.D. Wash. Aug. 18, 2017).

STIPULATED MOTION AND ORDER TO SEAL PLAINTIFFS' CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS ON FILE WITH THE COURT AT DOCKET NO. 109 - 2

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WA 98104
V (206) 330-0595 /  F (206) 400-7609

Because Plaintiffs' Response at docket no. 109 contains attorney work product that was accidentally filed in the Court record and a copy without the attorney work product has been filed, good cause exists to seal docket no. 109. All parties have agreed to the sealing of this document.

## V. CONCLUSION

For these reasons, Plaintiffs, with stipulation of all parties, respectfully ask the Court to seal docket no. 109.

DATED this 10th of December 2020.

*Attorneys for Plaintiffs:*

LEONARD LAW

 */s/ Sam Leonard*
Sam Leonard, WSBA #46498
1001 4th Ave., Suite 3200
Seattle, WA  98154
Telephone:  (206) 486-1176
Facsimile:   (206) 458-6028
E-mail:  sam@seattledebtdefense.com

BERRY & BECKETT, PLLP

 */s/ Guy Beckett*
Guy W. Beckett, WSBA #14939
1708 Bellevue Avenue
Seattle, WA  98122
Telephone:  (206) 441-5444
Facsimile:    (206) 838-6346
E-mail:  gbeckett@beckettlaw.com

HENRY & DeGRAAF, P.S.

 */s/ Christina Henry*
Christina L. Henry, WSBA #31273
787 Maynard Ave. S,
Seattle, WA  98104
Telephone:  (206) 330-0595
Facsimile:   (206) 400-7609
E-mail:  chenry@HDM-legal.com

NORTHWEST CONSUMER LAW CENTER

 */s/ Amanda Martin*
Amanda N. Martin, WSBA #49581
936 North 34th Street, Suite 300
Seattle, WA 98103
Telephone:  (206) 805-0989
Facsimile:   (206) 805-1716
E-mail:  Amanda@NWCLC.org

STIPULATED MOTION AND ORDER TO SEAL PLAINTIFFS' CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS ON FILE WITH THE COURT AT DOCKET NO. 109 - 3

HENRY & DeGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WA 98104
V (206) 330-0595 /  F (206) 400-7609

Stipulated to by:

By: /s Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
LEE SMART
1800 One Convention Place
701 Pike St.
Seattle, WA 98101-3929
Telephone: (206) 624-7990
mr@leesmart.com

*Attorney for Patenaude and Felix, A.P.C., and Matthew Cheung*

By: */s/ Justin H. Homes*
Bryan C. Shartle, *Pro Hac Vice*
James K. Schultz, *Pro Hac Vice*
Justin H. Homes, *Pro Hac Vice*
SESSIONS, ISRAEL & SHARTLE, LLC
Lakeway II
3850 North Causeway Blvd, Suite 200
Metairie, LA 70002-7227
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
bshartle@sessions.legal
jhomes@sessions.legal

By: */s/ Stephen G. Skinner*
Stephen G. Skinner, WSBA #17317
ANDREWS ▪ SKINNER, P.S.
645 Elliott Ave. W., Suite 350
Seattle, WA 98119
Telephone: 206-223-9248
Facsimile: 206-623-9050
Email: stephen.skinner@andrews-skinner.com

*Attorneys for Defendants Transworld Systems Inc. and National Collegiate Student Loan Trusts*

### **ORDER**

THIS MATTER having come before the Court upon stipulation by the Plaintiffs and the Defendants, the Court having reviewed and considered the stipulation and all related pleadings and documents on file in this case, NOW THEREFORE, IT IS HEREBY,

ORDERED that the document filed under docket no. 109 be SEALED.

Dated this 11th day of December 2020.

_____
Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER TO SEAL PLAINTIFFS' CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS ON FILE WITH THE COURT AT DOCKET NO. 109 - 4

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WA 98104
V (206) 330-0595 / F (206) 400-7609