UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN, et al., | |
| Plaintiffs, | |
| v. | C18-1132 TSZ |
| TRANSWORLD SYSTEMS INCORPORATED, et al., | ORDER |
| Defendants. | |

## I. INITIAL SCHEDULING DATES

Having denied Defendants' motions to dismiss for failure to state a claim, docket no. 118, the Court SETS the following dates for initial disclosure and submission of the Joint Status Report and Discovery Plan:

| | |
|---|---|
| FRCP 26(f) Conference Deadline: | January 22, 2021 |
| Initial Disclosures Deadline: | February 4, 2021 |
| Joint Status Report and Discovery Plan Deadline: | February 5, 2021 |

The deadlines above may be extended only by the Court.

ORDER - 1

## II.  JOINT STATUS REPORT & DISCOVERY PLAN

All counsel are directed to confer and provide the Court with a combined Joint Status Report and Discovery Plan (the "Report") by **February 5, 2021**.  This conference shall be by direct and personal communication, whether that be a face-to-face meeting or a telephonic conference.  The Report will be used in setting a schedule for the prompt completion of the case. It must contain the following information by corresponding paragraph numbers:

1. A proposed deadline for the joining of additional parties.

2. A discovery plan that states the parties' views and proposals on all items in Fed. R. Civ. P. 26(f)(3).

3. The parties' views and proposals on all items in Local Civil Rule 26(f)(1).

4. The date by which discovery can be completed, including the date by which discovery on class certification issues can be completed.

5. The date by which any motions related to class certification can be filed.

6. Whether the case should be bifurcated by trying the liability issues before the damages issues, or bifurcated in any other way.

7. Whether the pretrial statements and pretrial order called for by Local Civil Rules 16(e), (h), (i), and (k), and 16.1 should be dispensed with in whole or in part for the sake of economy.

8. Any other suggestions for shortening or simplifying the case.

ORDER - 2

9. The date the case will be ready for trial. The Court expects that most civil cases will be ready for trial within a year after filing the Joint Status Report and Discovery Plan.

10. Whether the trial will be jury or non-jury and whether the case can be tried remotely via the ZoomGov.com platform.

11. The number of trial days required.

12. The names, addresses, and telephone numbers of all trial counsel.

13. The dates on which the trial counsel may have complications to be considered in setting a trial date.

14. Whether any party wishes a scheduling conference before the Court enters a scheduling order.

If the parties are unable to agree to any part of the Report, they may answer in separate paragraphs. No separate reports are to be filed.

Dated this 4th day of January, 2021.

THOMAS S. ZILLY
United States District Judge

ORDER - 3