Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSWORLD SYSTEMS INCORPORATED; *et al.*,<br><br>Defendants. | No. 2:18 cv 1132-TSZ<br><br>STIPULATION AND ORDER EXTENDING RESPONSE TO THE COMPLAINT AND INITIAL DISCOVERY DATES |

## I.   STIPULATION

In the Court's Order on Defendants' Motions to Dismiss (Dkt. 118) (the "Order"), this Court dismissed certain Defendants without prejudice and provided Plaintiffs thirty (30) days, to move to amend the pleadings. It could waste resources for the current Defendants to respond to the current Complaint, since Plaintiffs are considering filing a motion to amend the pleadings to add new defendants, so in the interests of judicial economy, the Parties stipulate as follows.

1. If Plaintiffs do not file a motion to amend the pleadings by February 3, 2021, then current Defendants will file a response to Plaintiffs' Second Amended Complaint (Dkt. 61), by February 24, 2021.

2. If Plaintiffs do file a motion to amend the Pleadings by February 3, 2021, then current Defendants will file a response as follows:

STIPULATION AND ORDER EXTENDING
RESPONSE TO THE COMPLAINT AND INITIAL
DISCOVERY DATES - 1
2:18 cv 1132-TSZ

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

a. Within 21 days of any Order by this Court denying a motion to amend the pleadings, or

b. Within 21 days of the filing by Plaintiffs of any Third Amended Complaint, should Plaintiffs' motion be granted.

3. The Parties also stipulate that any proposed amended complaint sought to be filed by Plaintiffs will be limited to naming as additional defendants any National Collegiate Student Loan Trust entities and adding facts to support the claims asserted against such entities, pursuant to the juridical link doctrine.

4. The Parties further stipulate that, if Plaintiff is permitted to file an amended pleading as outlined in paragraph 3 above, then any Fed. R. Civ. P. 12 motion to dismiss filed by any then-current Defendant(s) will address only whether the juridical link doctrine supports plausible claims for relief asserted against any National Collegiate Student Loan Trust entities added as defendants in the Third Amended Complaint.

5. The Parties further stipulate that the Parties may immediately propound written discovery pursuant to Fed. R. Civ. P. 26-37 to any current Party, and the normal rules of discovery will apply.

6. The Parties also agree to extend the initial discovery dates, based on the dates of filing of Answers by the Defendants.

   a. 7 days after filing - Rule 26(a) Initial Disclosures
   b. 14 days after filing - Rule 26(f) Conference
   c. 21 days after filing - Joint Status Report and Discovery Plan

Jointly submitted this 19th day of January, 2021.

LEONARD LAW

s/ Sam Leonard
Sam Leonard, WSBA #46498

STIPULATION AND ORDER EXTENDING
RESPONSE TO THE COMPLAINT AND INITIAL
DISCOVERY DATES - 2
2:18 cv 1132-TSZ

LEE·SMART

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

Attorney for Plaintiffs

3614 California Ave. SW, #151
Seattle, WA 98116
(206) 486-1176
sam@seattledebtdefense.com

BERRY & BECKETT, PLLP

s/ Guy W. Beckett_____
Guy W. Beckett, WSBA #14939
Attorney for Plaintiffs

1708 Bellevue Avenue
Seattle, WA 98122
(206) 441-5444
gbeckett@beckettlaw.com

HENRY & DeGRAAFF, P.S.

s/ Christina L. Henry_____
Christina L. Henry, WSBA #31273
Attorney for Plaintiffs

