UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTHER HOFFMAN, et al.,

        Plaintiffs,

  v.

TRANSWORLD SYSTEMS INCORPORATED, et al.,

        Defendants.

C18-1132 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The unopposed Motion to Withdraw and Substitute Counsel, docket no. 128, brought by Defendants Transworld Systems Inc. and National Collegiate Student Loan Trusts ("Defendants"), is GRANTED. Stephen G. Skinner and Andrews Skinner are granted leave to withdraw, effective immediately. Ryan W. Vollans and Williams, Kastner & Gibbs, PLLC are substituted as counsel of record for Defendants.

(2) The Clerk is directed to update the docket accordingly and to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of March, 2021.

                              William M. McCool
                              Clerk

                              s/Gail Glass
                              Deputy Clerk

MINUTE ORDER - 1