

# United States District Court
# Western District of Washington

ESTHER HOFFMAN, et al.,

Plaintiff(s)

V.

TRANSWORLD SYSTEMS
INCORPORATED, et al.,

Defendant(s)

Case Number: C18-1132 TSZ

APPLICATION FOR LEAVE TO APPEAR
PRO HAC VICE

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

J. Matthew Goodin hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendants National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-3, and National Collegiate Student Loan Trust 2007-4

The particular need for my appearance and participation is:

The Trust Defendants for whom I will be acting as counsel have requested that I represent them due to my experience in the subject matter of the claims against them.

I, J. Matthew Goodin understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 17, 2021

Signature of Applicant: s/ J. Matthew Goodin

**Pro Hac Vice Attorney**

Applicant's Name: J. Matthew Goodin

Law Firm Name: Locke Lord LLP

Street Address 1: 111 South Wacker Drive

Address Line 2: Suite 4100

City: Chicago    State: IL    Zip: 60606

Phone Number w/ Area Code 312-443-0472    Bar # 6275013    State N.D. IL

Primary E-mail Address: jmgoodin@lockelord.com

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address:

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant J. Matthew Goodin is unable to be present upon any date assigned by the court.

Date: March 17, 2021    Signature of Local Counsel: s/ Tim J. Filer

Local Counsel's Name: Tim J. Filer

Law Firm Name: Foster Garvey PC

Street Address 1: 1111 Third Avenue

Address Line 2: Suite 3000

City: Seattle    State: WA    Zip: 98101

Phone Number w/ Area Code 206-447-2904    Bar # 16285



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court.  Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. After January 27,2020, a PACER login and password, will be required to electronically file. You can register for PACER access at their web site: www.pacer.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed ___3/17/21___   Signature  s/___J. Matthew Goodin_____

*(Pro Hac Vice applicant name)*