UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>TRANSWORLD SYSTEMS INCORPORATED, et al.,<br><br>　　　　　　　Defendants. | C18-1132 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)　The stipulation for leave to withdraw and substitute counsel, docket no. 132, brought by Defendants National Collegiate Student Loan Trust ("NCSLT") 2004-2, NCSLT 2005-2, NCSLT 2005-3, NCSLT 2006-1, NCSLT 2006-3, and NCSLT 2007-4 (collectively, "Defendants"), is GRANTED. Ryan W. Vollans of Williams Kastner PLLC and Bryan C. Shartle, James K. Schultz, and Justin Homes of Sessions Israel & Shartle LLC are granted leave to withdraw, effective immediately. Tim J. Filer of Foster Garvey PC and Gregory T. Casamento, R. James DeRose, and J. Matthew Goodin of Locke Lord LLP are substituted as counsel of record for Defendants.

(2)　The Clerk is directed to update the docket accordingly and to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of March, 2021.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　s/Gail Glass
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1