1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

6

7

ESTHER HOFFMAN, et al.,

                    Plaintiffs,

8

          v.

9

TRANSWORLD SYSTEMS
INCORPORATED, et al.,

10

                    Defendants.

11

C18-1132 TSZ

MINUTE ORDER SETTING
TRIAL AND RELATED
DATES

12

**JURY TRIAL DATE**                                                    **October 3, 2022**

13

Length of Trial                                                          14 days

14

Discovery on class certification issues completed by          August 30, 2021

Any motions related to class certification must be filed by   October 14, 2021

15

Disclosure of expert testimony under FRCP 26(a)(2)           January 25, 2022

16

All motions related to discovery must be filed by             February 10, 2022

17

All remaining discovery completed by                          March 10, 2022

18

All dispositive motions must be filed by                      May 5, 2022
          and noted on the motion calendar no later
          than the fourth Friday thereafter (see LCR 7(d))

19

20

All motions related to expert witnesses (*e.g.*, Daubert
motion) must be filed by                                      May 12, 2022
          and noted on the motion calendar no later
          than the third Friday thereafter (see LCR 7(d))

21

22

23

| | |
|---|---|
| Mediation per LCR 39.1(c)(3) HELD no later than<br>    Under Local Civil Rule 39.1(c) the Court ORDERS<br>    that the parties engage in mediation. The parties<br>    may seek relief from this requirement by motion<br>    and upon a showing of good cause. | July 29, 2022 |
| Letter of compliance as to LCR 39.1 FILED by<br>    A roster of Local Civil Rule 39.1 mediators can be<br>    located on the Internet at www.wawd.uscourts.gov. | August 5, 2022 |
| All motions *in limine* must be filed by<br>    and noted for the third Friday thereafter; responses<br>    shall be due on the noting date; no reply shall be<br>    filed unless requested by the Court | August 18, 2022 |
| Agreed Pretrial Order due[1] | September 16, 2022 |
| Trial briefs, proposed voir dire questions, and<br>proposed jury instructions due | September 16, 2022 |
| Pretrial conference to be held at 10:00 a.m. on | September 23, 2022 |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties.  All other dates are specified in the Local Civil Rules.  These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties.  The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible.  Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

---

[1] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address:  ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER SETTING
TRIAL AND RELATED DATES - 2

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns:  "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted."  The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column.  Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial.  Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.  Each exhibit shall be clearly marked.  Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit.  For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

1    Should this case settle, counsel shall notify Gail Glass at 206-370-8522 as soon as

2  possible.

3    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

4    Dated this 14th day of April, 2021.

5                                                    William M. McCool
                                                     Clerk
6
                                                     s/Gail Glass
7                                                    Deputy Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER SETTING
TRIAL AND RELATED DATES - 4