Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN; et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>TRANSWORLD SYSTEMS INCORPORATED; et al.,<br><br>    Defendants. | No. 2:18 cv 1132-TSZ<br><br>STIPULATED MOTION AND ORDER SETTING SCHEDULE FOR DEFENDANTS TO AMEND AFFIRMATIVE DEFENSES AND ANY RELATED MOTION TO STRIKE |

## I. STIPULATED MOTION

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiffs and Defendants stipulate to and jointly request the Court to enter an order setting a schedule for Defendants to file amended answers revising their affirmative defenses and for Plaintiffs to file any motion to strike the revised affirmative defenses. In support of this motion, the parties stipulate as follows:

1. The Court set a date of March 23, 2021, as the deadline for Defendants to file their respective responses to Plaintiffs' Second Amended Complaint. Dkt. #127.

STIPULATED MOTION AND ORDER SETTING SCHEDULE - 1
2:18 cv 1132-TSZ
54298119.1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

2. Defendants filed their answers on March 23, 2021. Dkt. #139 (Defendants Cheung and Patenaude & Felix APC); Dkt. # 140 (Trust Defendants); Dkt. #141 (Transworld Systems Incorporated). Each of the answers included affirmative defenses.

3. Plaintiffs have filed a motion for leave to file a motion to strike affirmative defenses contained in the answers. Dkt. #147. Their filing included the proposed motion to strike. Dkt. #148.

4. The parties have met and conferred and have agreed that (a) Plaintiffs will withdraw their motion for leave; (b) Defendants shall file amended answers containing revised affirmative defenses by not later than 21 days after entry of an order approving this stipulation; (c) if Plaintiffs seek to strike any of the revised affirmative defenses, they shall file a motion to strike under CR 12(f) by not later than 21 days after the amended answers are filed; and (d) any motion to strike will be noted for the fourth Friday after the motions are filed under LCR 7(d)(3).

SO STIPULATED this 11th day of May, 2021.

| SO STIPULATED:<br>Attorneys for Plaintiffs | SO STIPULATED:<br>Attorneys for the National Collegiate Student Loan Trust Defendants |
|---|---|
| By /s Sam Leonard<br>Sam Leonard<br>Leonard Law<br>3614 California Ave. SW, #151<br>Seattle, WA 98116<br>(206) 486-1176<br>sam@seattledebtdefense.com | By /s Tim J. Filer<br>Tim J. Filer<br>Foster Garvey PC<br>1111 Third Ave, Ste 3000<br>Seattle, WA 98101<br>(206) 447-4400<br>tim.filer@foster.com |

STIPULATED MOTION AND ORDER SETTING SCHEDULE - 2
2:18 cv 1132-TSZ
54298119.1

Foster Garvey PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3296
Phone (206) 447-4400  Fax (206) 447-9700

By: /s Christina L. Henry
Christina L. Henry
Henry & DeGraaff, P.S.
787 Maynard Ave S
Seattle, Wa 98104
(206) 330-0595
chenry@hdm-legal.com

By: /s Guy W. Beckett
Guy W. Beckett
Berry & Beckett, PLLP
1708 Bellevue Avenue
Seattle, WA 98122
(206) 441-5444
gbeckett@beckettlaw.com

By: /s Amanda Martin
Amanda Martin
Northwest Consumer Law Center
936 N. 34th St, Ste 300
Seattle, WA 98103
(206) 805-0989
amanda@nwclc.org

Gregory T. Casamento
R. James DeRose, III
Locke Lord, LLP
Brookfield Place
200 Vesey St, 20th Flr
New York, NY 10281-2101
(212) 812-8325
gcasamento@lockelord.com
rderose@lockelord.com

J. Matthew Goodin
Locke Lord, LLP
111 S. Wacker Dr, Ste 4100
Chicago, IL 60606
(312) 443-0472
jmgoodin@lockelord.com

SO STIPULATED:

Attorneys for Defendant Transworld Systems Incorporated

By: /s Justin Homes

Justin Homes
Bryan C. Shartle
Sessions Fishman Nathan & Israel, LLP
3850 N. Causeway Blvd, Ste 200

SO STIPULATED:

Attorneys for Defendants Matthew Cheung and Patenaude & Felix, APC

By: /s Marc Rosenberg
Marc Rosenberg
Lee Smart, P.S., Inc.
1800 One Convention Place
701 Pike Street
Seattle, WA 98101-3929

STIPULATED MOTION AND ORDER SETTING SCHEDULE - 3
2:18 cv 1132-TSZ
54298119.1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

| | |
|---|---|
| Metairie, LA 70002-7227<br>(504) 828-3700<br>bshartle@sessions.legal<br>jhomes@sessions.legal<br><br><br>James K. Schultz<br>Sessions Fishman Nathan & Israel, LLP<br>1545 Hotel Circle S., Ste 150<br>San Diego, CA 92108<br>(619) 758-1891<br>jschultz@sessions.legal<br><br>Ryan W. Vollans<br>Williams Kastner & Gibbs, PLLC<br>601 Union St, Ste 4100<br>Seattle, WA 98101-2380<br>(206) 628-6600<br>rvollans@williamskastner.com | (206) 624-7990<br>mr@leesmart.com |

## II. ORDER GRANTING STIPULATED MOTION

The Court having considered the stipulation and joint request of the parties and being fully informed,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion for Leave to File Motion to Strike (Dkt. #147) is removed from the calendar;

2. Defendants shall file amended answers with revised affirmative defenses on or before June 3, 2021;

3. Plaintiffs shall file any motion to strike regarding the revised affirmative defenses not later than 21 days after the amended answers are filed; and

STIPULATED MOTION AND ORDER SETTING
SCHEDULE - 4
2:18 cv 1132-TSZ
54298119.1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

4. Any such motion to strike shall be noted for consideration on the fourth Friday after the motion is filed.

Dated this 14th day of May, 2021

The Clerk is directed to send a copy of this Order to all counsel of record.

*signature*
Thomas S. Zilly
United States District Judge

Presented by:

FOSTER GARVEY PC
/s/ *Tim J. Filer*
Tim J. Filer, WSBA #16285
1111 Third Avenue, Ste. 3000
Seattle, WA 98101
Telephone: 206-447-2904
Email: tim.filer@foster.com

STIPULATED MOTION AND ORDER SETTING SCHEDULE - 5
2:18 cv 1132-TSZ
54298119.1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700