Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN; *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> TRANSWORLD SYSTEMS INCORPORATED; *et al.*, <br><br> Defendants. | No. 2:18 cv 1132-TSZ <br><br> DEFENDANTS PATENAUDE & FELIX, A.P.C. AND MATTHEW CHEUNG'S JOINDER IN TSI'S MOTION FOR SUMMARY JUDGMENT <br><br> NOTED FOR HEARING: <br> JULY 23, 2021 |

Patenaude & Felix, APC and Matthew Cheung (collectively "Patenaude") join TSI's motion for summary judgment, without waiving their right to file their own dispositive motion at some point in the future, if necessary.

Essentially all Plaintiffs' claims against Patenaude in their Second Amended Complaint, (Dkt 61), arise from Patenaude filing the affidavits of TSI employees in support of motions in underlying state litigation. Plaintiffs' describe these affidavits as "false" and "deceptive." *See* (Dkt 61 at the Introduction, and ¶¶ 48-57, 73-81, 167, 169, 184(a), (c)).

In its motion, TSI dispels the idea that the declarations are false or deceptive. Patenaude did not violate the CPA by filing true and correct affidavits. Therefore, claims against Patenaude should be dismissed with prejudice.



1  DATED this 11th day of June, 2021.

2

3                                   LEE SMART, P.S., INC.

4                                   By: /s Marc Rosenberg
                                      Marc Rosenberg, WSBA No. 31034

5                                       Of Attorneys for Defendants
                                      Patenaude & Felix, APC, and

6                                       Matthew Cheung

7                                       1800 One Convention Place
                                      701 Pike St.

8                                       Seattle, WA 98101-3929
                                      (206) 624-7990

9                                       mr@leesmart.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANTS' JOINDER IN TSI'S MOTION FOR
SUMMARY JUDGMENT - 2
2:18 cv 1132-TSZ
6849160.doc



# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

| | |
|---|---|
| Sam Leonard | sam@seattledebtdefense.com |
| Christina L. Henry | chenry@hdm-legal.com |
| Guy W. Beckett | gbeckett@beckettlaw.com |
| Amanda Martin | amanda@nwclc.org |
| James K. Schultz | jschultz@sessions.legal |
| Justin Homes | jhomes@sessions.legal |
| Bryan Shartle | bshartle@sessions.legal |
| Bradley St. Angelo | bstangelo@sessions.legal |
| Gregory T. Casamento | gcasamento@lockelord.com |
| R. James DeRose, III | rderose@lockelord.com |
| J. Matthew Goodin | jmgoodin@lockelord.com |
| Tim J. Filer | tim.filer@foster.com |
| Ryan W. Vollans | rvollans@williamskastner.com |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

Dated this 11th day of June, 2021 at Seattle, Washington.

LEE SMART, P.S., INC.

By: /s Marc Rosenberg
    Marc Rosenberg, WSBA No. 31034
    Of Attorneys for Defendants
    Patenaude & Felix, APC, and
    Matthew Cheung

    1800 One Convention Place
    701 Pike St.
    Seattle, WA 98101-3929
    (206) 624-7990
    mr@leesmart.com

DEFENDANTS' JOINDER IN TSI'S MOTION FOR SUMMARY JUDGMENT - 3
2:18 cv 1132-TSZ
6849160.doc



701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com