The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN; SARAH DOUGLASS; ANTHONY KIM; and IL KIM and DARIA KIM, husband and wife and the marital community comprised thereof, on behalf of themselves and on behalf of others similarly situated,<br><br>                 Plaintiffs,<br><br>    vs.<br><br>TRANSWORLD SYSTEMS INCORPORATED; PATENAUDE AND FELIX, A.P.C.; MATTHEW CHEUNG, and the marital community comprised of MATTHEW CHEUNG and JANE DOE CHEUNG; National Collegiate Student Loan Trust 2004-2; National Collegiate Student Loan Trust 2005-2; National Collegiate Student Loan Trust 2005-3; National Collegiate Student Loan Trust 2006-1; National Collegiate Student Loan Trust 2006-3; National Collegiate Student Loan Trust 2007-4,<br><br>                 Defendants. | Case No. C18-1132 TSZ<br><br>PLAINTIFFS' FED. R. CIV. P. 56(d) MOTION FOR ORDER STRIKING SUMMARY JUDGMENT MOTION<br><br>NOTE ON MOTION CALENDAR: July 16, 2021<br><br>ORAL ARGUMENT REQUESTED |

## I. INTRODUCTION AND RELIEF REQUESTED

Pursuant to Fed. R. Civ. P. 56(d), Plaintiffs ask the Court to strike the hearing on Defendant Transworld System Inc.'s ("TSI's") Motion for Summary Judgment, which is noted for consideration on July 23, 2021. In its motion, TSI requests the Court to dismiss with

PLAINTIFFS' FED. R. CIV. P. 56(d) MOTION
FOR ORDER STRIKING SUMMARY JUDGMENT
MOTION - 1
(No. C18-1132 TSZ)

HENRY & DEGRAAFF, PS
119 1ST AVE S. STE 500
SEATTLE, WA 98104
206-933-7861 phone 206-933-7863 fax

prejudice Plaintiffs' claims against it. However, discovery is still in its early stages and Defendants have delayed responding to discovery, refused to respond to other discovery, and filed motions for protective orders that remain unresolved. Defendants' actions and the current posture of the case leave Plaintiffs without much of the discovery they require to prove their case and respond to TSI's premature motion for summary judgment.

## II.  RELEVANT FACTS AND PROCEDURAL HISTORY

Plaintiffs filed this putative class action on June 20, 2018. Leonard Decl. ¶ 2. Plaintiffs allege that Defendants used false and misleading affidavits and/or declarations, signed under oath and/or penalty of perjury, to obtain judgments against them and thousands of other Washington consumers, in violation of both federal and state consumer protection laws. *See generally* Dkt. No. 61 (Second Amended Complaint). Plaintiffs also allege that Defendants continue to engage in this conduct, failed to give the courts that they deceived notice of their deception, and failed to vacate the judgments they obtained as a result of their deception, violating the promises they made to do so in a Consent Order TSI entered into with the Consumer Financial Protection Bureau (CFPB). *Id*. at 29, 37; *id*. Ex. A at 12-19.

While this case has been pending nearly three years and there are over 160 entries in the docket, this case is still in the infancy of discovery. Many of the 160-plus filings in the Court's docket relate to Defendants' motions to dismiss Plaintiffs claims, strike portions of Plaintiffs' pleadings, and prevent Plaintiffs from obtaining discovery. *See* Dkt. Nos. 15-54, 76-77, 92-99, 100-105, 109-119, 161-166. Plaintiffs filed their Second Amended Complaint on July 7, 2020. Dkt. No. 61. After denying Defendants' multiple motions to strike Plaintiffs' Second Amended Complaint and motions to dismiss Plaintiffs' Second Amended Complaint, on April 14, 2021 the

PLAINTIFFS' FED. R. CIV. P. 56(d) MOTION
FOR ORDER STRIKING SUMMARY JUDGMENT
MOTION - 2
(No. C18-1132 TSZ)

HENRY & DEGRAAFF, PS
119 1ST AVE S. STE 500
SEATTLE, WA 98104
206-933-7861 phone 206-933-7863 fax

Court entered a Minute Order Setting Trial and Related Dates, including a certification discovery deadline of August 30, 2021 and a merits discovery deadline of March 10, 2022. Dkt. No. 146.

