The Hon. Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ESTHER HOFFMAN; SARAH DOUGLASS; ANTHONY KIM; and IL KIM and DARIA KIM, husband and wife and the marital community comprised thereof, on behalf of themselves and on behalf of others similarly situated,

Plaintiffs,

vs.

TRANSWORLD SYSTEMS INCORPORATED, et al.,

Defendants.

NO. C18-1132 TSZ

[PROPOSED] ORDER STRIKING TRANSWORLD SYSTEMS INCORPORATED'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs' Fed. R. Civ. P. 56(d) Motion for Order Striking Summary Judgment Motion came on for consideration by the Honorable Thomas S. Zilly on the date last shown below. The Court has considered the motion and the pleadings filed in support of and in response to the motion, and is fully advised in the premises. Now therefore, it is hereby

ORDERED that Plaintiffs' motion is granted. Transworld Systems Incorporated's Motion for Summary Judgment (Dkt. No. 161) is stricken from the Court calendar. Defendants shall not refile any motions for summary judgment until after the discovery deadline in this case has passed.

DONE THIS ____ day of July, 2021.

ORDER - 1
(Case No. C18-1132 TSZ)

1
2 | The Hon. Thomas S. Zilly
United States District Court Judge
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

ORDER - 2
(Case No. C18-1132 TSZ)