The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN; SARAH DOUGLASS; ANTHONY KIM; and IL KIM and DARIA KIM, husband and wife and the marital community comprised thereof, on behalf of themselves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSWORLD SYSTEMS INCORPORATED; PATENAUDE AND FELIX, A.P.C.; MATTHEW CHEUNG, and the marital community comprised of MATTHEW CHEUNG and JANE DOE CHEUNG; National Collegiate Student Loan Trust 2004-2; National Collegiate Student Loan Trust 2005-2; National Collegiate Student Loan Trust 2005-3; National Collegiate Student Loan Trust 2006-1; National Collegiate Student Loan Trust 2006-3; National Collegiate Student Loan Trust 2007-4,<br><br>Defendants. | Case No. C18-1132 TSZ<br><br>PLAINTIFFS' MOTION TO TEMPORARILY SEAL CONFIDENTIAL DOCUMENTS<br><br>NOTED FOR HEARING:<br>July 20, 2021 |

Plaintiffs ESTHER HOFFMAN; SARAH DOUGLASS; ANTHONY KIM; and IL KIM and DARIA KIM, husband and wife and the marital community comprised thereof ("Plaintiffs"), by and through their attorneys, move for permission to seal documents marked "Confidential" by Defendant Transworld System Incorporated ("TSI").

The parties are negotiating the terms of a stipulated order pertaining to the protection of documents deemed "Confidential" by the parties. As part of the negotiation and until an appropriate protective order is entered, Plaintiffs have agreed to protect the confidentiality of

PLAINTIFFS' MOTION TO TERMPORARILY SEAL
CONFIDENTIAL DOCUMENTS - 1
(No. C18-1132 TSZ)

HENRY & DEGRAAFF, PS
119 1ST AVE S. STE 500
SEATTLE, WA 98104
206-933-7861 phone 206-933-7863 fax

documents deemed "Confidential" by the Defendants. Pursuant to the proposed protective order, the parties agreed, "Before filing confidential material or discussing or referencing such material in court filings, the filing party shall confer with the designating party, in accordance with Local Civil Rule 5(g)(3)(A), to determine whether the designating party will remove the confidential designation, whether the document can be redacted, or whether a motion to seal or stipulation and proposed order is warranted."

The documents attached hereto were marked as "Confidential" by TSI. On July 19, 2021, Plaintiffs' counsel for the Plaintiffs requested a discovery conference with counsel for TSI to discuss whether parts of certain documents could be filed in support of the Plaintiffs' response to TSI's Motion for Summary Judgment with redactions, or whether a motion to seal would be necessary. *See* Declaration of Christina L Henry in Support of Plaintiffs' Response to Transworld Systems Incorporated's Motion for Summary Judgment ("Henry Decl.") at ¶ 9. An hour and a half after sending the request, Plaintiffs' counsel telephoned counsel for TSI to meet and confer about the documents. TSI's counsel informed Plaintiffs' counsel that although Plaintiffs had permission to temporarily file the documents under seal, TSI needed additional time to confer with their client and other Defendants' legal counsel, one of whom is currently out of town and unavailable, about the nature of the redactions needed. *See* Henry Decl. at ¶ 10.

Additionally, Plaintiff's Response to TSI's Motion for Summary Judgment references parts of the confidential documents and until these matters are resolved, the unredacted Response also needs to be temporarily sealed with an intention to replace the documents filed in the record with versions in which the Confidential information is redacted upon mutual agreement.

The documents designated as Confidential by TSI at issue include the following:

PLAINTIFFS' MOTION TO TERMPORARILY SEAL
CONFIDENTIAL DOCUMENTS - 2
(No. C18-1132 TSZ)

HENRY & DEGRAAFF, PS
119 1ST AVE S. STE 500
SEATTLE, WA 98104
206-933-7861 phone 206-933-7863 fax

1         a) **Ex. A12-14** - 04/21/10 Attorney Network Services Agreement
(TSI_0022496 – TSI_0022512);

        b) **Ex**. **A12-15** - 11/05/2012 Amendment to Addendum A to Attorney Network Services Agreement (TSI_0022541- TSI_0022543);

        c) **Ex. A12-17 -**. 06/22/15 Amendment to Addendum "A" to Attorney Network Services (TSI_0022539- TSI_0022540);

        **Ex. A12-18** - 01/06/16 Amendment to Addendum A to Attorney Network (TSI_0022570- TSI_0022571);

Lastly, in the process of preparing the sealed documents for filing, Plaintiff's counsel learned that Ex. A attached to Dkt No. 185 inadvertently contains confidential documents attached to what was intended to be a document with no confidential material. Upon the opening of business, the court clerk will be contacted immediately to seal Dkt No 185-1 and that document will be refiled with a praecipe to attach the corrected Exhibit A. As some of the documents in Dkt No. 185-1 are the ones that form the basis for this motion, this motion to seal is filed until seal.

Wherefore, based on the foregoing, Plaintiffs request that the court temporarily allow Exhibits A12-14, A12-15, A12-17 and A12-18 to be filed under seal, together with Plaintiffs' Response to TSI's Motion for Summary Judgment. Plaintiff additionally asks that Dkt NO. 185-1 be sealed permanently.

Respectfully submitted this 20th day of July, 2021.

***Attorneys for Plaintiffs*:**

| LEONARD LAW | BERRY & BECKETT, PLLP |
|---|---|
|  /s/ Sam Leonard              |  /s/ Guy Beckett           |
| Sam Leonard, WSBA #46498 | Guy W. Beckett, WSBA #14939 |
| 3614 California Ave. SW, #151 | 1708 Bellevue Avenue |
| Seattle, Washington 98116 | Seattle, WA 98122 |
| Telephone: (206) 486-1176 | Telephone: (206) 441-5444 |

PLAINTIFFS' MOTION TO TERMPORARILY SEAL
CONFIDENTIAL DOCUMENTS - 3
(No. C18-1132 TSZ)

HENRY & DEGRAAFF, PS
119 1ST AVE S. STE 500
SEATTLE, WA 98104
206-933-7861 phone 206-933-7863 fax

Facsimile: (206) 458-6028  
E-mail: *sam@seattledebtdefense.com*

Facsimile: (206) 838-6346  
E-mail: *gbeckett@beckettlaw.com*

HENRY & DeGRAAFF, P.S.

NORTHWEST CONSUMER LAW CENTER

 */s/ Christina Henry*  
Christina L. Henry, WSBA #31273  
119 1st Ave S, Ste. 500  
Seattle, WA 98104  
Telephone: (206) 330-0595  
Facsimile: (206) 400-7609  
E-mail: *chenry@HDM-legal.com*

 */s/ Amanda Martin*  
Amanda N. Martin, WSBA #49581  
936 North 34th Street, Suite 300  
Seattle, WA 98103  
Telephone: (206) 805-0989  
Facsimile: (206) 805-1716  
E-mail: *Amanda@NWCLC.org*

PLAINTIFFS' MOTION TO TERMPORARILY SEAL CONFIDENTIAL DOCUMENTS - 4  
(No. C18-1132 TSZ)

HENRY & DEGRAAFF, PS  
119 1ST AVE S. STE 500  
SEATTLE, WA 98104  
206-933-7861 phone 206-933-7863 fax