Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN; et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> TRANSWORLD SYSTEMS INCORPORATED; et. al., <br><br> DEFENDANTS. | Case No.: 18-cv-1132-TSZ <br><br> **STIPULATED MOTION AND ORDER CONTINUING CLASS DISCOVERY AND CLASS CERTIFICATION DEADLINES** |

## I.   STIPULATED MOTION

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiffs and Defendants hereby stipulate and jointly request that the Court enter an order continuing the deadlines for class discovery and class certification and the hearing date on Defendant Transworld Systems Inc.'s ("TSI") Motion for Summary Judgment. In support of this motion for continuance, the parties stipulate as follows:

1. The Court set a deadline of August 30, 2021 for the parties to complete class discovery. Dkt #146.

STIPULATED MOTION AND ORDER CONTINUING CLASS DISCOVERY AND CLASS CERTIFICATION DEADLINES - 1
18-CV-1132-TSZ

NWCLC Northwest Consumer Law Center   967899

936 N. 34th St. Ste. 300
Seattle, WA 98103
Tele: 206-805-0989
Fax: 206-805-0989

2.       The Court set a deadline of October 14, 2021 for Plaintiffs to move for class certification. Dkt #146.

3.       Defendant TSI filed a Motion for Summary Judgment (Dkt. #161) which this Court deferred until November 5, 2021. Dkt. #191.

4.       The parties have been diligently pursuing discovery, but outstanding discovery issues remain. The parties expect that a 60-day continuance will allow for the outstanding discovery issues to be resolved and for TSI's Motion for Summary Judgment and Plaintiffs' forthcoming Motion for Certification to be decided on the merits by this Court.

5.       As such, the parties have met and conferred and agree that: (a) the Deadline to Complete Class Discovery should be continued to October 30, 2021; (b) the Deadline for Plaintiffs to move for class certification should be continued to December 13, 2021, and such motion should be noted on February 18, 2022, with the deadline for opposition to be January 31, 2022; (c) the consideration date for Defendant TSI's Motion for Summary Judgment (Dkt. #161) should be continued to February 18, 2022; (d) Plaintiffs' Amended Response to Defendant TSI's Motion for Summary Judgment should be due on January 3, 2022; (e) the date Plaintiffs will identify any expert witnesses and areas of expert testimony that may be relied upon by them in support of their motion for certification should be no later than October 30, 2021; and (f) TSI's responses to Plaintiffs' Second Set of Interrogatories and Requests for Production should be due on September 10, 2021. All other deadlines should remain as scheduled.

STIPULATED this 1st day of September, 2021.

***Attorneys for Plaintiffs:***

LEONARD LAW                                              BERRY & BECKETT, PLLP

STIPULATED MOTION AND ORDER
CONTINUING CLASS DISCOVERY AND
CLASS CERTIFICATION DEADLINES - 2
18-CV-1132-TSZ



936 N. 34th St. Ste. 300
Seattle, WA 98103
Tele: 206-805-0989
Fax: 206-805-0989

| | |
|---|---|
| /s/ Sam Leonard | /s/ Guy Beckett |
| Sam Leonard, WSBA #46498 | Guy W. Beckett, WSBA #14939 |
| 3614 California Ave. SW, #151 | 1708 Bellevue Avenue |
| Seattle, WA  98116 | Seattle, WA  98122 |
| Telephone:  (206) 486-1176 | Telephone:  (206) 441-5444 |
| Facsimile:  (206) 458-6028 | Facsimile:   (206) 838-6346 |
| Email: sam@seattledebtdefense.com | Email:  gbeckett@beckettlaw.com |
| HENRY & DeGRAAF, P.S. | NORTHWEST CONSUMER LAW CENTER |
| /s/ Christina Henry | /s/ Amanda Martin |
| Christina L. Henry, WSBA #31273 | Amanda N. Martin, WSBA #49581 |
| 119 – 1st Ave. S., Ste. 500 | 936 North 34th Street, Suite 300 |
| Seattle, WA  98104 | Seattle, WA 98103 |
| Telephone:  (206) 330-0595 | Telephone:  (206) 805-0989 |
| Facsimile:  (206) 400-7609 | Facsimile:  (206) 805-1716 |
| Email: chenry@HDM-legal.com | Email:  Amanda@NWCLC.org |

