**The Honorable Thomas S. Zilly**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSWORLD SYSTEMS, INC., et al.<br><br>Defendants. | NO. C18-1132-TSZ<br><br>STIPULATED MOTION AND ORDER TO SEAL IDENTITY OF NONPARTY FACT WITNESS |

## I.     STIPULATED MOTION

The Parties stipulate and jointly request that the Court seal the identity of a nonparty fact witness referred to as "Affiant X" in a forthcoming Motion to Quash Subpoena and for Protective Order, and any pleadings filed in opposition and reply to the Motion, so that documents related to the nonparty fact witness may be filed on the record with Affiant X's name and any pronouns reflecting Affiant X's gender redacted.  Affiant X seeks to file a Motion to Quash Plaintiffs' Subpoena for Oral Deposition and for Protective Order (hereafter, "Motion to Quash") with this Court.  In support of this anticipated Motion, Affiant X will file medical records and declarations in support of Affiant X's Motion that contain private health information and is confidential.  By entering into this Stipulation, the Parties are agreeing to limit the redactions of Affiant X's identity to the Motion to Quash and its related filings, including the

STIPULATED MOTION AND ORDER TO SEAL IDENTITY OF NONPARTY FACT WITNESS - NO. C18-1132-TSZ

- 1 -

1812007.docx/091421 1320/8744-0001

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

appearance of Affiant X's counsel.  The Parties, however, do not agree to redact Affiant X's identity in other areas of the record (*i.e.*, if referenced in Motions for Summary Judgment, oppositions thereto, deposition notices, etc.).  The purpose of redacting Affiant X's name in the Motion to Quash is to protect Affiant X's personal medical history.

The Parties in this matter have entered into a Stipulated Protective Order.  Dkt. No. 194.  Paragraph 2(A) of the Stipulated Protective Order stipulates that "nonpublic personal information, including, but not limited to, medical information,…and other nonpublic personal identifiers and information" are considered "confidential material."

In lieu of filing the documents under seal on the record, the Parties have agreed to refer to the nonparty witness as "Affiant X" in the Motion to Quash and its related filings.  The Parties further have agreed to redact reference to Affiant X's name, gender pronouns, and other personal identifiers in the Motion to Quash and its related filings.

DATED this 14th day of September, 2021.

*Counsel for Plaintiffs*

| | |
|---|---|
| LEONARD LAW | BERRY & BECKETT, PLLP |
| */s/ Sam Leonard* | */s/ Guy W. Beckett* |
| Sam Leonard, WSBA #46498 | Guy W. Beckett, WSBA #14939 |
| sam@seattledebtdefense.com | gbeckett@beckettlaw.com |
| HENRY & DEGRAAF, P.S. | NORTHWEST CONSUMER LAW |
| */s/ Christina L. Henry* | */s/ Amanda N. Martin* |
| Christina L. Henry, WSBA #31273 | Amanda N. Martin, WSBA #49581 |
| chenry@HDM-legal.com | Amanda@NWCLC.org |

*Attorneys for Defendants National Collegiate Student Loan Trust*

| | |
|---|---|
| */s/ Gregory T. Casamento* | */s/ Tim J. Filer* |
| Gregory T. Casamento, *Pro Hac Vice* | Tim J. Filer, WSBA #16285 |
| R. James DeRose, III, *Pro Hac Vice* | Foster Garvey, PC |
| J. Matthew Goodin, *Pro Hac Vice* | 1111 Third Avenue, Suite 3000 |

STIPULATED MOTION AND ORDER TO SEAL IDENTITY OF NONPARTY FACT WITNESS - NO. C18-1132-TSZ

- 2 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1812007.docx/091421 1320/8744-0001

| | |
|---|---|
| Locke Lord LLP<br>gcasamento@lockelord.com<br>rderose@lockelord.com<br>jmgoodin@lockelord.com | Seattle, WA 98101<br>tim.filer@foster.com |

*Attorneys for Defendant Transworld Systems, Inc.*

| | |
|---|---|
| SESSIONS, ISRAEL & SHARTLE | WILLIAMS KASTNER & GIBBS, PLLC |
| */s/ James K. Schultz*<br>James K. Schultz, *Pro Hac Vice*<br>Justin Homes, *Pro Hac Vice*<br>Bryan C. Shartle, *Pro Hac Vice*<br>jschultz@sessions.legal<br>jhomes@sessions.legal<br>bshartle@sessions.legal | */s/ Ryan W. Vollans*<br>Ryan W. Vollans, WSBA #45302<br>rvollans@williamskastner.com |

*Attorney for Defendants Patenaude & Felix, A.P.C, Matthew Cheung, and Cheung, marital community*

LEE SMART, P.S., INC.

*/s/ Marc Rosenberg*
Marc Rosenberg, WSBA #31034
mr@leesmart.com

*Attorney for Nonparty Fact Witness Affiant X*

BETTS, PATTERSON & MINES, P.S.

 */s/ Natasha A. Khachatourians*
Natasha A. Khachatourians, WSBA #42685
nkhachatourians@bpmlaw.com

STIPULATED MOTION AND ORDER TO SEAL IDENTITY OF NONPARTY FACT WITNESS - NO. C18-1132-TSZ

- 3 -

1812007.docx/091421 1320/8744-0001

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

## II. ORDER

THIS MATTER having come before the Court upon the stipulation of the Parties, docket no. 199, the Court having reviewed and considered the Stipulation finds good cause and compelling reason to seal the non-party fact witness's identity in Affiant X's Motion to Quash and its related filings, including the appearance of Affiant X's attorneys.

IT IS HEREBY ORDERED that the non-party fact witness will be referenced as Affiant X and documents referencing Affiant X by name will redact Affiant X's name, gender pronouns, and other personal identifiers in the Motion to Quash and its related filings.

Dated this 17th day of September, 2021.

_____
Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER TO SEAL IDENTITY OF NONPARTY FACT WITNESS - NO. C18-1132-TSZ

- 4 -

1812007.docx/091421 1320/8744-0001

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988