UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN, et al., | |
| Plaintiffs, | |
| v. | C18-1132 TSZ |
| TRANSWORLD SYSTEMS INCORPORATED, et al., | MINUTE ORDER |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Non-party fact witness Affiant X's motion, docket no. 203, to quash Plaintiffs' subpoena for oral deposition and for a protective order is GRANTED. The Court finds good cause to grant Affiant X's motion for a protective order and to quash Plaintiffs' subpoena for oral deposition. The declaration from Affiant X's treating neurologist, docket no. 206, establishes the specific harm that will result from an oral deposition in this case. Affiant X's treating neurologist believes to a reasonable degree of neurological certainty that participation in a stressful, adversarial deposition places Affiant X at risk of an adverse medical event such as a seizure, stroke, or severe anxiety. Lacey Decl. at ¶ 11 (docket no. 206). Affiant X's deposition shall be taken by written questions pursuant to Fed. R. Civ. P. 31 no later than November 19, 2021. During the deposition, Affiant X must provide his own answers, without any oral or written prompts from his counsel or others. All relief not expressly granted herein is DENIED.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

MINUTE ORDER - 1

Dated this 14th day of October, 2021.

                                                     Ravi Subramanian
                                                    Clerk

                                                    s/Gail Glass
                                                    Deputy Clerk

MINUTE ORDER - 2