UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTHER HOFFMAN, et al.,

        Plaintiffs,

  v.

TRANSWORLD SYSTEMS INCORPORATED, et al.,

        Defendants.

C18-1132 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Parties' stipulated motion to continue trial and related dates, docket no. 218, is GRANTED in part and DENIED in part, and the Court issues the following amended schedule:

| | |
|---|---|
| Discovery on class certification issues completed by | December 30, 2021 |
| Any motions related to class certification must be filed by and noted on the motion calendar March 18, 2022 | January 12, 2022 |
| Any opposition to motion for class certification must be filed by | March 3, 2022 |

MINUTE ORDER - 1

| | | |
|---|---|---|
| 1 | Plaintiffs' amended response to Defendant Transworld Systems Inc.'s motion for summary | |
| 2 | judgment, docket no. 161, must be filed by | February 2, 2022 |
| 3 | Disclosure of expert testimony under FRCP 26(a)(2) | February 24, 2022 |
| 4 | All motions related to discovery must be filed by | March 14, 2022 |
| 5 | All remaining discovery completed by | April 11, 2022 |

(2) Defendant Transworld Systems Inc.'s motion for summary judgment, docket no. 161, is RENOTED to March 18, 2022.

(3) All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 146, shall remain in full force and effect.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of November, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2