UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTHER HOFFMAN, et al.,

    Plaintiffs,

v.

TRANSWORLD SYSTEMS INCORPORATED, et al.,

    Defendants.

C18-1132 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Parties' letter, docket no. 223, the Court issues the following amended schedule:

| | |
|---|---|
| Completion of Trust Defendants' Rule 30(b)(6) deposition | January 4, 2022 |
| Discovery on class certification issues completed by | January 6, 2022 |
| Any motions related to class certification must be filed by | January 19, 2022 |
|     and noted on the motion calendar March 25, 2022 | |
| Any opposition to motion for class certification must be filed by | March 10, 2022 |

MINUTE ORDER - 1

| | |
|---|---|
| Plaintiffs' amended response to Defendant Transworld Systems Inc.'s motion for summary judgment, docket no. 161, must be filed by | February 9, 2022 |
| Disclosure of expert testimony under FRCP 26(a)(2) | March 3, 2022 |
| All motions related to discovery must be filed by | March 21, 2022 |
| All remaining discovery completed by | April 18, 2022 |

(2) Defendant Transworld Systems Inc.'s motion for summary judgment, docket no. 161, is RENOTED to March 25, 2022.

(3) All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 146, shall remain in full force and effect.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of December, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2