UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN, et al., | |
| Plaintiffs, | |
| v. | C18-1132 TSZ |
| TRANSWORLD SYSTEMS INCORPORATED, et al., | MINUTE ORDER |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion to seal, docket no. 242, is RENOTED to February 4, 2022.

(2) Pursuant to LCR 5(g), the parties are DIRECTED to meet and confer concerning whether the Defendants will withdraw the confidential designation or will agree to redact the documents so that sealing is unnecessary.

(3) On or before January 31, 2022:

    a. The parties shall file a stipulation and proposed order to seal the materials and withdraw Plaintiff's separate motion; or

    b. The Defendants shall file a brief in support of the motion to seal, with any opposition by Plaintiffs due on February 4, 2022.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

MINUTE ORDER - 1

Dated this 20th day of January, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2