UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTHER HOFFMAN, et al.,

  Plaintiffs,

v.

TRANSWORLD SYSTEMS INCORPORATED, et al.,

  Defendants.

C18-1132 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   The parties' stipulated motion, docket no. 259, to renote motions and continue related dates is GRANTED.

   a.   The motion for summary judgment, docket no. 161, filed by Defendant Transworld Systems Incorporated ("TSI") is RENOTED to April 15, 2022.  Plaintiffs' amended response to TSI's motion for summary judgment must be filed on or before March 18, 2022.

   b.   Plaintiffs' motion for class certification, docket no. 232, is RENOTED to April 15, 2022.  Any response to Plaintiffs' motion for class certification must be filed on or before April 5, 2022.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of February, 2022.

                                                    Ravi Subramanian
                                                    Clerk

                                                    s/Gail Glass
                                                    Deputy Clerk

MINUTE ORDER - 1