1

2

3

4

5                             UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
6                                      AT SEATTLE

7       ESTHER HOFFMAN, et al.,

8                            Plaintiffs,

9           v.                                      C18-1132 TSZ

10      TRANSWORLD SYSTEMS                          MINUTE ORDER
        INCORPORATED, et al.,
11
                             Defendants.
12

13          The following Minute Order is made by direction of the Court, the Honorable
        Thomas S. Zilly, United States District Judge:
14
            (1)      The parties' stipulated motion, docket no. 264, is DENIED in part and
15      GRANTED in part.

16          (2)      The stipulated motion to withdraw as moot Plaintiffs' motions to seal,
        docket nos. 228 and 242, is DENIED.  Plaintiffs' motions to seal, docket nos. 228 and
17      242, are GRANTED as to the unredacted versions of Exhibit B to the Leonard
        Declaration, docket no. 230, and Exhibits 28 and 29 to the Beckett Declaration, docket
18      no. 243.  Defendant Transworld System Incorporated ("TSI") filed redacted versions of
        the documents, which are available for public view. *See* Docket Nos. 264-1, 264-2 &
19      264-3.

20          (3)      The stipulated motion to substitute the redacted versions of the documents
        for the unredacted versions is GRANTED in part because the Court cannot replace the
21      unredacted versions with the redacted ones supplied by TSI, and thus, the unredacted
        documents must remain under seal.

22

23

MINUTE ORDER - 1

1    (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

2

    Dated this 1st day of March, 2022.

3

4                                                    Ravi Subramanian
                                                     Clerk

5
                                                     s/Gail Glass
6                                                    Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER - 2