Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN; et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> TRANSWORLD SYSTEMS INCORPORATION; et. al., <br><br> DEFENDANTS. | **Case No.: 18-cv-1132-TSZ** <br><br> **STIPULATED MOTION AND ORDER CONTINUING DEADLINE FOR EXPERT WITNESS DISCLOSURES PURSUANT TO RULE 26(a)(2)** <br><br> **NOTED ON MOTION CALENDAR:** **March 2, 2022** |

## I.   STIPULATED MOTION

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiffs and Defendants hereby stipulate and jointly request that the Court enter an order continuing the deadline for the parties to make expert witness disclosures pursuant to Fed. R. Civ. P. 26(a)(2). In support of this motion, the parties stipulate as follows:

1.   On December 27, 2021, the Court set a deadline of March 3, 2022 for the disclosure of expert testimony under Rule 26(a)(2). Dkt #224.

2.   The parties have met and conferred and agree that the preparation of the experts'

STIPULATED MOTION AND ORDER
CONTINUING FED. R. CIV. P. 26(a)(2)
DISCLOSURE DEADLINE - 1
18-CV-1132-TSZ

LOCKE LORD LLP
200 VESEY STREET, 20TH FLOOR
NEW YORK, NEW YORK 10281
(212) 415-8600

reports and the parties' ability to have them provide fully developed opinions and information will be facilitated by a brief extension of the deadline for such disclosures from March 3, 2022 to and including March 14, 2022.

3. Rebuttal expert reports may be exchanged up to and including April 13, 2022, in accordance with Fed. R. Civ. P. 26(a)(2)(D)(ii).

4. By March 31, 2022, Defendants shall permit Plaintiffs, on date(s) agreeable to all parties, to complete the depositions of Defendants' experts whose opinions are provided in reports due by the amended disclosure date, March 14, 2022, and whose testimony will be used by Defendants to oppose Plaintiffs' pending Motion for Class Certification (Dkt. # 232).

5. All other deadlines set by the Court's orders will remain as scheduled.

STIPULATED this 2nd day of March, 2022.

*Attorneys for Plaintiffs:*

| LEONARD LAW | BERRY & BECKETT, PLLP |
|---|---|
| */s/ Sam Leonard* | */s/ Guy W. Beckett* |
| Sam Leonard, WSBA #46498 | Guy W. Beckett, WSBA #14939 |
| 3614 California Ave. SW, #151 | 1708 Bellevue Avenue |
| Seattle, WA 98116 | Seattle, WA 98122 |
| Telephone: (206) 486-1176 | Telephone: (206) 441-5444 |
| Facsimile: (206) 458-6028 | Facsimile: (206) 838-6346 |
| Email: sam@seattledebtdefense.com | Email: gbeckett@beckettlaw.com |
| HENRY & DeGRAAF, P.S. | NORTHWEST CONSUMER LAW CENTER |
| */s/ Christina L. Henry* | */s/ Amanda N. Martin* |
| Christina L. Henry, WSBA #31273 | Amanda N. Martin, WSBA #49581 |
| 119 – 1st Ave. S., Ste. 500 | 936 North 34th Street, Suite 300 |
| Seattle, WA 98104 | Seattle, WA 98103 |
| Telephone: (206) 330-0595 | Telephone: (206) 805-0989 |
| Facsimile: (206) 400-7609 | Facsimile: (206) 805-1716 |
| Email: chenry@HDM-legal.com | Email: Amanda@NWCLC.org |

*Attorneys for National Collegiate Student Loan Trust Defendants:*

STIPULATED MOTION AND ORDER
CONTINUING FED. R. CIV. P. 26(a)(2)
DISCLOSURE DEADLINE - 2
18-CV-1132-TSZ

LOCKE LORD LLP
200 VESEY STREET, 20TH FLOOR
NEW YORK, NEW YORK 10281
(212) 415-8600

| | |
|---|---|
| LOCKE LORD LLP | LOCKE LORD LLP |
| /s/ Gregory T. Casamento | /s/ J. Matthew Goodin |
| Gregory T. Casamento | J. Matthew Goodin |
| R. James DeRose, III | Pro Hac Vice |
| Pro Hac Vice | 111 S. Wacker Dr., Ste. 4100 |
| Brookfield Place | Chicago, IL 60606 |
| 200 Vesey St. 20th Flr. | Telephone: (312) 443-0472 |
| New York, NY 10281-2101 | Email: jmgoodin@lockelord.com |
| Email: gcasamento@lockelord.com | |
|         rderose@lockelord.com | |

FOSTER GARVEY PC

/s/ Tim J. Filer
Tim J. Filer, WSBA #16285
1111 Third Ave., Ste. 3000
Seattle, WA 98101
Telephone: (206) 447-4000
Email: tim.filer@foster.com

*Attorneys for Defendant Transworld Systems Inc.*

SESSIONS, ISRAEL & SHARTLE


/s/ Justin Homes
Justin Homes
Bryan C. Shartle
Pro Hac Vice
3850 N. Causeway Blvd., Ste. 200
Metairie, LA 70002-7227
Telephone: (504) 828-3700
Email: jhomes@sessions.legal
        bshartle@sessions.legal


*Attorneys for Defendants Patenaude & Felix, A.P.C., Matthew Cheung, and Cheung marital community:*

LEE SMART, P.S., INC.

