The Hon. Thomas S. Zilly

1

2

3

4

5

6

7        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
8                    AT SEATTLE

9   ESTHER HOFFMAN; SARAH DOUGLASS;
    ANTHONY KIM; and IL KIM and DARIA
10  KIM, husband and wife and the marital          Case No. C18-1132 TSZ
    community comprised thereof, on behalf of
11  themselves and on behalf of others similarly   STIPULATED MOTION AND
    situated,                                       ORDER CONTINUING DEADLINE
12                                                   FOR PLAINTIFFS' RESPONSE TO
                        Plaintiffs,                  MOTION FOR SUMMARY
13                                                   JUDGMENT AND CONCERNING
                                                     DISCOVERY AND RELATED
14        vs.                                        ISSUES

15  TRANSWORLD SYSTEMS
    INCORPORATED; PATENAUDE AND
16  FELIX, A.P.C.; MATTHEW CHEUNG, and the
    marital community comprised of MATTHEW
17  CHEUNG and JANE DOE CHEUNG; National
    Collegiate Student Loan Trust 2004-2; National
18  Collegiate Student Loan Trust 2005-2; National
    Collegiate Student Loan Trust 2005-3; National
19  Collegiate Student Loan Trust 2006-1; National
    Collegiate Student Loan Trust 2006-3; National
20  Collegiate Student Loan Trust 2007-4,
21
22                      Defendants.

23              **I.  STIPULATED MOTION**

24        Pursuant to LCR 7(d)(1) and 10(g), Plaintiffs and Defendants hereby submit this

25

26
    STIPULATED MOTION AND ORDER - 1
    (Case No. C18-1132 TSZ)

Berry&Beckett

1708 Bellevue Avenue
Seattle, WA  98122
(206) 441-5444 FAX (206) 838-6346

stipulated motion for entry of an order continuing the deadline for Plaintiffs to file their response to Transworld Systems Inc.'s ("TSI's") Motion for Summary Judgment and concerning discovery issues and related deadlines. In support of this motion, the parties stipulate and submit the following to the Court:

1.      On July 20, 2021, the Court granted TSI's motion for protective order (Dkt. #191).  Subsequently, on February 8, 2022, the Court granted in part and denied in part Plaintiffs' Motion to Compel Testimony (Dkt. #258).

2.      On March 8, 2022, Plaintiffs resumed their deposition of TSI's Fed. R. Civ. P. 30(b)(6) designated representative ("Designated Representative"). During the deposition, the Parties disputed the scope of the Court's February 8, 2022 Order, (Dkt. #258), and the witness was instructed not to answer based on privilege as to some subjects inquired into by Plaintiffs.

3.      The Plaintiffs intend to file a motion for a Court order concerning the instructions to the Designated Representative to not answer the questions and will seek, *inter alia,* an order requiring the Designated Representative to answer those questions.

4.      Following the Court's February 8, 2022 Order (Dkt. #258), TSI agreed to make its employee, Jonathan Boyd, available for further deposition. Mr. Boyd's resumed deposition was scheduled to occur on March 10, 2022. In view of Plaintiff's intent to file a motion related to the Designated Representative's continuation deposition, Plaintiffs requested and TSI agreed that the issues should be resolved by the Court prior to Mr. Boyd's resumed deposition.

5.      On February 10, 2022, the Court entered an Order re-noting to April 15, 2022, TSI's Motion for Summary Judgment (Dkt. #161), and requiring Plaintiffs' response to the motion to be filed by March 18, 2022.

STIPULATED MOTION AND ORDER - 2
(Case No. C18-1132 TSZ)



6.     The Court's February 10, 2022 Order also re-noted to April 15, 2022 Plaintiffs' Motion for Class Certification.

7.     Any motion concerning the instructions to the Designated Representative to not answer questions at the March 8, 2022 deposition should be filed by March 17, 2022, and noted for consideration on April 1, 2022.

8.     The Parties stipulate and agree, subject to Court approval, that the current filing deadlines and noting dates for TSI's Motion for Summary Judgment (Dkt. 161) and responses thereto, and Plaintiffs' Motion for Class Certification (Dkt. 232) and responses thereto are stayed until further Order of the Court.

9.     Within five (5) days of the Court's decision on any motion concerning the scope of the Designated Representative's required testimony, the parties shall meet and confer and attempt to agree on new filing deadline and noting dates for TSI's Motion for Summary Judgment (Dkt. #161) and responses thereto on a schedule similar to the current briefing schedule and Plaintiffs' Motion for Class Certification (Dkt. #232) and responses thereto on a schedule similar to the current briefing schedule; for the completion of Jonathan Boyd's deposition and, if required by the Court's decision, the continuation of the Designated Representative's deposition. In the event the parties cannot agree on any such dates, the Plaintiffs and Defendants shall each submit their proposals for such dates to the Court within eight (8) days of the Court's decision on Plaintiffs' motion.

10.     All other case deadlines imposed by previous orders shall remain in full force and effect.

SO STIPULATED THIS 13 day of March, 2022.

STIPULATED MOTION AND ORDER - 3
(Case No. C18-1132 TSZ)



1708 Bellevue Avenue
Seattle, WA  98122
(206) 441-5444 FAX (206) 838-6346

*Attorneys for Plaintiffs*:

LEONARD LAW, PLLC

 */s/ Sam Leonard*
Sam Leonard, WSBA #46498
3614 California Ave. SW, #151
Seattle, WA  98116
Telephone:  (206) 486-1176
Email:  sam@seattledebtdefense.com

BERRY & BECKETT, PLLP

 */s/ Guy Beckett*
Guy W. Beckett, WSBA #14939
1708 Bellevue Avenue
Seattle, WA  98122
Telephone:  (206) 441-5444
Email:  gbeckett@beckettlaw.com

HENRY & DeGRAAFF, P.S.

