Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ESTHER HOFFMAN; et al.,

                PLAINTIFFS,

v.

TRANSWORLD SYSTEMS INCORPORATION; et. al.,

                DEFENDANTS.

Case No.: 18-cv-1132-TSZ

**STIPULATED MOTION AND ORDER CONTINUING DEADLINES FOR THE PARTIES TO FILE DISPOSITIVE MOTIONS AND EXPERT WITNESS MOTIONS**

### I. STIPULATED MOTION

1. Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiffs and Defendants hereby respectfully submit this stipulated motion for entry of an order (a) continuing the deadlines for the parties to file and brief dispositive motions for summary judgment and motions related to expert witnesses, and (b) allowing the parties to conduct certain depositions after the close of discovery as described below.

2. Plaintiffs have two pending motions seeking discovery from TSI. One was noted

STIPULATED MOTION AND ORDER
CONTINUING DEADLINES

18-CV-1132-TSZ
126350759V.1

LOCKE LORD LLP
200 VESEY STREET, 20TH FLOOR
NEW YORK, NEW YORK 10281
(212) 415-8600

- 1 -

for April 4, 2022. (Dkt. 271) and the other for April 22, 2022 (Dkt. 276) (together, the "Discovery Motions"). Once the Court decides the pending Discovery Motions, and if either of the Motions are granted and additional discovery is ordered, additional time may be needed thereafter to complete this discovery.

3. On March 13, 2022, the parties stipulated, and on March 14, 2022, the Court ordered, that in light of the Discovery Motions, "[w]ithin five (5) days of the Court's decision on any motion concerning the scope of [TSI's] Designated Representative's required testimony, the parties shall meet and confer and attempt to agree on new filing deadline and noting dates for TSI's Motion for Summary Judgment (Dkt. 161) and responses thereto on a schedule similar to the current briefing schedule and Plaintiffs' Motion for Class Certification (Dkt. 232) and responses thereto on a schedule similar to the current briefing schedule …." Dkt. 268, ¶ 9.

4. The operative Order Setting Trial and Related Dates (Dkt. 146) set a May 5, 2022 deadline for dispositive motions to be filed and May 12, 2022 deadline for all motions related to expert witnesses to be filed.

5. Because additional motions for summary judgment and motions related to expert witnesses cannot be briefed and noted by most parties until after depositions of expert witnesses are completed, and because depositions of expert witnesses cannot be taken until after the Court decides the pending Discovery Motions (*see* Dkt. 268), the parties have met and conferred and believe that it is in their best interest, and respectfully submit that it is in the Court's interest as well, to stay the current deadlines for filing dispositive motions (currently May 5) and motions related to expert witnesses (currently May 12) until further order of the Court. This will allow the Court sufficient time to decide the pending Discovery Motions before motions for summary

STIPULATED MOTION AND ORDER
CONTINUING DEADLINES

18-CV-1132-TSZ
126350759V.1

LOCKE LORD LLP
200 VESEY STREET, 20TH FLOOR
NEW YORK, NEW YORK 10281
(212) 415-8600

- 2 -

judgment and motions related to expert witnesses are required to be briefed and noted. The parties also request leave to depose the Fed. R. Civ. P. 30(b)(6) designees of two non-parties, Boston Portfolio Advisers, Inc. ("BPA") and Pennsylvania Higher Education Assistance Agency ("PHEAA"). BPA was slow in responding to Plaintiffs' Subpoena for records and the parties agree that good cause exists to depose both BPA and PHEAA.

6.      "The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (quoting Fed. R. Civ. P. 16 advisory committee's notes). A schedule may be modified only for good cause. Fed. R. Civ. P. 16(b)(4); LCR 16(b)(5). When determining whether a party has demonstrated good cause, the court "primarily considers the diligence of the part[ies] seeking the amendment." *Johnson*, 975 F.2d at 609. Here, the parties have been diligent in working towards completing discovery before the expiration of the Scheduling Order's deadline of April 18, 2022. Even though this case is a putative class action with six named Plaintiffs, eight defendants, and numerous complicated and sensitive discovery issues, the parties have successfully cooperated and significantly completed fact and class discovery, and have served expert disclosures under Fed. R. Civ. P. 26. The parties are not requesting additional time to complete discovery at this time <u>except</u> for additional time to take the depositions of (1) the parties' designated expert witnesses; (2) the Fed. R. Civ. P. 30(b)(6) designated representative of subpoenaed non-party Boston Portfolio Advisers, Inc.; and (3) the Fed. R. Civ. P. 30(b)(6) designated representative of non-party Pennsylvania Higher Education Assistance Agency.

