UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>TRANSWORLD SYSTEMS INCORPORATED, et al.,<br><br>        Defendants. | C18-1132 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motion for summary judgment filed by Defendants Matthew Cheung and Patenaude & Felix, A.P.C., docket no. 284, is RENOTED to May 27, 2022, to allow the Court time to rule on Plaintiffs' motion, docket no. 297, to continue or stay consideration of the above-referenced motion for summary judgment.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of May, 2022.

                                                    Ravi Subramanian
                                                    Clerk

                                                    s/Gail Glass
                                                    Deputy Clerk

MINUTE ORDER - 1