1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

12

ESTHER HOFFMAN, et al.,

Plaintiffs,

v.

TRANSWORLD SYSTEMS
INCORPORATED, et al.,

Defendants.

C18-1132 TSZ

MINUTE ORDER

13    The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

14

15    (1)    Plaintiffs' motion, docket no. 297, to continue consideration of the motion
for summary judgment filed by Defendants Matthew Cheung and Patenaude & Felix,
A.P.C. is DENIED.

16

17    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

18    Dated this 18th day of May, 2022.

19                                         Ravi Subramanian
                                           Clerk

20

21                                         s/Gail Glass
                                           Deputy Clerk

22

23

MINUTE ORDER - 1