UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTHER HOFFMAN, et al.,

            Plaintiffs,

  v.

TRANSWORLD SYSTEMS INCORPORATED, et al.,

            Defendants.

C18-1132 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion for class certification, docket no. 232, is RENOTED to September 2, 2022.

(2) The Court GRANTS as follows the parties' stipulated motion to continue the trial date and related deadlines, docket no. 313, and issues the following amended schedule:

| | | |
|---|---|---|
| **JURY TRIAL** set for | **9:00 AM on** | **April 3, 2023** |
| Motions related to expert witnesses (e.g., Daubert motion) due by and noted on the motions calendar for September 2, 2022 | | July 21, 2022 |
| Responses to expert-related motions due by | | August 15, 2022 |
| Replies in support of expert-related motions due by | | September 2, 2022 |
| Responses to Plaintiffs' motion for class certification due by | | August 8, 2022 |

MINUTE ORDER - 1

| | | |
|---|---|---|
| Reply in support of Plaintiffs' motion for class certification due by | | September 2, 2022 |
| Dispositive motions (which have not yet been filed) due by and noted on the motions calendar for September 2, 2022 | | July 21, 2022 |
| Responses to dispositive motions due by | | August 22, 2022 |
| Replies in support of dispositive motions due by | | September 2, 2022 |
| Mediation per LCR 39.1(c) held no later than | | January 30, 2023 |
| Letter of compliance per LCR 39.1(c) filed by | | February 6, 2023 |
| Motions in Limine due by and noted on the motions calendar no later than the Friday before the Pretrial Conference (see LCR 7(d)(4)) | | February 17, 2023 |
| Pretrial Order due[1] by | | March 17, 2023 |
| Trial Briefs to be submitted by | | March 17, 2023 |
| Proposed Voir Dire/Jury Instructions due by | | March 17, 2023 |
| Pretrial Conference set for | **10:00 AM on** | March 24, 2023 |

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed,"

---

[1] For further details concerning the Pretrial Order and the exhibit list contained therein, refer to the Minute Order Setting Trial and Related Dates entered on April 14, 2021, docket no. 146.

MINUTE ORDER - 2

and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

(3)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of May, 2022.

                                        Ravi Subramanian
                                        Clerk

                                        s/Gail Glass
                                        Deputy Clerk