The Hon. Thomas Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTHER HOFFMAN, et al.,

                Plaintiffs,

v.

TRANSWORLD SYSTEMS INCORPORATED, et al.,

                Defendants.

Case No.:  2:18-CV-01132 TSZ

PLAINTIFFS' MOTION TO CONTINUE DEADLINE TO CONDUCT DEPOSITIONS

NOTED ON MOTION CALENDAR:
June 24, 2022

## I. INTRODUCTION AND RELIEF REQUESTED

On May 3, 2022, the Court entered an Order Continuing Deadlines, Dkt. #295, in which it authorized the parties to conduct the depositions of the Fed. R. Civ. P. 30(b)(6) witnesses for non-parties Boston Portfolio Advisers, Inc. ("BPA") and Pennsylvania Higher Education Assistance Agency ("PHEAA") within thirty (30) days of the Court's decisions on Plaintiffs' discovery motions pending at that time. On May 20, 2022, the Court entered its Order on the discovery motions. Dkt. #307.

The Plaintiffs scheduled the deposition of BPA's Fed. R. Civ. P. 30(b)(6) designated witness for June 16, 2022, within the thirty-day period authorized by the May 3, 2022 Order.

PLAINTIFFS' MOTION TO
CONTINUE DEADLINE TO
CONDUCT DEPOSITIONS - 1
(Case No. 2:18-cv-01132 TSZ)

Berry&Beckett
PLLC
1708 Bellevue Avenue
Seattle, WA  98122
(206) 441-5444 FAX (206) 838-6346

Unfortunately, BPA's designated representative is currently on medical leave and unable to be deposed. Accordingly, Plaintiffs request the Court to extend the deadline for the parties to conduct the depositions of the Rule 30(b)(6) representatives for BPA and PHEAA for an additional forty-five (45) days, to August 3, 2022, to enable the parties to conduct the authorized depositions.

## II. FACTS

On May 3, 2022, the Court granted the parties' stipulated motion, and entered an order authorizing the parties to conduct the depositions of the Fed. R. Civ. P. 30(b)(6) designated representatives of non-parties BPA and PHEAA. Dkt. #295. The Court's Order provides:

> 4. The parties are granted leave to take the deposition of the Fed. R. Civ. P. 30(b)(6) designated representative of subpoenaed non-party Boston Portfolio Advisers, Inc. ("BPA") within 30 days of the Court's decision on the pending Discovery Motions.[1]
>
> 5. The parties are granted leave to take the deposition of the Fed. R. Civ. P. 30(b)(6) designated representative of non-party Pennsylvania Higher Education Assistance Agency concerning the documents produced by BPA and BPA's testimony, if any, within 30 days of the Court's decision on the pending Discovery Motions.

*Id.* at 8.

The Court entered its order on the then-pending discovery motions on May 20, 2022. Dkt. #307. The Plaintiffs noticed the deposition of BPA's Fed. R. Civ. P. 30(b)(6) witness for June 16, 2022—within the thirty-day period provided by Dkt. #295—and served a Subpoena on BPA's Registered Agent in Boca Raton, Florida to compel the witness's attendance at the

---

[1] The Stipulated Motion and Order Continuing Deadlines defined the "Discovery Orders" as Dkt. #s 271 and 276, respectively the Plaintiffs' Motion for Sanctions Against Transworld Systems Inc. for Violation of Discovery Order and Plaintiffs' Motion to Compel Discovery.

PLAINTIFFS' MOTION TO
CONTINUE DEADLINE TO
CONDUCT DEPOSITIONS - 2
(Case No. 2:18-cv-01132 TSZ)

Berry&Beckett
PLLP
1708 Bellevue Avenue
Seattle, WA 98122
(206) 441-5444 FAX (206) 838-6346

deposition. Declaration of Guy W. Beckett in Support of Plaintiffs' Motion to Continue Deadline to Conduct Depositions ("Beckett Decl.") at 1-2 and Ex's 1, 2, 3 & 4.

Following service of the Subpoena on BPA, BPA served an objection to the Subpoena. *Id.* at 2 and Ex. 5. The Plaintiffs and BPA have resolved the objection and arrangements have been made for the deposition to occur, but BPA's designated representative is currently on medical leave recuperating from a recent surgery. Beckett Decl. at 2 and Ex. 6. BPA's attorney expects the witness to be able to sit for his deposition sometime at "the end of July" 2022. *Id.*

BPA has information relevant to this action and the parties should be permitted to conduct the deposition of its Rule 30(b)(6) witness. Also, because the Court previously authorized the parties to conduct the deposition of PHEAA's designated representative *after* the completion of BPA's deposition "concerning the documents produced by BPA and BPA's testimony, if any," the Court should also permit the parties to conduct the deposition of PHEAA's Rule 30(b)(6) witness. Accordingly, the Plaintiffs respectfully request the Court to extend the deadline for the parties to conduct the depositions of BPA's and PHEAA's Rule 30(b)(6)'s designated representatives for forty-five (45) days, to August 3, 2022.

DATED: June 16, 2022.

*Attorneys for Plaintiffs*:

LEONARD LAW, PLLC

 /s/ Sam Leonard
Sam Leonard, WSBA #46498
6040 California Ave., Ste. C
Seattle, WA 98116
Telephone: (206) 486-1176
Facsimile: (206) 458-6028
E-mail: sam@seattledebtdefense.com

BERRY & BECKETT, PLLP

 /s/ Guy Beckett
Guy W. Beckett, WSBA #14939
1708 Bellevue Avenue
Seattle, WA 98122
Telephone: (206) 441-5444
Facsimile: (206) 838-6346
E-mail: gbeckett@beckettlaw.com

PLAINTIFFS' MOTION TO
CONTINUE DEADLINE TO
CONDUCT DEPOSITIONS - 3
(Case No. 2:18-cv-01132 TSZ)



1708 Bellevue Avenue
Seattle, WA 98122
(206) 441-5444 FAX (206) 838-6346

| | | |
|---|---|---|
| 1 | HENRY & DeGRAAFF, P.S. | NORTHWEST CONSUMER LAW CENTER |
| 2 | */s/ Christina Henry* | */s/ Amanda Martin* |

1  HENRY & DeGRAAFF, P.S.            NORTHWEST CONSUMER LAW CENTER

2   */s/ Christina Henry*              */s/ Amanda Martin*
   Christina L. Henry, WSBA #31273    Amanda N. Martin, WSBA #49581
3  119-1st Ave S, Ste 500             936 North 34th Street, Suite 300
   Seattle, WA 98104                  Seattle, WA 98103
4  Telephone: (206) 330-0595          Telephone: (206) 805-0989
5  Facsimile: (206) 400-7609          Facsimile: (206) 805-1716
   E-mail: chenry@HDM-legal.com       E-mail: Amanda@NWCLC.org

PLAINTIFFS' MOTION TO
CONTINUE DEADLINE TO
CONDUCT DEPOSITIONS - 4
(Case No. 2:18-cv-01132 TSZ)



Berry & Beckett
PLLP
1708 Bellevue Avenue
Seattle, WA 98122
(206) 441-5444 FAX (206) 838-6346