UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTHER HOFFMAN, et al.,

        Plaintiffs,

v.

TRANSWORLD SYSTEMS INCORPORATED, et al.,

        Defendants.

C18-1132 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties' stipulated motion to extend, docket no. 325, is GRANTED.

    a.    Plaintiffs' deadline to complete the continuation deposition of Transworld Systems Incorporated ("TSI") is EXTENDED to June 23, 2022.

    b.    Defendants' deadline to complete the deposition of Plaintiffs' expert Mike Andrew is EXTENDED to June 24, 2022.

    c.    The deadline to complete any deposition of Boston Portfolio Advisers, Inc. ("BPA") is EXTENDED to July 29, 2022.

(2)    The Court issues the following amended schedule:

| | |
|---|---|
| Dispositive motions (which have not yet been filed, and excepting TSI) due by and noted on the motions calendar for November 4, 2022 | September 8, 2022 |

MINUTE ORDER - 1

|  |  |
|---|---|
| Responses to dispositive motions (excepting TSI) due by | October 10, 2022 |
| TSI's dispositive motion due by and noted on the motions calendar for November 4, 2022 | September 15, 2022 |
| Responses to TSI's dispositive motion and TSI's response to any dispositive motion due by | October 17, 2022 |
| Replies in support of any dispositive motions due by | November 4, 2022 |

(3) Plaintiffs' motion for class certification, docket no. 232, is RENOTED to November 4, 2022.

(4) Plaintiffs' motion to continue deadlines, docket no. 323, is STRICKEN as moot.

(5) Except as specifically provided herein, all other deadlines imposed by previous orders shall remain in full force and effect.

(6) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of June, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2