1

2

3                      UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
4                              AT SEATTLE

5    ESTHER HOFFMAN, et al.,

6                         Plaintiffs,

7          v.                                    C18-1132 TSZ

8    TRANSWORLD SYSTEMS                           MINUTE ORDER
     INCORPORATED, et al.,
9
                          Defendants.
10

11         The following Minute Order is made by direction of the Court, the Honorable
     Thomas S. Zilly, United States District Judge:

12         (1)     The deferred portion of Plaintiffs' motion to compel discovery, docket
13   no. 276, is DENIED.  In its response to RFP No. 50, defendant Transworld Systems
     Incorporated ("TSI") identified four (4) letters that it withheld from production on the
14   grounds that the documents constitute privileged attorney-client communications.  The
     Court directed TSI to provide the documents for *in camera* review.  Minute Order at 3–4
15   (docket no. 307).  Having reviewed the documents *in camera*, the Court is persuaded that
     they were properly withheld.

16         (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
17   record.

           Dated this 18th day of August, 2022.
18

19                                               Ravi Subramanian
                                                 Clerk
20
                                                 s/Gail Glass
21                                               Deputy Clerk

22

23

MINUTE ORDER - 1