UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTHER HOFFMAN, et al.,

        Plaintiffs,

v.

TRANSWORLD SYSTEMS INCORPORATED, et al.,

        Defendants.

C18-1132 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Clerk is DIRECTED to seal docket nos. 16-1, 16-2, 16-3, 161-4, 161-5, 164-1, 171-1, 227-1, 238-3, 238-4, 238-5, 238-6, 238-7, 238-8, 238-9, 238-10, 277, 286, 309-5, 342-9, 342-10, 342-11, and 342-15.  These documents, which were filed by the parties in the public docket, contain the last four digits of Plaintiffs' social security numbers.[1]  Pursuant to LCR 5.2(a), social security numbers must be redacted in their entirety.

(2) The parties are DIRECTED to comply with LCR 5.2(a) for all future filings.  If the last four digits of a plaintiff's social security number is required to identify a particular student loan at issue in this action, the parties shall file any documents containing that personal data identifier under seal.

---

[1] Although the documents are now sealed, many were available for public view for a sufficient time that they might have been uploaded by private websites unrelated to and outside the control of the Court, and might now be available to the public for a fee.  *See* www.pacermonitor.com; www.law360.com.

MINUTE ORDER - 1

(3)     The Clerk is further directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of August, 2022.

                                        Ravi Subramanian
                                        Clerk

                                        s/Gail Glass
                                        Deputy Clerk