UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRANSWORLD SYSTEMS INCORPORATED, et al., <br><br> Defendants. | C18-1132 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Plaintiffs' motion to compel, docket no. 343, is DENIED.  The Court concludes that defendant Transworld Systems Incorporated complied with this Court's minute order, docket no. 307, and produced documents responsive to RFP No. 45.  The parties shall bear their own fees and costs relating to this motion.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of September, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1