UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN, et al., | |
| Plaintiffs, | |
| v. | C18-1132 TSZ |
| TRANSWORLD SYSTEMS INCORPORATED, et al., | MINUTE ORDER |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion, docket no. 389, for leave to file a third amended complaint ("TAC") is DENIED. Any motion for leave to amend the pleading was due on or before February 3, 2021. *See* Order (docket no. 118). On February 3, 2021, Plaintiffs filed a motion for leave to amend the pleading, docket no. 122, which the Court denied on March 2, 2021. Minute Order (docket no. 127). Plaintiffs now seek to amend the pleading to include a request for declaratory relief and modify their proposed class definitions. *See* Proposed TAC, Ex. 1 to Henry Decl. (docket no. 390-1). Plaintiffs have not, however, shown good cause for amending the pleading at this stage of litigation. *See* Fed. R. Civ. P. 16(b). The Court also concludes that allowing Plaintiffs to amend the pleading would cause prejudice to Defendants and create undue delay. The Court is mindful that this action has been pending since July 2018. *See* Notice of Removal (docket no. 1). Defendants' motions for summary judgment, dockets nos. 284, 369, and 377, and Plaintiffs' motion for class certification, docket no. 232, are fully briefed and pending decision. Allowing Plaintiffs to amend the pleading would, at a minimum, require additional briefing on these motions and further delay resolution of this matter.

MINUTE ORDER - 1

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of November, 2022.

                                          Ravi Subramanian
                                          Clerk

                                          s/Laurie Cuaresma
                                          Deputy Clerk