UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTHER HOFFMAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>TRANSWORLD SYSTEMS INCORPORATED, et al.,<br><br>        Defendants. | C18-1132 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Defendants' motion to set case for bench trial, docket no, 405, is RENOTED to February 17, 2023.  Any response shall be filed by February 15, 2023, and any reply is due by the noting date.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of February, 2023.

                                        Ravi Subramanian
                                        Clerk

                                        s/Laurie Cuaresma
                                        Deputy Clerk

MINUTE ORDER - 1