787 Maynard Ave. S,
Seattle, WA 98104
(206) 330-0595
chenry@HDM-legal.com

NORTHWEST CONSUMER LAW CENTER

s/ Amanda N. Martin_____
Amanda N. Martin, WSBA #49581
Attorney for Plaintiffs

936 North 34th Street, Suite 300
Seattle, WA 98103
(206) 805-0989
Amanda@NWCLC.org

STIPULATION AND ORDER EXTENDING
RESPONSE TO THE COMPLAINT AND INITIAL
DISCOVERY DATES - 3
2:18 cv 1132-TSZ

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

| | |
|---|---|
| 1 | SESSIONS, ISRAEL & SHARTLE, LLC |
| 2 | |
| | s/ Justin H. Homes_____ |
| 3 | Bryan C. Shartle, Pro Hac Vice |
| | James K. Schultz Pro Hac Vice |
| 4 | Justin H. Homes, Pro Hac Vice |
| | Attorneys for Defendants |
| 5 | Transworld Systems Inc., and |
| | National Collegiate Student Loan Trusts |
| 6 | |
| 7 | 3850 North Causeway Blvd, Suite 200 |
| | Metairie, LA 70002-7227 |
| 8 | (504) 828-3700 |
| | bshartle@sessions.legal |
| 9 | jhomes@sessions.legal |
| 10 | |
| | ANDREWS SKINNER, P.S. |
| 11 | |
| | s/ Stephen G. Skinner_____ |
| 12 | Stephen G. Skinner, WSBA #17317 |
| | Transworld Systems Inc., and |
| 13 | National Collegiate Student Loan Trusts |
| 14 | |
| | 645 Elliott Ave. W., Suite 350 |
| 15 | Seattle, WA 98119 |
| | 206-223-9248 |
| 16 | stephen.skinner@andrews-skinner.com |
| 17 | |
| | LEE SMART |
| 18 | |
| | s/ Marc Rosenberg_____ |
| 19 | Marc Rosenberg, WSBA No. 31034 |
| | Attorney for Defendant |
| 20 | Patenaude & Felix, APC, and |
| | Matthew Cheung |
| 21 | |
| 22 | 1800 One Convention Place |
| | 701 Pike St. |
| 23 | Seattle, WA 98101-3929 |
| | (206) 624-7990 |
| 24 | mr@leesmart.com |
| 25 | |

STIPULATION AND ORDER EXTENDING
RESPONSE TO THE COMPLAINT AND INITIAL
DISCOVERY DATES - 4
2:18 cv 1132-TSZ

LEE·SMART

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

## II.  ORDER

THIS MATTER having come before the Court upon stipulation by the plaintiffs and the defendants, the Court having reviewed and considered the stipulation and all related pleadings and documents on file in this case, NOW THEREFORE, IT IS HEREBY, ORDERED:

1. If Plaintiffs do not file a motion to amend the pleadings by February 3, 2021, then current Defendants shall file a response to Plaintiffs' Second Amended Complaint, (Dkt. 61), by February 24, 2021.

2. If Plaintiffs do file a motion to amend the Pleadings by February 3, 2021, then current Defendants will file a response as follows:

    a. Within 21 days of any Order by this Court denying a motion to amend the pleadings, or

    b. Within 21 days of the filing by Plaintiffs of any Third Amended Complaint, should Plaintiff's motion be granted.

3. Any proposed amended complaint sought to be filed by Plaintiffs shall be limited to naming as additional defendants any National Collegiate Student Loan Trust entities and adding facts to support the claims asserted against such entities, pursuant to the juridical link doctrine.

4. If Plaintiff is permitted to file an amended pleading as outlined in paragraph 3 above, then any Fed. R. Civ. P. 12 motion to dismiss filed by any then-current Defendant(s) will address only whether the juridical link doctrine supports plausible claims for relief asserted against any National Collegiate Student Loan Trust entities added as defendants in the Third Amended Complaint.

5. The Parties may immediately propound written discovery pursuant to Fed. R. Civ. P. 26-37 to any current Party, and the normal rules of discovery will apply.

STIPULATION AND ORDER EXTENDING
RESPONSE TO THE COMPLAINT AND INITIAL
DISCOVERY DATES - 5
2:18 cv 1132-TSZ

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

6. Initial discovery dates shall be extended and shall be based on the filing of Answers by the Defendants, as follows:

    a. 7 days after filing - Rule 26(a) Initial Disclosures

    b. 14 days after filing - Rule 26(f) Conference

    c. 21 days after filing - Joint Status Report and Discovery Plan

Dated this 22nd day of January 2021.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER EXTENDING
RESPONSE TO THE COMPLAINT AND INITIAL
DISCOVERY DATES - 6
2:18 cv 1132-TSZ

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944