Plaintiffs have actively pursued discovery and Defendants have withheld documents, failed to disclose the names of witnesses, asked for extensions to respond, and moved for a protective order. Plaintiffs began discovery in earnest even before the Court's minute order was entered. Leonard Decl. ¶ 13. As detailed in the Declaration of Sam Leonard filed in support of this motion, Defendants have repeatedly failed to respond to Plaintiffs' discovery requests, requested extensions to respond, and withheld the names of witnesses with relevant information. Leonard Decl. ¶¶ 13-34, 40, 42. The NCSLT Defendants have not even provided their responses to discovery Plaintiffs propounded, and Patenaude & Felix, A.P.C. and Matthew Cheung supplied their initial responses to Plaintiffs' discovery on June 30, 2021, nearly three weeks after TSI filed its Motion for Summary Judgment. Leonard Decl. ¶ 32. TSI has a pending motion for a protective order that seeks to prevent the Plaintiffs from obtaining the very documents TSI provided the CFPB and was ordered to produce in another case. *See* Dkt. No. 156 (Motion for Protective Order), *and* Dkt. No. 163 (Response). TSI filed its Motion for Summary Judgment eight days after filing its motion for protective order and before the hearing on that motion.

Defendants' actions have hindered the Plaintiffs' ability to locate and depose witnesses with relevant information. *See e.g.* Leonard Decl. ¶¶ 35-47. Defendants' actions have also prevented Plaintiffs from obtaining documents and other information relevant to their claims and Defendants' defenses. Leonard Decl. ¶¶ 13-47. Some of the discovery Plaintiffs seek and that TSI has moved to withhold is the very information the CFPB reviewed before finding that TSI was using false and misleading affidavits to collect on NCSLT accounts. *See* Dkt. No. 163 at 1-6. Plaintiffs believe the discovery they have requested will help prove the Defendants used false

PLAINTIFFS' FED. R. CIV. P. 56(d) MOTION
FOR ORDER STRIKING SUMMARY JUDGMENT
MOTION - 3
(No. C18-1132 TSZ)

HENRY & DEGRAAFF, PS
119 1ST AVE S. STE 500
SEATTLE, WA 98104
206-933-7861 phone 206-933-7863 fax

and misleading affidavits to obtain judgments and collect on student loans, knew of the falsity and misleading nature of the affidavits, and after being caught by the CFPB, refused to change their practices. *See e.g.* Leonard Decl. ¶¶ 36-47. TSI's Motion for Summary Judgment relies on the testimony of two individuals that Plaintiffs have not even had an opportunity to depose. Leonard Decl. ¶¶ 40-42. One of the individuals, Ralph Lyons, was not even listed as a person with knowledge in TSI's discovery responses. *Id.* ¶ 42. TSI and Plaintiffs have a discovery conference set for Friday, June 9, 2021 to discuss the deficiencies in TSI's responses. Leonard Decl. ¶ 38. Plaintiffs' response to TSI's Motion for Summary Judgment is due just ten days later, on July 19, 2021.

### III. ARGUMENT

Rule 56(d) authorizes the Court to (1) defer consideration of a motion for summary judgment or deny it; (2) allow additional time to conduct discovery; or (3) "issue any other appropriate order" where a nonmovant shows "for specified reasons, it cannot present facts essential to justify its opposition." Fed. R. Civ. P. 56(d). In order to prevail on a request for additional discovery under Rule 56, the nonmovant must show "(1) it has set forth in affidavit form the specific facts it hopes to elicit from further discovery; (2) the facts sought exist; and (3) the sought-after facts are essential to oppose summary judgment." *InteliClear, LLC v. ETC Glob. Holdings, Inc.*, 978 F.3d 653, 662 (9th Cir. 2020) (quoting *Midbrook Flowerbulbs Holland B.V. v. Holland Am. Bulb Farms, Inc.*, 874 F.3d 604, 619–20 (9th Cir. 2017)). The Ninth Circuit has instructed that, at the early stage of a case—for example prior to discovery having been completed— District Courts are to "fairly freely" grant additional time for discovery before ruling on a motion for summary judgment. *Burlington N. Santa Fe R. Co. v. Assiniboine & Sioux Tribes of Fort Peck Rsrv.*, 323 F.3d 767, 773 (9th Cir. 2003).