*Attorneys for National Collegiate Student Loan Trust Defendants:*

| | |
|---|---|
| LOCKE LORD LLP | LOCKE LORD LLP |
| /s/ Gregory T. Casamento | /s/ J. Matthew Goodin |
| Gregory T. Casamento | J. Matthew Goodin |
| R. James DeRose, III | Pro Hac Vice |
| Pro Hac Vice | 111 S. Wacker Dr., Ste. 4100 |
| Brookfield Place | Chicago, IL  60606 |
| 200 Vesey St. 20th Flr. | Telephone:  (312) 443-0472 |
| New York, NY  10281-2101 | Email:  jmgoodin@lockelord.com |
| Email:  gcasamento@lockelord.com | |
|             rderose@lockelord.com | |

FOSTER GARVEY PC

/s/ Tim J. Filer
Tim J. Filer, WSBA #16285
1111 Third Ave., Ste. 3000
Seattle, WA  98101
Telephone:  (206) 447-4000
Email:  tim.filer@foster.com

*Attorneys for Defendant Transworld Systems Inc.*

| | |
|---|---|
| SESSIONS, ISRAEL & SHARTLE | SESSIONS, ISRAEL & SHARTLE |
| /s/ Justin Homes | /s/ James K. Schultz |

STIPULATED MOTION AND ORDER CONTINUING CLASS DISCOVERY AND CLASS CERTIFICATION DEADLINES - 3
18-CV-1132-TSZ

936 N. 34th St. Ste. 300
Seattle, WA 98103
Tele: 206-805-0989
Fax: 206-805-0989

| | |
|---|---|
| Justin Homes<br>Bryan C. Shartle<br>Pro Hac Vice<br>3850 N. Causeway Blvd., Ste. 200<br>Metairie, LA  70002-7227<br>Telephone:  (504) 828-3700<br>Email:  jhomes@sessions.legal<br>        bshartle@sessions.legal | James K. Schultz<br>Pro Hac Vice<br>1545 Hotel Circle S., Ste. 150<br>San Diego, CA  92108<br>Telephone:  (619) 758-1891<br>Email:  jschultz@sessions.legal |

WILLIAMS KASTNER & GIBBS, PLLC

/s/ Ryan W. Vollans
Ryan W. Vollans, WSBA #45302
601 Union St., Ste. 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Email:  rvollans@williamskasnter.com

***Attorneys for Defendants Patenaude & Felix, A.P.C., Matthew Cheung, and Cheung marital community:***

LEE SMART, P.S., INC.

/s/ Marc Rosenberg
Marc Rosenberg, WSBA #31034
1800 One Convention Place
701 Pike Street
Seattle, WA  98101-3929
Telephone:  (206) 624-7900
Email:  mr@leesmart.com

## II. ORDER

The Court, having considered the stipulated motion and being fully informed,

IT IS HEREBY ORDERED THAT:

1. The date for discovery on class certification issues to be completed is continued to October 30, 2021;

2. The deadline for Plaintiffs to file motions related to class certification is continued to December 13, 2021, and such motions are to be noted on February 18, 2022, with

STIPULATED MOTION AND ORDER CONTINUING CLASS DISCOVERY AND CLASS CERTIFICATION DEADLINES - 4
18-CV-1132-TSZ

NWCLC Northwest Consumer Law Center

967899

936 N. 34th St. Ste. 300
Seattle, WA 98103
Tele: 206-805-0989
Fax: 206-805-0989

the deadline for opposition to be January 31, 2022;

3. The consideration date for Defendant TSI's Motion for Summary Judgment (Dkt. #161) is continued to February 18, 2022;

4. Plaintiffs will identify any expert witnesses and areas of expert testimony that may be relied upon by them in support of their motion for class certification by October 30, 2021; and

5. TSI's responses to Plaintiffs' Second Set of Interrogatories and Requests for Production are due on September 10, 2021.

DATED this 2nd day of September, 2021.

_____
Thomas S. Zilly
United States District Judge

Presented by:

*Attorneys for Plaintiffs:*

LEONARD LAW

/s/ Sam Leonard
Sam Leonard, WSBA #46498
3614 California Ave. SW, #151
Seattle, WA  98116
Telephone:  (206) 486-1176
Facsimile:   (206) 458-6028
Email:  sam@seattledebtdefense.com

HENRY & DeGRAAF, P.S.