/s/ Marc Rosenberg

STIPULATED MOTION AND ORDER
CONTINUING FED. R. CIV. P. 26(a)(2)
DISCLOSURE DEADLINE - 3
18-CV-1132-TSZ

LOCKE LORD LLP
200 VESEY STREET, 20TH FLOOR
NEW YORK, NEW YORK 10281
(212) 415-8600

Marc Rosenberg, WSBA #31034
1800 One Convention Place
701 Pike Street
Seattle, WA 98101-3929
Telephone: (206) 624-7900
Email: mr@leesmart.com

## II. ORDER

The Court, having considered the stipulated motion and being fully informed,

IT IS HEREBY ORDERED THAT:

1. The deadline for disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) is continued to March 14, 2022;

2. Rebuttal expert reports may be exchanged up to and including April 13, 2022, in accordance with Fed. R. Civ. P. 26(a)(2)(D)(ii); and

3. By March 31, 2022, Defendants shall permit Plaintiffs, on date(s) agreeable to all parties, to complete the depositions of Defendants' experts whose opinions are provided in reports due by the amended disclosure date, March 14, 2022, and whose testimony will be used by Defendants to oppose Plaintiffs' pending Motion for Class Certification. Dkt. # 232.

DATED this 3rd day of March, 2022.

Thomas S. Zilly
United States District Judge

Presented by:

*Attorneys for Plaintiffs:*

LEONARD LAW

/s/ Sam Leonard
Sam Leonard, WSBA #46498
3614 California Ave. SW, #151
Seattle, WA 98116

BERRY & BECKETT, PLLP

/s/ Guy W. Beckett
Guy W. Beckett, WSBA #14939
1708 Bellevue Avenue
Seattle, WA 98122

STIPULATED MOTION AND ORDER
CONTINUING FED. R. CIV. P. 26(a)(2)
DISCLOSURE DEADLINE - 4
18-CV-1132-TSZ

LOCKE LORD LLP
200 VESEY STREET, 20TH FLOOR
NEW YORK, NEW YORK 10281
(212) 415-8600

Telephone: (206) 486-1176  
Facsimile: (206) 458-6028  
Email: sam@seattledebtdefense.com

Telephone: (206) 441-5444  
Facsimile: (206) 838-6346  
Email: gbeckett@beckettlaw.com

HENRY & DeGRAAF, P.S.

/s/ Christina L. Henry  
Christina L. Henry, WSBA #31273  
119 – 1st Ave. S., Ste. 500  
Seattle, WA 98104  
Telephone: (206) 330-0595  
Facsimile: (206) 400-7609  
Email: chenry@HDM-legal.com

NORTHWEST CONSUMER LAW CENTER

/s/ Amanda N. Martin  
Amanda N. Martin, WSBA #49581  
936 North 34th Street, Suite 300  
Seattle, WA 98103  
Telephone: (206) 805-0989  
Facsimile: (206) 805-1716  
Email: Amanda@NWCLC.org

***Attorneys for National Collegiate Student Loan Trust Defendants:***

LOCKE LORD LLP

/s/ Gregory T. Casamento  
Gregory T. Casamento  
R. James DeRose, III  
Pro Hac Vice  
Brookfield Place  
200 Vesey St. 20th Flr.  
New York, NY 10281-2101  
Email: gcasamento@lockelord.com  
    rderose@lockelord.com

LOCKE LORD LLP

/s/ J. Matthew Goodin  
J. Matthew Goodin  
Pro Hac Vice  
111 S. Wacker Dr., Ste. 4100  
Chicago, IL 60606  
Telephone: (312) 443-0472  
Email: jmgoodin@lockelord.com

FOSTER GARVEY PC

/s/ Tim J. Filer  
Tim J. Filer, WSBA #16285  
1111 Third Ave., Ste. 3000  
Seattle, WA 98101  
Telephone: (206) 447-4000  
Email: tim.filer@foster.com

***Attorneys for Defendant Transworld Systems Inc.***

SESSIONS, ISRAEL & SHARTLE

/s/ Justin Homes  
Justin Homes

STIPULATED MOTION AND ORDER  
CONTINUING FED. R. CIV. P. 26(a)(2)  
DISCLOSURE DEADLINE - 5  
18-CV-1132-TSZ

LOCKE LORD LLP  
200 VESEY STREET, 20TH FLOOR  
NEW YORK, NEW YORK 10281  
(212) 415-8600

1 | Bryan C. Shartle
2 | Pro Hac Vice
  | 3850 N. Causeway Blvd., Ste. 200
3 | Metairie, LA 70002-7227
  | Telephone: (504) 828-3700
4 | Email: jhomes@sessions.legal
  |        bshartle@sessions.legal
5 |
6 |
7 | *Attorneys for Defendants Patenaude & Felix, A.P.C., Matthew Cheung, and Cheung marital community:*
8 | LEE SMART, P.S., INC.
9 |
  | /s/ Marc Rosenberg
10 | Marc Rosenberg, WSBA #31034
   | 1800 One Convention Place
11 | 701 Pike Street
12 | Seattle, WA 98101-3929
   | Telephone: (206) 624-7900
13 | Email: mr@leesmart.com

STIPULATED MOTION AND ORDER
CONTINUING FED. R. CIV. P. 26(a)(2)
DISCLOSURE DEADLINE - 6
18-CV-1132-TSZ

LOCKE LORD LLP
200 VESEY STREET, 20TH FLOOR
NEW YORK, NEW YORK 10281
(212) 415-8600