 */s/ Christina Henry*
Christina L. Henry, WSBA #31273
119 – 1st Ave. S., Ste. 500
Seattle, WA  98104
Telephone:  (206) 330-0595
Email:  chenry@HDM-legal.com

NORTHWEST CONSUMER LAW CENTER

*/s/ Amanda Martin*
Amanda N. Martin, WSBA #49581
936 North 34th Street, Suite 300
Seattle, WA 98103
Telephone:  (206) 805-0989
Email:  Amanda@NWCLC.org

**Attorneys for Patenaude and Felix, A.P.C., and Matthew Cheung:**

LEE SMART, P.S., INC.

*/s/ Marc Rosenberg*
Marc Rosenberg, WSBA No. 31034
1800 One Convention Place
701 Pike St.
Seattle, WA 98101-3929
Telephone: (206) 624-7990
Email: mr@leesmart.com

STIPULATED MOTION AND ORDER - 4
(Case No. C18-1132 TSZ)

*Attorneys for National Collegiate Student Loan Trust Defendants:*

1

2

LOCKE LORD LLP                          LOCKE LORD LLP

3

*/s/ Gregory Casamento*                  */s/ J. Matthew Goodin*
Gregory T. Casamento                     J. Matthew Goodin

4

R. James DeRose, III                     Pro Hac Vice
Andrew Braunstein                        111 S. Wacker Dr., Ste. 4100

5

Pro Hac Vice                             Chicago, IL  60606
Brookfield Place                         Telephone: (312) 443-0472

6

200 Vesey St., 20th Floor                Email: jmgoodin@lockelord.com
New York, NY  10281-2101

7

Email:  gcasamento@lockelord.com
            rderose@lockelord.com

8

            andrewbraunstein@lockelord.com

9

FOSTER GARVEY PC

10

*/s/ Timothy Filer*

11

Timothy J. Filer, WSBA #16285
1111 Third Ave., Ste. 3000

12

Seattle, WA  98101
Telephone:  (206) 447-4000

13

14

*Attorneys for Defendant Transworld Systems Inc.*

15

SESSIONS, ISRAEL & SHARTLE            SESSIONS, ISRAEL & SHARTLE

16

*/s/ Justin Homes*                       */s/ James Schultz*
Justin Homes                             James K. Schultz

17

Bryan C. Shartle                         Pro Hac Vice
Pro Hac Vice                             1545 Hotel Circle S., Ste. 150

18

3850 N. Causeway Blvd., Ste. 200         San Diego, CA  92108
Metairie, LA  70002-7227                 Telephone: (619) 758-1891

19

Telephone: (504) 828-3700                Email: jschultz@sessions.legal

20

Email:  jhomes@sessions.legal
            bshartle@sessions.legal

21

22

23

24

25

26

STIPULATED MOTION AND ORDER - 5
(Case No. C18-1132 TSZ)

Berry&Beckett
1708 Bellevue Avenue
Seattle, WA  98122
(206) 441-5444 FAX (206) 838-6346

WILLIAMS KASTNER & GIBBS, PLLC

1

*/s/ Ryan Vollans*
Ryan W. Vollans, WSBA #45302

2

601 Union St., Ste. 4100

3

Seattle, WA  98101-2380
Telephone: (206) 628-6600

4

Email: rvollans@willliamskastner.com

5

## II.  ORDER

6

The Court having considered the foregoing stipulated motion, and finding that good

7
8

cause has been shown for the requested relief, now therefore, it is hereby

9

ORDERED as follows:

10

1.      Any motion concerning the scope of any continuation deposition of TSI's

11

Designated Representative should be filed by March 17, 2022, and noted for consideration on

12

April 1, 2022.

13
14

2.      The filing deadline and noting dates for TSI's Motion for Summary Judgment

15

(Dkt. #161) and responses thereto, Plaintiffs' Motion for Class Certification (Dkt. #232) and

16

responses thereto are STRICKEN until further Order of the Court.

17

3.      Within five (5) days of the Court's decision on any motion concerning the

18

continuation deposition of TSI's Designated Representative, the parties shall meet and confer to

19

agree on a new filing deadline and noting dates for TSI's Motion for Summary Judgment (Dkt.

20

#161) and responses thereto, and Plaintiffs' Motion for Class Certification (Dkt. #232) and

21

responses thereto; for the completion of Jonathan Boyd's deposition and, if required by the

22

Court's decision, the continuation of TSI's Designated Representative's deposition. In the event

23
24

the parties cannot agree on any such dates, the Plaintiffs and Defendants shall each submit their

25

proposals for such dates to the Court within eight (8) days of the Court's decision.

26

STIPULATED MOTION AND ORDER - 6
(Case No. C18-1132 TSZ)

Berry & Beckett

4.      All other case deadlines imposed by previous orders shall remain in full force and effect.

DONE THIS 14th day of March 2022.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION AND ORDER - 7
(Case No. C18-1132 TSZ)

Berry&Beckett
1708 Bellevue Avenue
Seattle, WA  98122
(206) 441-5444 FAX (206) 838-6346