7.      The parties are requesting a continuance because of the uncertainty created by the

STIPULATED MOTION AND ORDER
CONTINUING DEADLINES

18-CV-1132-TSZ
126350759V.1

LOCKE LORD LLP
200 VESEY STREET, 20TH FLOOR
NEW YORK, NEW YORK 10281
(212) 415-8600

- 3 -

pending Discovery Motions. Specifically, Plaintiffs believe that it is necessary for the Discovery Motions to be resolved and additional discovery directed by the Court's decisions on the Discovery Motions, if any, be completed in order to finish briefing for most dispositive motions, and motions related to expert witnesses. The parties each believe that it is appropriate and that there is good cause to continue these deadlines until after resolution of the Discovery Motions.

8. The parties therefore stipulate and agree, and respectfully request, that the current deadlines for filing dispositive motions and motions related to expert witnesses be stayed until further order of the Court. Within five (5) days of the Court's decision on the Discovery Motions, the parties will meet and confer and attempt to agree on new filing and noting deadlines for these motions and, if necessary, a comprehensive new schedule that accounts for the continued deadlines to file these motions, as well as the continued noting dates for TSI's Motion for Summary Judgment (Dkt. 161) and Plaintiffs' Motion for Class Certification (Dkt. 232), which were previously stayed until further order by the Court's March 14, 2022 Order (Dkt. 268). If the parties cannot agree, the parties shall submit their proposals for a revised schedule to the Court within eight (8) days of the Court's decision on the Discovery Motions.

9. The next deadline in the current Scheduling Order which the parties are requesting to continue is the May 5, 2022 deadline for filing of dispositive motions. The Scheduling Order currently sets a trial date of October 3, 2022. Accordingly, the instant joint motion complies with LCR 7(j) which instructs that "[a] motion for relief from a deadline should, whenever possible, be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline."

10. The parties agree that all preexisting deadlines that have passed are not to be

| STIPULATED MOTION AND ORDER | LOCKE LORD LLP |
| CONTINUING DEADLINES | 200 VESEY STREET, 20TH FLOOR |
|  | NEW YORK, NEW YORK 10281 |
| 18-CV-1132-TSZ | (212) 415-8600 |
| 126350759V.1 | |

continued or resurrected at this time, except as contemplated herein.

11.　　The parties agree that this stipulation does not affect the filing or noting date of the pending dispositive motion filed by defendants Matthew Cheung or Patenaude and Felix, APC, (Dkt. 284), or address any party's position on such motion.

STIPULATED this 2nd day of May, 2022.

*Attorneys for Plaintiffs:*

| LEONARD LAW | BERRY & BECKETT, PLLP |
|---|---|
| /s/ Sam Leonard | /s/ Guy W. Beckett |
| Sam Leonard, WSBA #46498 | Guy W. Beckett, WSBA #14939 |
| 3614 California Ave. SW, #151 | 1708 Bellevue Avenue |
| Seattle, WA 98116 | Seattle, WA 98122 |
| Telephone: (206) 486-1176 | Telephone: (206) 441-5444 |
| Facsimile: (206) 458-6028 | Facsimile: (206) 838-6346 |
| Email: sam@seattledebtdefense.com | Email: gbeckett@beckettlaw.com |
| HENRY & DeGRAAF, P.S. | NORTHWEST CONSUMER LAW CENTER |
| /s/ Christina L. Henry | /s/ Amanda N. Martin |
| Christina L. Henry, WSBA #31273 | Amanda N. Martin, WSBA #49581 |
| 119 – 1st Ave. S., Ste. 500 | 936 North 34th Street, Suite 300 |
| Seattle, WA 98104 | Seattle, WA 98103 |
| Telephone: (206) 330-0595 | Telephone: (206) 805-0989 |
| Facsimile: (206) 400-7609 | Facsimile: (206) 805-1716 |
| Email: chenry@HDM-legal.com | Email: Amanda@NWCLC.org |

*Attorneys for National Collegiate Student Loan Trust Defendants:*

| LOCKE LORD LLP | LOCKE LORD LLP |
|---|---|
| /s/ Gregory T. Casamento | /s/ J. Matthew Goodin |
| Gregory T. Casamento | J. Matthew Goodin |
| R. James DeRose, III | Pro Hac Vice |
| Pro Hac Vice | 111 S. Wacker Dr., Ste. 4100 |
| Brookfield Place | Chicago, IL 60606 |
| 200 Vesey St. 20th Flr. | Telephone: (312) 443-0472 |