PLAINTIFFS' FED. R. CIV. P. 56(d) MOTION
FOR ORDER STRIKING SUMMARY JUDGMENT
MOTION - 4
(No. C18-1132 TSZ)

HENRY & DEGRAAFF, PS
119 1ST AVE S. STE 500
SEATTLE, WA 98104
206-933-7861 phone 206-933-7863 fax

Here, discovery is still in its early stages. The merits discovery deadline is not until March 10, 2022. Plaintiffs have moved diligently to obtain the essential discovery they require. The facts that Plaintiffs seek to elicit supporting their claims have been withheld by the Defendants or not otherwise produced at this early stage of discovery. Plaintiffs prevail on their claims if they can show that TSI employees submitted false and misleading affidavits to obtain judgments on behalf of the NCSLTs. Plaintiffs also prevail on their claims if they can show that the NCSLTs do not have proof of assignment or chain of title showing they own the student loans upon which they, through TSI and Patenaude & Felix, A.P.C. and Mr. Cheung, seek to collect. Plaintiffs also prevail on their claims if they can show that TSI, after the CFPB caught Defendants using false and misleading affidavits to collect on NCSLT debt, failed to correct their practices and disclose Defendants' misdeeds to the courts they deceived. This is the exact information Plaintiffs seek in discovery. Plaintiffs also seek information and documents showing that the testimony TSI relies upon in support of its Motion for Summary Judgment is not reliable and is contradicted by previous testimony of the same witnesses. This discovery that has either been withheld by Defendants or not otherwise produced is essential for Plaintiffs to prevail on their claims and oppose TSI's Motion for Summary Judgment.

## IV. CONCLUSION

For the forgoing reasons Plaintiffs request the Court strike the hearing on TSI's Motion for Summary Judgment and bar them from renewing their Motion for Summary Judgment until after the discovery deadline has passed.

PLAINTIFFS' FED. R. CIV. P. 56(d) MOTION  
FOR ORDER STRIKING SUMMARY JUDGMENT  
MOTION - 5  
(No. C18-1132 TSZ)

HENRY & DEGRAAFF, PS  
119 1ST AVE S. STE 500  
SEATTLE, WA 98104  
206-933-7861 phone 206-933-7863 fax

Respectfully submitted this 8th day of July 2021.

***Attorneys for Plaintiffs*:**

| | |
|---|---|
| LEONARD LAW | BERRY & BECKETT, PLLP |
| /s/ Sam Leonard | /s/ Guy Beckett |
| Sam Leonard, WSBA #46498 | Guy W. Beckett, WSBA #14939 |
| 3614 California Ave. SW, #151 | 1708 Bellevue Avenue |
| Seattle, Washington 98116 | Seattle, WA 98122 |
| Telephone: (206) 486-1176 | Telephone: (206) 441-5444 |
| Facsimile: (206) 458-6028 | Facsimile: (206) 838-6346 |
| E-mail: sam@seattledebtdefense.com | E-mail: gbeckett@beckettlaw.com |
| | |
| HENRY & DeGRAAFF, P.S. | NORTHWEST CONSUMER LAW CENTER |
| /s/ Christina Henry | /s/ Amanda Martin |
| Christina L. Henry, WSBA #31273 | Amanda N. Martin, WSBA #49581 |
| 119-1st Ave. S., Ste. 500 | 936 North 34th Street, Suite 300 |
| Seattle, WA 98104 | Seattle, WA 98103 |
| Telephone: (206) 933-7861 | Telephone: (206) 805-0989 |
| Facsimile: (206) 933-7863 | Facsimile: (206) 805-1716 |
| E-mail: chenry@HDM-legal.com | E-mail: amanda@NWCLC.org |

PLAINTIFFS' FED. R. CIV. P. 56(d) MOTION
FOR ORDER STRIKING SUMMARY JUDGMENT
MOTION - 6
(No. C18-1132 TSZ)

HENRY & DEGRAAFF, PS
119 1ST AVE S. STE 500
SEATTLE, WA 98104
206-933-7861 phone 206-933-7863 fax