/s/ Christina Henry
Christina L. Henry, WSBA #31273
119 – 1st Ave. S., Ste. 500
Seattle, WA  98104
Telephone:  (206) 330-0595

BERRY & BECKETT, PLLP

/s/ Guy Beckett
Guy W. Beckett, WSBA #14939
1708 Bellevue Avenue
Seattle, WA  98122
Telephone:  (206) 441-5444
Facsimile:    (206) 838-6346
Email:  gbeckett@beckettlaw.com

NORTHWEST CONSUMER LAW CENTER

/s/ Amanda Martin
Amanda N. Martin, WSBA #49581
936 North 34th Street, Suite 300
Seattle, WA 98103
Telephone:  (206) 805-0989

STIPULATED MOTION AND ORDER CONTINUING CLASS DISCOVERY AND CLASS CERTIFICATION DEADLINES - 5
18-CV-1132-TSZ

NWCLC Northwest Consumer Law Center

936 N. 34th St. Ste. 300
Seattle, WA 98103
Tele: 206-805-0989
Fax: 206-805-0989

| | |
|---|---|
| Facsimile:  (206) 400-7609 | Facsimile:  (206) 805-1716 |
| Email:  chenry@HDM-legal.com | Email:  Amanda@NWCLC.org |

*Attorneys for National Collegiate Student Loan Trust Defendants:*

| | |
|---|---|
| LOCKE LORD LLP | LOCKE LORD LLP |
| /s/ Gregory T. Casamento | /s/ J. Matthew Goodin |
| Gregory T. Casamento | J. Matthew Goodin |
| R. James DeRose, III | Pro Hac Vice |
| Pro Hac Vice | 111 S. Wacker Dr., Ste. 4100 |
| Brookfield Place | Chicago, IL  60606 |
| 200 Vesey St. 20th Flr. | Telephone:  (312) 443-0472 |
| New York, NY  10281-2101 | Email:  jmgoodin@lockelord.com |
| Email:  gcasamento@lockelord.com | |
|           rderose@lockelord.com | |

FOSTER GARVEY PC

/s/ Tim J. Filer
Tim J. Filer, WSBA #16285
1111 Third Ave., Ste. 3000
Seattle, WA  98101
Telephone:  (206) 447-4000
Email:  tim.filer@foster.com

*Attorneys for Defendant Transworld Systems Inc.*

| | |
|---|---|
| SESSIONS, ISRAEL & SHARTLE | SESSIONS, ISRAEL & SHARTLE |
| /s/ Justin Homes | /s/ James K. Schultz |
| Justin Homes | James K. Schultz |
| Bryan C. Shartle | Pro Hac Vice |
| Pro Hac Vice | 1545 Hotel Circle S., Ste. 150 |
| 3850 N. Causeway Blvd., Ste. 200 | San Diego, CA  92108 |
| Metairie, LA  70002-7227 | Telephone:  (619) 758-1891 |
| Telephone:  (504) 828-3700 | Email:  jschultz@sessions.legal |
| Email:  jhomes@sessions.legal | |
|           bshartle@sessions.legal | |

WILLIAMS KASTNER & GIBBS, PLLC

/s/ Ryan W. Vollans
Ryan W. Vollans, WSBA #45302
601 Union St., Ste. 4100

STIPULATED MOTION AND ORDER CONTINUING CLASS DISCOVERY AND CLASS CERTIFICATION DEADLINES - 6
18-CV-1132-TSZ

NWCLC Northwest Consumer Law Center

936 N. 34th St. Ste. 300
Seattle, WA 98103
Tele: 206-805-0989
Fax: 206-805-0989

Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Email:  rvollans@williamskasnter.com

*Attorneys for Defendants Patenaude & Felix, A.P.C., Matthew Cheung, and Cheung marital community:*

LEE SMART, P.S., INC.

/s/ Marc Rosenberg
Marc Rosenberg, WSBA #31034
1800 One Convention Place
701 Pike Street
Seattle, WA  98101-3929
Telephone:  (206) 624-7900
Email:  mr@leesmart.com

STIPULATED MOTION AND ORDER CONTINUING CLASS DISCOVERY AND CLASS CERTIFICATION DEADLINES - 7
18-CV-1132-TSZ



967899

936 N. 34th St. Ste. 300
Seattle, WA 98103
Tele: 206-805-0989
Fax: 206-805-0989