STIPULATED MOTION AND ORDER
CONTINUING DEADLINES

18-CV-1132-TSZ
126350759V.1

LOCKE LORD LLP
200 VESEY STREET, 20TH FLOOR
NEW YORK, NEW YORK 10281
(212) 415-8600

New York, NY  10281-2101             Email:  jmgoodin@lockelord.com
Email:  gcasamento@lockelord.com
           rderose@lockelord.com

FOSTER GARVEY PC

 /s/ Tim J. Filer
Tim J. Filer, WSBA #16285
1111 Third Ave., Ste. 3000
Seattle, WA  98101
Telephone:  (206) 447-4000
Email:  tim.filer@foster.com

**Attorneys for Defendant Transworld Systems Inc.**

SESSIONS, ISRAEL & SHARTLE


 /s/ Justin Homes
Justin Homes
Bryan C. Shartle
Pro Hac Vice
3850 N. Causeway Blvd., Ste. 200
Metairie, LA  70002-7227
Telephone:  (504) 828-3700
Email:  jhomes@sessions.legal
           bshartle@sessions.legal


**Attorneys for Defendants Patenaude & Felix, A.P.C., Matthew Cheung, and Cheung marital community:**

LEE SMART, P.S., INC.

  /s/ Marc Rosenberg
Marc Rosenberg, WSBA #31034
1800 One Convention Place
701 Pike Street
Seattle, WA  98101-3929
Telephone:  (206) 624-7900
Email:  mr@leesmart.com

STIPULATED MOTION AND ORDER                         LOCKE LORD LLP
CONTINUING DEADLINES                                200 VESEY STREET, 20TH FLOOR
                                                    NEW YORK, NEW YORK 10281
18-CV-1132-TSZ                                             (212) 415-8600
126350759V.1

## II.   ORDER

The Court having considered the foregoing stipulated motion, and finding that good cause has been shown for the requested relief, now therefore, it is hereby

ORDERED, as follows:

1. The current deadlines for the parties to file dispositive motions for summary judgment and motions related to expert witnesses as set forth in the Court's Order Setting Trial and Related Dates (Dkt. 146) are hereby stayed until further order of the Court.

2. Within five (5) days of the Court's decision on Plaintiffs' motions seeking discovery from TSI that are pending before the Court (Dkt. 271, 276) (together, the "Discovery Motions"), the parties shall meet and confer and attempt to agree on new filing and noting deadlines for dispositive motions for summary judgment and motions related to expert witnesses and, if necessary, a comprehensive new schedule that accounts for the continued deadlines to file these motions, as well as the continued noting dates for TSI's Motion for Summary Judgment (Dkt. 161) and Plaintiffs' Motion for Class Certification (Dkt. 232), which were stayed until further order by the Court's March 14, 2022 Order (Dkt. 268). If the parties cannot agree, the parties shall submit their proposals for a revised schedule to the Court within eight (8) days of the Court's decision on the Discovery Motions.

3. The parties are granted leave to take the depositions of expert witnesses designated under Fed. R. Civ. P. 26(a)(2), within 30 days of the Court's decision on the pending Discovery Motions.

STIPULATED MOTION AND ORDER
CONTINUING DEADLINES

18-CV-1132-TSZ
126350759V.1

LOCKE LORD LLP
200 VESEY STREET, 20TH FLOOR
NEW YORK, NEW YORK 10281
(212) 415-8600

- 7 -

4.  The parties are granted leave to take the deposition of the Fed. R. Civ. P. 30(b)(6) designated representative of subpoenaed non-party Boston Portfolio Advisers, Inc. ("BPA"), within 30 days of the Court's decision on the pending Discovery Motions.

5.  The parties are granted leave to take the deposition of the Fed. R. Civ. P. 30(b)(6) designated representative of non-party Pennsylvania Higher Education Assistance Agency, concerning the documents produced by BPA and BPA's testimony, if any, within 30 days of the Court's decision on the pending Discovery Motions.

6.  This order does not affect the filing or noting date of the pending dispositive motion filed by defendants Matthew Cheung or Patenaude and Felix, APC (Dkt. 284).

7.  No other deadlines that have previously passed shall be resurrected at this time.

DONE THIS 3rd day of May, 2022.

_____
Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER
CONTINUING DEADLINES

18-CV-1132-TSZ
126350759V.1

LOCKE LORD LLP
200 VESEY STREET, 20TH FLOOR
NEW YORK, NEW YORK 10281
(212) 415-8600

- 8 -